**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KLM

JOHNNY R. SHAFER, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

LIGHTNING EMOTORS, INC.,
TIMOTHY RICHARD REESER,
and TERESA P. COVINGTON,

     Defendants.

---

Civil Action No. 1:21-cv-03215-STV

JUSTIN COHEN, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

LIGHTNING EMOTORS, INC.,
TIMOTHY R. REESER, TERESA
P. COVINGTON,
GIGACQUISITIONS3, LLC,
GIGCAPITAL GLOBAL, AVI S.
KATZ, RALUCA DINU, and
GIGFOUNDERS, LLC,

     Defendants.

---

**DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF THE
LIGHTNING EMOTORS INVESTOR GROUP FOR CONSOLIDATION OF THE
ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION
OF COUNSEL**

I, Adam M. Apton, hereby declare, pursuant to 28 U.S.C. §1746, that:

1.      I am a member in good standing of the bar of this Court. I submit this declaration in support of the motion filed by Daniel Volkert, Jeremy Mascarella, and Randall Green (the "Lightning eMotors Investor Group" or "Movant") for Consolidation of the above-captioned actions (the "Actions:"), appointment as Lead Plaintiff, and approval of Movant's selection of counsel for the Class.

2.      Attached hereto as **Exhibit A** are true and correct copies of the certifications signed by the members of the Lightning eMotors Investor Group.

3.      Attached hereto as **Exhibit B** are true and correct copies of the loss charts detailing the losses sustained by Movant.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in this Court on October 15, 2021.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the Joint Declaration signed by Movants.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 14, 2021           */s/ Adam M. Apton*
                                    Adam M. Apton

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

/s/ Adam M. Apton
Adam M. Apton
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

3