# EXHIBIT A

DocuSign Envelope ID: 3769BAE8-2F1D-4A84-8F24-595D9612C26F

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Daniel James Volkert, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Lightning Emotors, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed this _____12/6/2021_____.

Name:    Daniel James Volkert

Signed:    DocuSigned by:

21CB5E65E03548D...

| Case Name | Lightning Emotors, Inc |
| --- | --- |
| Ticker | ZEV |
| Class Period | 12-10-2020 to 08-16-2021 |

| Client Name |
| --- |
| Daniel Volkert |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
| --- | --- | --- | --- |
| 02-10-2021 | P | 474 | $ 14.3700 |
| 02-10-2021 | P | 226 | $ 14.3700 |
| 02-22-2021 | P | 200 | $ 13.7500 |
| 04-16-2021 | P | 100 | $ 09.3900 |
| 04-21-2021 | P | 2000 | $ 08.8100 |

DocuSign Envelope ID: 2BE55D56-C299-4508-A06F-58BF9D414AC4

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Jeremy Paul Mascarella, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Lightning Emotors, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed this _____12/6/2021_____.


Name:    Jeremy Paul Mascarella

Signed:    **DocuSigned by:**

*Jeremy Paul Mascarella*

747D2F06F1414D9...

| Case Name | Lightning Emotors, Inc |
|---|---|
| Ticker | ZEV |
| Class Period | 12-10-2020 to 08-16-2021 |

| Client Name |
|---|
| Jeremy Mascarella |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-18-2021 | P | 1000 | $ 14.2200 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Randall Green, certify that:

1.       I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.       I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.       I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.       Attached hereto as Schedule A is a complete listing of all my Lightning eMotors, Inc. (NYSE: ZEV) transactions during the Class Period.

5.       I have not served as a representative party on behalf of a class under this title during the last three years.

6.       I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __12/13/2021__

*Randall T Green*
Randall T Green (Dec 13, 2021 14:34 EST)

Randall Green

1

## SCHEDULE A

Class Period Transactions of Randall Green in Lightning eMotors, Inc. (NYSE: ZEV) securities.

| Date | Transaction | Quantity | Price |
|------|-------------|----------|-------|
| 1/14/2021 | Purchase | 1100 | $15.17 |

2