# EXHIBIT B

| Client Name | Daniel Volkert |
|---|---|
| Company Name | Lightning Emotors, Inc |
| Ticker Symbol | ZEV |
| Security Type | |
| Class Period Start | 12-10-2020 |
| Class Period End | 08-16-2021 |
| 90-DAY Lookback Period Start | 08-17-2021 |
| 90-DAY Lookback Period End | 11-14-2021 |
| 90-DAY Lookback Average | $ 08.46 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $5,980.38 |
| DURA LIFO* Total | $5,980.38 |
| Gross Shares Purchased | 3,000 |
| Net Shares Retained | 3,000 |
| Net Funds Expended | $31,368.00 |

### Daniel Volkert

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-10-2021 | 474 | 14.37 | $ 6,811.38 | | | | | | - | 474 | 474 | $ 08.46 | $ 4,011.24 | $ 2,800.14 | $ 2,800.14 |
| 02-10-2021 | 226 | 14.37 | $ 3,247.62 | | | | | | - | 226 | 226 | $ 08.46 | $ 1,912.53 | $ 1,335.09 | $ 1,335.09 |
| 02-22-2021 | 200 | 13.75 | $ 2,750.00 | | | | | | - | 200 | 200 | $ 08.46 | $ 1,692.51 | $ 1,057.49 | $ 1,057.49 |
| 04-16-2021 | 100 | 9.39 | $ 939.00 | | | | | | - | 100 | 100 | $ 08.46 | $ 846.25 | $ 92.75 | $ 92.75 |
| 04-21-2021 | 2000 | 8.81 | $ 17,620.00 | | | | | | - | 2000 | 2000 | $ 08.46 | $ 16,925.08 | $ 694.92 | $ 694.92 |
| Total: | 3,000 | | $31,368.00 | | | | | | | 3,000 | 3,000 | | $25,387.62 | $5,980.38 | $5,980.38 |

| Client Name | Randall Green |
|---|---|
| Company Name | Lightning Emotors, Inc |
| Ticker Symbol | ZEV |
| Security Type | |
| Class Period Start | 12-10-2020 |
| Class Period End | 08-16-2021 |
| 90-DAY Lookback Period Start | 08-17-2021 |
| 90-DAY Lookback Period End | 11-14-2021 |
| 90-DAY Lookback Average | $ 08.46 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $7,378.21 |
| DURA LIFO* Total | $7,378.21 |
| Gross Shares Purchased | 1,100 |
| Net Shares Retained | 1,100 |
| Net Funds Expended | $16,687.00 |

### Randall Green

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 01-14-2021 | 1100 | 15.17 | $ 16,687.00 | | | | | | - | 1100 | 1100 | $ 08.46 | $ 9,308.79 | $ 7,378.21 | $ 7,378.21 |
| Total: | 1,100 | | $16,687.00 | | | | | | | 1,100 | 1,100 | | $9,308.79 | $7,378.21 | $7,378.21 |

| Client Name | Jeremy Mascarella |
|---|---|
| Company Name | Lightning Emotors, Inc |
| Ticker Symbol | ZEV |
| Security Type | |
| Class Period Start | 12-10-2020 |
| Class Period End | 08-16-2021 |
| 90-DAY Lookback Period Start | 08-17-2021 |
| 90-DAY Lookback Period End | 11-14-2021 |
| 90-DAY Lookback Average | $ 08.46 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $5,757.46 |
| DURA LIFO* Total | $5,757.46 |
| Gross Shares Purchased | 1,000 |
| Net Shares Retained | 1,000 |
| Net Funds Expended | $14,220.00 |

### Jeremy Mascarella

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-18-2021 | 1000 | 14.22 | $ 14,220.00 | | | | | | - | 1000 | 1000 | $ 08.46 | $ 8,462.54 | $ 5,757.46 | $ 5,757.46 |
| Total: | 1,000 | | $14,220.00 | | | | | | | 1,000 | 1,000 | | $8,462.54 | $5,757.46 | $5,757.46 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIGHTENING EMOTORS INVESTOR GROUP** | |
| LIFO Loss Total | $19,116.05 |
| DURA LIFO* Total | $19,116.05 |
| Gross Shares Purchased | 5,100 |
| Net Shares Retained | 5,100 |
| Net Funds Expended | $62,275.00 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.