# EXHIBIT C

# Pomerantz Law Firm Announces the Filing of a Class Action Against Lightning eMotors, Inc. f/k/a GigCapital3, Inc. and Certain Officers - ZEV; ZEV.WS



NEWS PROVIDED BY
**Pomerantz LLP** →
Oct 15, 2021, 20:20 ET

NEW YORK, Oct. 15, 2021 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Lightning eMotors, Inc. ("Lightning eMotors" or the "Company") f/k/a GigCapital3, Inc. ("GigCapital3") (NYSE: ZEV; ZEV.WS) and certain of its officers.  The class action, filed in the United States District Court for the District of Colorado, and docketed under 21-cv-02774, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Lightning eMotors securities between May 7, 2021 and August 16, 2021, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased publicly traded securities during the Class Period, you have until December 14, 2021 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Lightning eMotors designs, manufactures, and sells electric vehicles.  The Company produces electric fleet medium- and heavy-duty vehicles, including delivery trucks, shuttle buses, passenger vans, chassis-cab models, and city transit buses.

Prior to its business combination with Lightning eMotors, as described below, GigCapital3 was a special purpose acquisition company, also known as a blank check company, incorporated for the purpose of entering into a merger, share exchange, asset acquisition, share purchase, recapitalization, reorganization, or similar business combination with one or more businesses or entities.

On May 6, 2021, Lightning eMotors consummated a business combination (the "Business Combination") with Lightning Systems, Inc. ("Lightning Systems") pursuant to a certain Business Combination Agreement, dated as of December 10, 2020, by and among GigCapital3, Project Power Merger Sub, Inc, and Lightning Systems.  In connection with the consummation of the Business Combination, the Company changed its name from GigCapital3, Inc. to Lightning eMotors, Inc.  On May 7, 2021, the Company's common stock and warrants began trading on the New York Stock Exchange under the symbols "ZEV" and "ZEV.WS", respectively.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the Company would record a substantially greater net loss per share in the second quarter of 2021 compared to the second quarter of 2020 and would pull its full year guidance for the remainder of 2021; (ii) accordingly, the Company materially overstated its financial position and/or prospects; and (iii) as a result, the Company's public statements were materially false and misleading at all relevant times.

On August 16, 2021, post-market, Lightning eMotors announced the Company's financial results for the second quarter of 2021, including a net loss per share of $0.79 compared to a loss of $0.10 in the second quarter of 2020.  The Company also pulled its full year financial guidance for the remainder of 2021, just days after announcing a multi-year agreement with Forest River, a Berkshire Hathaway company.

On this news, Lightning eMotors's stock price fell $1.63 per share, or 16.93%, to close at $8.00 per share on August 17, 2021.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

SOURCE Pomerantz LLP

Related Links

www.pomerantzlaw.com