# EXHIBIT D

DocuSign Envelope ID: 8F611E14-712A-45EF-98DD-47634AF6198B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR

JOHNNY R. SHAFER, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

LIGHTNING EMOTORS, INC.,
TIMOTHY RICHARD REESER,
and TERESA P. COVINGTON,

      Defendants.

---

Civil Action No. 1:21-cv-03215-STV

JUSTIN COHEN, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

LIGHTNING EMOTORS, INC.,
TIMOTHY R. REESER, TERESA
P. COVINGTON,
GIGACQUISITIONS3, LLC,
GIGCAPITAL GLOBAL, AVI S.
KATZ, RALUCA DINU, and
GIGFOUNDERS, LLC,

      Defendants.

---

**JOINT DECLARATION IN SUPPORT OF THE MOTION OF THE LIGHTNING
EMOTORS INVESTOR GROUP FOR CONSOLIDATION OF THE ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF
COUNSEL OF LEAD COUNSEL**

DocuSign Envelope ID: 8F611E14-712A-45EF-98DD-47634AF6198B

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Daniel Volkert, Jeremy Mascarella, and Randall Green (the "Lightning eMotors Investor Group" or "Movant"), respectfully submit this Joint Declaration in support of our Motion for Consolidation of the above-captioned actions (the "Actions"), Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.      We are each informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, we have decided to move for lead plaintiff in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

3.      On October 15, 2021, Johnny R. Shafer filed a putative class action in the United States District Court for the District of Colorado, Case No. 1:21-cv-02774-RMR (the "*Shafer* Action"), on behalf of all purchasers of Lightning eMotors securities during the Class Period. The Actions seek relief against Lightning eMotors and certain of its senior officers for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange

---

[1] The "Class" consists of all purchasers of Lightning eMotors, Inc. ("Lightning eMotors" or the "Company") f/k/a GigCapital3, Inc. ("GigCapital3"), securities between December 10, 2020 and August 16, 2021, inclusive (the "Class Period").

DocuSign Envelope ID: 8F611E14-712A-45EF-98DD-47634AF6198B

Commission.

4.      On December 1, 2021, Justin Cohen commenced a nearly identical action in this District entitled *Cohen V. Lightning eMotors, Inc. Et Al*, C.A. No. 1:21-cv-03215-STV (D.Colo.) (the "*Cohen* Action", and collectively with the *Shafer* Action, the "Actions"), on behalf of the same Class, asserting nearly identical claims against the same Defendants as the *Shafer* Action.

5.      I, Daniel Volkert, as reflected in my Certification, purchased Lightning eMotors securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Actions. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Granite Falls, Washington. I possess an Associates of Arts degree in General Studies. I also have a Washington State Real Estate Broker's License. I am currently self-employed as General Manager and Owner of Real Property Management North Puget Sound, where I have been in business for ten years and have ten employees. I have been investing in securities for over a year. Further, I have experience hiring and overseeing attorneys for estate planning and business matters. I decided to seek appointment as lead plaintiff with Jeremy Mascarella and Randall Green after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

6.      I, Jeremy Mascarella, as reflected in my Certification, purchased Lightning eMotors securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Actions. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently

DocuSign Envelope ID: 8F611E14-712A-45EF-98DD-47634AF6198B

reside in Port Orange, Florida. I attended two years of college where I studied Business Management and Real Estate. I am retired as a Customer Service Agent at Continental Airlines. I am self-employed and work in trading fulltime in the stock market. I consider myself to be a sophisticated investor and have been investing for twenty-three years. I decided to seek appointment as lead plaintiff with Daniel Volkert and Randall Green after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

7.    I, Randall Green, as reflected in my Certification, purchased Lightning eMotors securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Actions. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Columbus, Ohio. I have a Bachelor's degree in psychology and currently work in sales. I consider myself to be a sophisticated investor and have been investing for eight years. I decided to seek appointment as lead plaintiff with Daniel Volkert and Jeremy Mascarella after learning of their motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

8.    We, Daniel Volkert, Jeremy Mascarella, and Randall Green, believe that the allegations against Lightning eMotors are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves to control the Actions. We believe that our combined efforts, knowledge, and diverse background will better serve the Class. If appointed lead plaintiff, our primary goal will be to ensure that the Class achieves the largest possible recovery.

