## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02774-RMR-KLM

JOHNNY R. SHAFER, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

LIGHTNING EMOTORS, INC., TIMOTHY RICHARD REESER, and TERESA P. COVINGTON,

    Defendants.

---

Civil Action No. 1:21-cv-03215-STV

JUSTIN COHEN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

LIGHTNING EMOTORS, INC., TIMOTHY R. REESER, TERESA P. COVINGTON, GIGACQUISITIONS3, LLC, GIGCAPITAL GLOBAL, AVI S. KATZ, RALUCA DINU, and GIGFOUNDERS, LLC,

    Defendants.

---

**NOTICE OF MOTION OF BRIDGET GORDON TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Bridget Gordon ("Movant") respectfully submits this notice of her motion to appoint lead plaintiff and approve lead plaintiff's selection of counsel.

This Motion is brought pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), on the grounds that: (1) the above-captioned related cases should be consolidated; (2) Movant should be appointed as Lead Plaintiff for the class of all purchasers or acquirers of Lightning eMotors, Inc. ("Lightning" or the "Company") f/k/a GigCapital3, Inc. securities between May 7, 2021 and August 16, 2021, both dates inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant submits: (1) the Memorandum of Points and Authorities dated December 14, 2021; (2) the Declaration of Phillip Kim dated December 14, 2021 (and exhibits); and (3) a [Proposed] Order granting Movant's Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel.

Local Rule 7.1 requires a conference of counsel prior to filing motions. Due to the PSLRA lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7.1 be waived.

1

Dated:  December 14, 2021                 Respectfully submitted,


                                          */s/ Phillip Kim*
                                          Phillip Kim
                                          The Rosen Law Firm, P.A.
                                          275 Madison Avenue, 40th Floor
                                          New York, NY 10016
                                          Telephone: (212) 686-1060
                                          Fax: (212) 202-3827
                                          Email: pkim@rosenlegal.com

                                          *[Proposed] Lead Counsel for Plaintiff and Class*

## CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 275 Madison Ave, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On December 14, 2021, I electronically filed the following **NOTICE OF MOTION OF BRIDGET GORDON TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on December 14, 2021.

*/s/ Phillip Kim*
Phillip Kim