# Exhibit 3

**Lightning eMotors, Inc. f/k/a GigCapital3, Inc. Loss Chart**
**Class Period: May 7, 2021 through August 16, 2021**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $8.4625 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gordon, Bridget | 8/10/2021 | 100 | ($11.76) | ($1,176.00) | 10/12/2021 | 100 | $7.80 | $780.00 | 0 | $0.00 | ($396.00) | |