# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Lightning eMotors, Inc.
**Ticker:** ZEV
**Class Period:** 12/10/2020 - 08/16/2021
**Name:** Simon W. Chong

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/14/2021 | 100 | $16.5600 | -$1,656.0000 | | $0.0000 | -$1,656.00 |
| 1/14/2021 | 700 | $16.3473 | -$11,443.1000 | | $0.0000 | -$11,443.10 |

| **Shares Retained:** | **800** | | | | **Subtotal:** | **-$13,099.10** |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $6,770.03 |
| | | $8.4625 | 800 | | **Total:** | **-$6,329.07** |

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between August 17, 2021 and November 12, 2021.