**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KLM

JOHNNY R. SHAFER, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

    v.

LIGHTNING EMOTORS, INC.,
TIMOTHY RICHARD REESER, and
TERESA P. COVINGTON,

      Defendants.

---

Civil Action No. 1:21-cv-03215-STV

JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

    v.

LIGHTNING EMOTORS, INC.,
TIMOTHY R. REESER,
TERESA P. COVINGTON,
GIGACQUISITIONS3, LLC,
GIGCAPITAL GLOBAL,
AVI S. KATZ,
RALUCA DINU, and
GIGFOUNDERS, LLC,

      Defendants.

---

**[PROPOSED] ORDER GRANTING THE MOTION OF SIMON W. CHONG FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

---

Having considered the Motion of Simon W. Chong for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Simon W. Chong as Lead Plaintiff; and

3.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED**.

Dated: _____        _____ ____
HON. REGINA M RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1