## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02774-RMR-KLM

JOHNNY R. SHAFFER, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

LIGHTNING EMOTORS, INC., TIMOTHY RICHARD REESER, and TERESA P. COVINGTON,

     Defendants.

---

Civil Action No. 1:21-cv-03215-STV

JUSTIN COHEN, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

LIGHTNING EMOTORS, INC., TIMOTHY R. REESER, TERESA P. COVINGTON, GIGACQUISITIONS3, LLC, GIGCAPITAL GLOBAL, AVI S. KATZ, RALUCA DINU, and GIGFOUNDERS, LLC.

     Defendants.

---

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF MOTION OF MICHAEL A. SHAIN AND LESLEY M. SHAIN, AS TRUSTEES OF THE SHAIN TRUST UA 06/08/2015 FOR (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

---

I, James M. Wilson, Jr., declare as follows:

1.      I am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Michael A. Shain and Lesley M. Shain, as Trustees for the Shain Trust UA 06/08/2015 ("Shain Trust"), for: (1) consolidation of the above-captioned actions; (2) appointment of the Michael A. Shain and Lesley M. Shain as trustees of the Shain Trust UA 06/08/2015 (the "Shain Trust"),as Lead Plaintiff; and (3) approval of the Shain Trust's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:    First Notice of Pendency of a Class Action

Exhibit B:    The PSLRA Certification of Michael A. Shain, husband of Lesley M. Shain, as Trustee of the Shain Trust UA 06/08/2015, and the PSLRA Certification of Lesley M. Shain, wife of Michael A. Shain, as Trustee of the Shain Trust UA 06/08/2015

Exhibit C:    Joint Declaration of Michael A. Shain and Lesley M. Shain, as Trustees for the Shain Trust UA 06/08/2015 in Support of Their Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel

Exhibit D:    Firm Resume of Faruqi & Faruqi, LLP

Exhibit E:    Women's Business Enterprise National Council Certificate

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of December 2021 at New York, NY.

*/s/ James M. Wilson, Jr.*

1

James M. Wilson, Jr.

2

## CERTIFICATE OF SERVICE

I, James M. Wilson, Jr., hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*s/ James M. Wilson, Jr.*
James M. Wilson, Jr.
