# EXHIBIT C

DocuSign Envelope ID: D68234F3-9DA9-4F63-9CDA-8D62E094A052

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KLM

JOHNNY R. SHAFFER, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

LIGHTNING EMOTORS, INC., TIMOTHY RICHARD REESER, and TERESA P.
COVINGTON,

      Defendants.

_____

Civil Action No. 1:21-cv-03215-STV

JUSTIN COHEN, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

LIGHTNING EMOTORS, INC., TIMOTHY R. REESER, TERESA P. COVINGTON,
GIGACQUISITIONS3, LLC, GIGCAPITAL GLOBAL, AVI S. KATZ, RALUCA DINU, and
GIGFOUNDERS, LLC.

      Defendants.

_____

**JOINT DECLARATION OF MICHAEL A. SHAIN AND LESLEY M. SHAIN, AS
TRUSTEES FOR THE SHAIN TRUST UA 06/08/2015 IN SUPPORT OF THEIR
MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS
LEAD PLAINTIFF
AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

_____

DocuSign Envelope ID: D68234F3-9DA9-4F63-9CDA-8D62E094A052

We, Michael A. Shain and Lesley M. Shain, as Trustees for the Shain Trust UA 06/08/2015, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      We respectfully submit this Declaration in support of our Motion for Consolidation of Related Cases, Appointment as Lead Plaintiff, and Approval of Lead Plaintiffs' Selection of Lead Counsel in the instant class action on behalf of investors in Lightning eMotors, Inc. f/k/a GigCaptial3, Inc. ("Lightning eMotors" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We are informed of and understand the requirements and duties imposed by the PSLRA.

2.      We are a married couple. We are a U.S. citizens and residents of Canton, Massachusetts. Together, we are Trustees for the Shain Trust UA 06/08/2015.

3.      I, Michael A. Shain, have a degree from Northeastern University in History. I have been retired for approximately a year and a half. Prior to retiring, I managed retail stores for fifty years. I have been investing in the stock market and managing my own portfolio since approximately 2006.

4.      I, Lesley M. Shain, have a degree from the University of Massachusetts in Education. I have been retired for approximately seven years. Prior to retiring, I was a teacher for more than twenty years.

5.      We believe the securities class action against Lightning eMotors is meritorious and should be led by investors who are committed to maximizing the recovery on behalf of the class. We suffered a substantial loss on our investments in Lightning eMotors securities. It is for this reason that we decided to seek appointment as Lead Plaintiffs in the action. We

DocuSign Envelope ID: D68234F3-9DA9-4F63-9CDA-8D62E094A052

understand the responsibilities and duties of being a Lead Plaintiffs, including our fiduciary duties to the class.

6.    We understand and appreciate a lead plaintiffs' obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently.  We have fulfilled this responsibility by selecting and retaining counsel with a proven history of handling this type of complex litigation.  In this case, we selected Faruqi & Faruqi, LLP (the "Faruqi Firm") to serve as lead counsel.  Based on the firm's experience in achieving substantial recoveries in securities class actions, we believe the Faruqi Firm is well qualified to represent the class.  As part of our due diligence process, prior to our selection of the Faruqi Firm, we assessed the firm's qualifications and communicated with attorney Dylan Weeks.

7.    We have directed the Faruqi Firm to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class.  We will continue to supervise lead counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

8.    We understand that a lead plaintiff's share of any recovery is the same as every other potential class member.  As my certification states, we will not accept any payment for serving as a representative party beyond our *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I, Michael A. Shein, declare under penalty of perjury that the foregoing is true and correct.

Dated: December 14, 2021

DocuSigned by:

*Michael A. Shain*

42D84BDE2C514BE...

Michael A. Shain

I, Lesley M. Shain, declare under penalty of perjury that the foregoing is true and correct.

Dated: December 14, 2021

DocuSigned by:

*Lesley M. Shain*

7281A07DF49344F...

Lesley M. Shain