**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KLM

JOHNNY R. SHAFER, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

LIGHTNING EMOTORS, INC.,
TIMOTHY RICHARD REESER, and
TERESA P. COVINGTON

      Defendants.

---

Civil Action No. 1:21-cv- 03215-STV

JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

LIGHTNING EMOTORS, INC.,
TIMOTHY R. REESER,
TERESA P. COVINGTON,
GIGACQUISITIONS3, LLC,
GIGCAPITAL GLOBAL,
AVI S. KATZ,
RALUCA DINU, and
GIGFOUNDERS, LLC,

      Defendants.

---

**DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF PROPOSED LEAD
PLAINTIFF DAVID P. SARRO, KEVIN L. TYE, AND JESS Q. WILLIAMS' MOTION
FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD
COUNSEL**

---

Case No. 1:21-cv-02774-RMR-KAS    Document 31    filed 12/14/21    USDC Colorado

- 1 -

4884-5640-0646.v1

I, DANIELLE S. MYERS, declare as follows:

1.    I am an attorney licensed to practice law before the courts of the State of California and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for proposed lead plaintiffs David P. Sarro, Kevin L. Tye, and Jess Q. Williams (the "Sarro Group") and proposed lead counsel for the class in the above-captioned related securities class actions.  I make this declaration in support of the Sarro Group's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    Notice of first-filed class action published on *PRNewswire*, a national business-oriented publication, dated October 15, 2021;

Exhibit 2:    The Sarro Group's Certifications;

Exhibit 3:    Estimate of the Sarro Group's financial interest, prepared by counsel; and

Exhibit 4:    Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of December 2021.

s/ Danielle S. Myers
DANIELLE S. MYERS

4884-5640-0646.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 14, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers

DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

4884-5640-0646.v1

CM/ECF U.S. District Court:cod-

## Mailing Information for a Case 1:21-cv-02774-RMR-KLM Shafer v. Lightning eMotors, Inc et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com,adam.apton@gmail.com

- **Boris Feldman**
  boris.feldman@freshfields.com,caroline.bane@freshfields.com,usmanagingattorneyteam@freshfields.com,lisa.flegenheimer@freshfields.com,6188914420@filings.do

- **Doru Gavril**
  doru.gavril@freshfields.com,usmanagingattorneyteam@freshfields.com,lisa.flegenheimer@freshfields.com,6188914420@filings.docketbird.com,anthony.denatale@fr

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Drew Stansell Liming**
  drew.liming@freshfields.com,usmanagingattorneyteam@freshfields.com,lisa.flegenheimer@freshfields.com,anthony.denatale@freshfields.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Margaret Abigail West**
  abigail.west@freshfields.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Mailing Information for a Case 1:21-cv-03215-STV Cohen v. Lightning eMotors, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Allen Berens**
  jeff@jberenslaw.com,jeffb@johnsonfistel.com,jeffreyberens@comcast.net

- **Boris Feldman**
  boris.feldman@freshfields.com,caroline.bane@freshfields.com,usmanagingattorneyteam@freshfields.com,lisa.flegenheimer@freshfields.com,6188914420@filings.do

- **Michael I. Fistel , Jr**
  michaelf@johnsonfistel.com,paralegal@johnsonfistel.com

- **Doru Gavril**
  doru.gavril@freshfields.com,usmanagingattorneyteam@freshfields.com,lisa.flegenheimer@freshfields.com,6188914420@filings.docketbird.com,anthony.denatale@fr

- **Drew Stansell Liming**
  drew.liming@freshfields.com,usmanagingattorneyteam@freshfields.com,lisa.flegenheimer@freshfields.com,anthony.denatale@freshfields.com

- **Margaret Abigail West**
  abigail.west@freshfields.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)