# EXHIBIT 2

DocuSign Envelope ID: DD6DC8FC-C16C-4B16-843A-559A6D01D407

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

David P. Sarro, Individually and as Trustee of the Sarro Family Revocable Living Trust ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13 ___ day of December, 2021.

_David P. Sarro_
DFADBB93C72048E...
David P. Sarro, Individually and as Trustee
of the Sarro Family Revocable Living Trust

_[signature]_
80150C843BB242E...
Tina M. Sarro, Trustee of the Sarro Family
Revocable Living Trust

LIGHTNING EMOTORS

DocuSign Envelope ID: DD6DC8FC-C16C-4B16-843A-559A6D01D407

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Sarro Family Revocable Living Trust**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 12/28/2020 | 1,500 | $15.04 |
| 12/28/2020 | 2,162 | $15.06 |
| 12/28/2020 | 16,338 | $15.04 |
| 12/28/2020 | 90 | $15.13 |
| 12/28/2020 | 1,620 | $15.14 |
| 12/28/2020 | 100 | $15.11 |
| 12/28/2020 | 4,674 | $15.15 |
| 12/28/2020 | 300 | $15.20 |
| 12/28/2020 | 3,216 | $15.21 |
| 12/28/2020 | 20,000 | $15.10 |
| 12/28/2020 | 100 | $14.74 |
| 12/28/2020 | 9,900 | $14.75 |
| 12/30/2020 | 10,000 | $13.70 |
| 12/30/2020 | 10,000 | $13.74 |
| 12/31/2020 | 1,381 | $13.07 |
| 12/31/2020 | 2,119 | $13.09 |
| 01/06/2021 | 76 | $13.84 |
| 01/19/2021 | 4,100 | $16.75 |
| 01/19/2021 | 300 | $16.87 |
| 01/19/2021 | 279 | $16.90 |
| 01/19/2021 | 9,321 | $16.95 |
| 01/19/2021 | 500 | $17.00 |
| 01/19/2021 | 5 | $16.90 |
| 01/19/2021 | 203 | $17.00 |
| 01/26/2021 | 19 | $15.47 |
| 01/26/2021 | 46 | $15.49 |
| 01/26/2021 | 12,953 | $15.48 |
| 04/09/2021 | 200 | $10.09 |
| 04/09/2021 | 628 | $10.11 |
| 04/09/2021 | 3,927 | $10.10 |
| 04/09/2021 | 200 | $10.14 |
| 04/09/2021 | 352 | $10.12 |
| 04/09/2021 | 450 | $10.13 |
| 04/09/2021 | 18,897 | $10.14 |
| 04/09/2021 | 21 | $10.14 |
| 04/21/2021 | 28,344 | $8.82 |
| 04/21/2021 | 200 | $8.80 |
| 04/21/2021 | 75 | $8.79 |
| 04/21/2021 | 16,202 | $8.80 |
| 04/30/2021 | 11,737 | $8.81 |
| 04/30/2021 | 560 | $8.83 |
| 04/30/2021 | 300 | $8.84 |
| 04/30/2021 | 1,110 | $8.85 |
| 04/30/2021 | 3,685 | $8.83 |
| 04/30/2021 | 2,124 | $8.83 |

