# EXHIBIT 4

DocuSign Envelope ID: ECFDD1FD-D932-434B-BCF2-E81B247F423F

## JOINT DECLARATION OF DAVID P. SARRO, KEVIN L. TYE, AND JESS Q. WILLIAMS

Lightning eMotors, Inc. investors David P. Sarro, Kevin L. Tye, and Jess Q. Williams declare as follows:

1. We respectfully submit this joint declaration in support of our motion for appointment as lead plaintiff. We each have personal knowledge of the facts set forth below relating to our own activities, actions, and beliefs and would testify competently thereto.

2. I, David P. Sarro, suffered substantial losses as a result of my transactions in Lightning eMotors securities during the Class Period, along with the transactions of the Sarro Family Revocable Living Trust, of which my wife Tina M. Sarro and I are trustees. I am therefore motivated to seek to obtain the best possible result for myself and the class. I live in Henderson, Nevada and I am the owner and president of Promo Direct, a company I founded in 1991 that sells promotional products and services to businesses. I have over 25 years of investing experience and I am familiar with selecting and overseeing lawyers. I have been close friends with Kevin L. Tye for almost 30 years, and have also known Jess Q. Williams for more than 15 years.

3. I, Kevin L. Tye, suffered substantial losses as a result of my transactions in Lightning eMotors securities during the Class Period, along with my wife Donna Tye's transactions. I received an assignment from my wife transferring all claims, demands, and causes of action from violations under the federal securities laws of the United States of America in connection with her purchases of Lightning eMotors securities. I am therefore motivated to seek to obtain the best possible result for myself and the class. I live in San Clemente, California, and I was the owner and president of Universal Flooring Services, Inc., a company providing consulting and flooring services to commercial businesses that I founded in 1984 and sold in 2019. I have over 15 years of investing experience and I am familiar with selecting and overseeing

4887-4064-3846.v1

DocuSign Envelope ID: ECFDD1FD-D932-434B-BCF2-E81B247F423F

lawyers. I have been close friends with David P. Sarro for almost 30 years and David introduced me to Jess Q. Williams given our shared Lightning eMotors investment loss and mutual interest in serving as lead plaintiffs in this matter.

4.       I, Jess Q. Williams, suffered substantial losses as a result of my transactions in Lightning eMotors securities during the Class Period. I am therefore motivated to seek to obtain the best possible result for myself and the class. I live in San Juan Capistrano, California, and I have been a sales executive for various packaging manufacturers for approximately 30 years. I have approximately 25 years of investing experience and I am familiar with selecting and overseeing lawyers. I have known David P. Sarro for more than 15 years and David introduced me to Kevin L. Tye given our shared Lightning eMotors investment loss and mutual interest in serving as lead plaintiff in this matter.

5.       In deciding to seek appointment as lead plaintiff together, we considered the benefits and potential drawbacks of proceeding individually or jointly as lead plaintiff. Because of the complexity of the case, and the substantial losses suffered because of defendants' alleged violations of the federal securities laws, we each have the incentive, ability, and desire to work together to control the litigation and maximize the recovery for the class. We agree that jointly seeking appointment as lead plaintiff is in the class's best interest in this case to ensure comprehensive, responsible, and vigorous representation of the class throughout the case.

6.       We understand that our duties as lead plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class. In performing these duties, we will, among other things, review significant pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

4887-4064-3846.v1

DocuSign Envelope ID: ECFDD1FD-D932-434B-BCF2-E81B247F423F

7.      If appointed as lead plaintiff, we will work jointly to monitor and direct the efforts and activities of our proposed lead counsel, Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP in the prosecution of this action.

8.      Before filing this motion, we spoke together and with counsel regarding this case. We discussed the claims against defendants, serving jointly as lead plaintiff, and ensuring that the class's claims will be efficiently and zealously prosecuted by our oversight of our proposed lead counsel.

9.      We have each other's contact information and any of us may organize a meeting or conference call at any time, including on an emergency basis if necessary, with or without counsel. We are able and willing to reconvene future calls, as well as attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of lead counsel if we are appointed lead plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of December, 2021.

_____
DAVID P. SARRO

Executed this 13 day of December, 2021.

_____
KEVIN L. TYE

Executed this 13 day of December, 2021.

_____
JESS Q. WILLIAMS

4887-4064-3846.v1

## ASSIGNMENT

Donna Tye, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to my husband Kevin L. Tye all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Lightning eMotors, Inc. securities. Further, the Assignor hereby appoints Kevin L. Tye as her true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Kevin L. Tye agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Kevin L. Tye.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury pursuant that the foregoing is true and correct.

Executed this 13 day of December, 2021.

Donna Tye    *Donna Tye*

Executed this 13 day of December, 2021.

Kevin L. Tye    *Kevin Tye*

4815-7980-8761.v1