9.    We are like-minded investors who contacted and retained Levi & Korsinsky,

DocuSign Envelope ID: 8F611E14-712A-45EF-98DD-47634AF6198B

LLP ("Levi & Korsinsky") and Bragar Eagel & Squire, P.C. ("BES") to represent us in the Actions as Co-Lead Counsel. After discussing the allegations against Lightning eMotors, the procedural background of the Actions, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.

10.     Upon learning of each other's interest seeking appointment of lead plaintiff in this matter through our counsel, we communicated with one another and our counsel on Tuesday, December 13, 2021, at approximately 10:45 AM EST, where we discussed among other things: the allegations and the strength of the claims against defendants; a strategy for prosecuting the Actions; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership of three like-minded investors like us; a shared desire to achieve the best possible result for the class; our interests in prosecuting the case in a collaborative, likeminded manner; attorney's fees, and the Actions that we will take to continue to ensure that the claims will be zealously and efficiently litigated.

11.     We believe that the Class will benefit from having three highly motivated investors with substantial financial interests at stake as lead plaintiff. We feel that our combined efforts and knowledge will better represent the Class as a whole, which is likely made up of the same composition. We decided to work together in order to collaborate and exercise joint decision-making. We agree to work collaboratively to represent all Lightning eMotors shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

DocuSign Envelope ID: 8F611E14-712A-45EF-98DD-47634AF6198B

12.     We each understand that, if appointed, we would owe a fiduciary duty to the Class to provide effective representation and to ensure that Co-Lead Counsel effectively litigates the Actions. All of us understand that if we are appointed as lead plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. We will do our best to maximize the recovery for the Class.

13.     If appointed as lead plaintiff, we agree to actively manage the prosecution of the Actions including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class. We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

14.     Given our obligations to the Class and our shared common interest in maximizing the recovery for all investors, we fully expect to reach a consensus regarding litigation decisions. However, in the unlikely event that a disagreement arises, we agree to a simple majority vote where each group member possesses one vote.

15.      We select Levi & Korsinsky and BES to serve as Co-Lead Counsel on behalf of the Class and believe Levi & Korsinsky and BES have the experience and ability to effectively and expeditiously bring the Actions to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of

DocuSign Envelope ID: 8F611E14-712A-45EF-98DD-47634AF6198B

our proposed C0-Lead Counsel, Levi & Korsinsky and BES. We are well aware that Levi & Korsinsky and BES are accomplished law firms with histories of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firms' prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that Levi & Korsinsky and BES will vigorously prosecute the Actions in a cost-effective manner and in the best interests of all members of the putative Class.

16.     It is our goal to resolve the Actions in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, Levi & Korsinsky and BES, we will ensure that the Actions are prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Levi & Korsinsky and BES to prosecute the Actions in such a way to achieve a fair result for all members of the Class. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute the Actions. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

17.     We have also directed counsel to keep us informed of any developments in the Actions—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct Lead Counsel and oversee the prosecution of the Actions for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring

amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of the Actions.

16.    We, Daniel Volkert, Jeremy Mascarella, and Randall Green hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in the Actions. Our main goal is obtaining the largest recovery possible for the Class.

DocuSign Envelope ID: 8F611E14-712A-45EF-98DD-47634AF6198B

9

I, Daniel Volkert, declare pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed _____12/14/2021_____

DocuSigned by:

21CB5E65E03548D..._____

Daniel Volkert

9

DocuSign Envelope ID: 8F611E14-712A-45EF-98DD-47634AF6198B

I, Jeremy Mascarella, declare, pursuant to 28 U.S.C. §1746, under the

penalty of perjury that the foregoing is true and correct.

Executed _____12/14/2021_____

DocuSigned by:

*Jeremy P. Mascarella*    _____
747D2F06F1414D9...

Jeremy Mascarella

10

DocuSign Envelope ID: 8F611E14-712A-45EF-98DD-47634AF6198B

I, Randall Green, declare pursuant to 28 U.S.C. §1746, under the penalty of perjury

that the foregoing is true and correct.

Executed _____12/14/2021_____

DocuSigned by:

*Randall Green*

252C3D4AE394488...                    _____

Randall Green

11