DocuSign Envelope ID: DD6DC8FC-C16C-4B16-843A-559A6D01D407

| 04/30/2021 | 1,000 | $8.83 |
| 04/30/2021 | 1,000 | $8.83 |
| 04/30/2021 | 2,000 | $8.83 |
| 04/30/2021 | 2,000 | $8.83 |
| 04/30/2021 | 338 | $8.83 |
| 05/03/2021 | 10,000 | $8.75 |
| 05/03/2021 | 10,000 | $8.77 |
| 05/03/2021 | 462 | $8.78 |
| 05/03/2021 | 228 | $8.94 |
| 05/03/2021 | 9,310 | $8.82 |
| 05/03/2021 | 1,000 | $8.76 |
| 05/04/2021 | 5,000 | $7.95 |
| 05/04/2021 | 5,000 | $7.90 |
| 05/04/2021 | 7,500 | $7.94 |
| 05/05/2021 | 365 | $8.05 |
| 05/05/2021 | 1 | $8.06 |
| 05/05/2021 | 3 | $8.19 |
| 05/05/2021 | 277 | $8.20 |
| 05/06/2021 | 5,000 | $7.70 |
| 05/06/2021 | 2,000 | $7.68 |
| 05/06/2021 | 2,000 | $7.68 |
| 05/06/2021 | 1,000 | $7.68 |
| 05/06/2021 | 3,000 | $7.90 |
| 05/06/2021 | 500 | $8.10 |
| 05/17/2021 | 25,000 | $6.73 |
| 05/17/2021 | 200 | $6.72 |
| 05/17/2021 | 180 | $6.71 |
| 05/17/2021 | 4,517 | $6.73 |
| 05/17/2021 | 20,103 | $6.72 |
| 05/17/2021 | 83 | $6.70 |
| 05/17/2021 | 24,917 | $6.72 |
| 05/19/2021 | 13,899 | $7.35 |
| 05/19/2021 | 1,101 | $7.34 |
| 05/19/2021 | 10,000 | $7.41 |
| 05/21/2021 | 25,000 | $7.70 |
| 06/03/2021 | 1,010 | $8.00 |
| 06/03/2021 | 3,990 | $8.03 |
| 06/03/2021 | 2,055 | $7.96 |
| 06/03/2021 | 2,945 | $7.97 |
| 06/14/2021 | 10,000 | $8.45 |

| Date Disposed | Amount of Shares Disposed | Price |
| --- | --- | --- |
| 04/27/2021 | 1,992 | $9.75 |
| 04/27/2021 | 7,000 | $9.64 |
| 04/27/2021 | 300 | $9.60 |
| 04/27/2021 | 200 | $9.61 |
| 04/27/2021 | 318 | $9.63 |
| 04/27/2021 | 1,469 | $9.63 |
| 04/27/2021 | 33,542 | $9.60 |
| 5/7/2021[B] | 135,977 | $10.10 |
| 05/12/2021 | 1 | $7.26 |
| 05/12/2021 | 15 | $7.25 |
| 05/12/2021 | 8,820 | $7.28 |

DocuSign Envelope ID: DD6DC8FC-C16C-4B16-843A-559A6D01D407

| 05/12/2021 | 35,664 | $7.15 |
| 05/14/2021 | 1 | $6.45 |
| 05/14/2021 | 42,587 | $6.44 |
| 05/14/2021 | 1,412 | $6.44 |
| 06/22/2021 | 1,598 | $8.00 |
| 06/22/2021 | 43,402 | $7.95 |
| 06/22/2021 | 24,321 | $7.95 |
| 06/22/2021 | 25,679 | $7.85 |
| 06/22/2021 | 18 | $7.80 |
| 06/22/2021 | 200 | $7.77 |
| 06/22/2021 | 210 | $7.76 |
| 06/22/2021 | 5,329 | $7.75 |
| 06/22/2021 | 44,243 | $7.67 |

**David P. Sarro**

| Date Acquired | Amount of Shares Acquired | Price |
| --- | --- | --- |
| 12/28/2020 | 4,973 | $15.24 |
| 12/28/2020 | 6 | $15.23 |
| 05/10/2021 | 250 | $8.85 |
| 05/10/2021 | 5,465 | $8.70 |

| Date Disposed | Amount of Shares Disposed | Price |
| --- | --- | --- |
| 5/7/2021[B] | 4,979 | $10.10 |
| 07/01/2021 | 5,715 | $7.94 |

Prices listed are rounded to two decimal places.

[B]Tendered Payout

DocuSign Envelope ID: D9659AAD-BA22-4F0F-A3CE-E5BAA5FA34A4

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Kevin Tye ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11 day of December, 2021.

DocuSigned by:

Kevin Tye

8234E5388E35484...

Kevin Tye

LIGHTNING EMOTORS

DocuSign Envelope ID: D9659AAD-BA22-4F0F-A3CE-E5BAA5FA34A4

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Kevin Tye**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 01/15/2021 | 1,000 | $16.78 |
| 01/15/2021 | 500 | $15.83 |
| 01/20/2021 | 500 | $16.31 |
| 01/27/2021 | 500 | $14.95 |
| 01/27/2021 | 500 | $14.75 |
| 02/11/2021 | 500 | $13.94 |
| 02/17/2021 | 1,000 | $15.70 |
| 02/18/2021 | 1,000 | $14.29 |
| 02/19/2021 | 500 | $14.39 |
| 02/19/2021 | 1,000 | $14.07 |
| 02/22/2021 | 1,000 | $13.75 |
| 02/24/2021 | 1,000 | $12.90 |
| 02/25/2021 | 1,000 | $12.35 |
| 02/26/2021 | 681 | $11.99 |
| 03/15/2021 | 2,000 | $12.28 |
| 03/18/2021 | 1,000 | $11.50 |
| 03/24/2021 | 257 | $10.90 |
| 04/16/2021 | 110 | $9.06 |
| 05/14/2021 | 52 | $6.31 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/12/2021 | 5,000 | $6.88 |
| 08/11/2021 | 30 | $10.44 |
| 08/11/2021 | 22 | $10.43 |
| 08/11/2021 | 4,173 | $10.46 |
| 08/11/2021 | 2,827 | $10.42 |
| 08/16/2021 | 2,048 | $9.70 |

**Options**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 02/05/2021 | (C17.5 04/16/21) 10 | $2.85 |
| 04/12/2021 | (C15 01/21/22) 77 | $1.65 |
| 05/14/2021 | (C10 01/20/23) 50 | $1.30 |
| 06/07/2021 | (C10 07/16/21) 30 | $0.35 |
| 06/08/2021 | (C12.5 07/16/21) 100 | $0.24 |

DocuSign Envelope ID: D9659AAD-BA22-4F0F-A3CE-E5BAA5FA34A4

| Date Disposed | Type/Amount of Securities Sold | Price |
|---|---|---|
| 4/19/2021[A] | (C17.5 04/16/21) 10 | $0.00 |
| 7/19/2021[A] | (C10 07/16/21) 30 | $0.00 |
| 7/19/2021[A] | (C12.5 07/16/21) 100 | $0.00 |

**Donna Tye**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/19/2021 | 2,990 | $14.12 |
| 02/19/2021 | 510 | $14.13 |
| 02/24/2021 | 1,700 | $12.82 |

[A]Expired
Prices listed are rounded to two decimal places.

DocuSign Envelope ID: 63DE2879-C264-4850-83D5-BC576584AAC0

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Jess Q. Williams ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _11_ day of December, 2021.

DocuSign by:

Jess Q. Williams
1BAFF54F9114475...

Jess Q. Williams

LIGHTNING EMOTORS

DocuSign Envelope ID: 63DE2879-C264-4850-83D5-BC576584AAC0

## SCHEDULE A

### SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 01/04/2021 | 5,000 | $13.15 |
| 01/05/2021 | 229 | $12.82 |
| 01/06/2021 | 2,498 | $14.26 |
| 01/06/2021 | 3 | $14.26 |
| 01/06/2021 | 2,499 | $14.26 |
| 01/06/2021 | 3,000 | $13.64 |
| 01/06/2021 | 3,000 | $13.75 |
| 01/06/2021 | 3,000 | $14.28 |
| 01/06/2021 | 2,000 | $14.28 |
| 01/08/2021 | 2,000 | $14.30 |
| 01/14/2021 | 3,000 | $15.44 |
| 01/15/2021 | 1,500 | $17.10 |
| 01/15/2021 | 5,000 | $16.90 |
| 01/15/2021 | 5,000 | $17.00 |
| 01/15/2021 | 2,000 | $15.80 |
| 01/15/2021 | 2,000 | $17.10 |
| 01/15/2021 | 1,200 | $15.80 |
| 01/26/2021 | 3,000 | $15.27 |
| 01/26/2021 | 2,000 | $15.27 |
| 02/09/2021 | 1,600 | $14.36 |
| 02/09/2021 | 400 | $14.37 |
| 02/11/2021 | 1,000 | $13.84 |
| 02/23/2021 | 1,000 | $12.35 |
| 02/25/2021 | 1,000 | $12.15 |
| 03/18/2021 | 1,500 | $11.68 |
| 03/23/2021 | 1,000 | $10.95 |
| 04/05/2021 | 1,000 | $10.58 |
| 04/16/2021 | 1,300 | $9.23 |
| 04/16/2021 | 1,300 | $9.21 |
| 04/21/2021 | 5,000 | $9.12 |
| 04/30/2021 | 2,500 | $8.81 |
| 04/30/2021 | 1,400 | $8.80 |
| 05/03/2021 | 2,000 | $8.22 |
| 05/06/2021 | 3,000 | $7.71 |
| 05/06/2021 | 2,000 | $7.91 |
| 05/06/2021 | 2,000 | $7.96 |
| 05/07/2021 | 7,000 | $8.67 |
| 05/07/2021 | 5,000 | $8.67 |
| 05/10/2021 | 4,000 | $8.26 |
| 05/10/2021 | 2,000 | $8.41 |
| 05/10/2021 | 96 | $8.25 |
| 05/14/2021 | 2,000 | $6.20 |
| 05/18/2021 | 5,000 | $7.92 |
| 05/19/2021 | 2,500 | $7.50 |
| 08/11/2021 | 3,000 | $10.50 |
| 08/11/2021 | 2,000 | $10.33 |
| 08/11/2021 | 3,000 | $10.50 |
| 08/11/2021 | 2,000 | $10.30 |
| 08/12/2021 | 2,000 | $9.70 |

DocuSign Envelope ID: 63DE2879-C264-4850-83D5-BC576584AAC0

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/12/2021 | 2,000 | $9.71 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 01/14/2021 | 11,000 | $15.23 |
| 04/27/2021 | 200 | $9.56 |
| 04/27/2021 | 854 | $9.59 |
| 04/27/2021 | 1,382 | $9.58 |
| 04/27/2021 | 2,564 | $9.56 |
| 04/27/2021 | 1,300 | $9.60 |
| 05/07/2021[B] | 18,000 | $10.10 |
| 05/07/2021[B] | 6,000 | $10.10 |
| 05/11/2021 | 7,000 | $7.10 |
| 05/12/2021 | 4,000 | $6.63 |
| 05/12/2021 | 5,000 | $6.62 |
| 06/22/2021 | 118 | $7.62 |
| 06/22/2021 | 274 | $7.63 |
| 06/22/2021 | 279 | $7.65 |
| 06/22/2021 | 2,500 | $7.69 |
| 06/22/2021 | 4,608 | $7.64 |
| 06/22/2021 | 4,721 | $7.63 |
| 06/22/2021 | 200 | $7.72 |
| 06/22/2021 | 2,000 | $7.68 |
| 06/22/2021 | 4,800 | $7.71 |
| 07/08/2021 | 25 | $7.30 |
| 07/08/2021 | 141 | $7.26 |
| 07/08/2021 | 4,834 | $7.25 |
| 08/10/2021 | 250 | $11.20 |
| 08/10/2021 | 400 | $11.20 |
| 08/10/2021 | 100 | $11.20 |
| 08/10/2021 | 100 | $11.20 |
| 08/10/2021 | 1 | $11.21 |
| 08/10/2021 | 1,899 | $11.20 |
| 08/10/2021 | 250 | $11.20 |
| 08/10/2021 | 4,500 | $11.21 |
| 08/10/2021 | 10 | $10.13 |
| 08/10/2021 | 352 | $10.11 |
| 08/10/2021 | 4,638 | $10.12 |
| 08/10/2021 | 1,400 | $9.55 |
| 08/10/2021 | 150 | $9.43 |
| 08/10/2021 | 469 | $9.44 |
| 08/10/2021 | 3,825 | $10.00 |
| 08/10/2021 | 4,381 | $9.45 |
| 08/13/2021 | 79 | $9.85 |
| 08/13/2021 | 3,500 | $9.54 |
| 08/13/2021 | 3,000 | $9.42 |
| 08/16/2021 | 3,421 | $9.80 |
| 08/16/2021 | 4,000 | $9.92 |

Prices listed are rounded to two decimal places.

[B]Tendered Payout