**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Action No**.: 1:21-cv-02774-RMR-KLM

JOHNNY R. SHAFER, Individually and On
Behalf of All Others Similarly Situated,

                              Plaintiff,

              v.

LIGHTNING EMOTORS, INC.,
TIMOTHY RICHARD REESER, and
TERESA P. COVINGTON,

                              Defendants.

---

**Civil Action No**.: 1:21-cv-03215-STV

JUSTIN COHEN, Individually and On
Behalf of All Others Similarly Situated,

                              Plaintiff,

              v.

LIGHTNING EMOTORS, INC., TIMOTHY
R. REESER, TERESA P. COVINGTON,
GIGACQUISITIONS3, LLC, GIGCAPITAL
GLOBAL, AVI S. KATZ, RALUCA DINU,
and GIGFOUNDERS, LLC,

                              Defendants.

---

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
ROBERT M. POPE FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.  I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel for Robert M. Pope ("Pope").  I make this Declaration in support of the motion by Pope for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Pope's selection of Pomerantz as Lead Counsel for the Class.

2.  Attached hereto as Exhibit A is a true and correct copy of a chart detailing the financial interest of Pope in the Related Actions.

3.  Attached hereto as Exhibit B is true and correct copy of a press release published over *PRNewswire* on October 15, 2021, announcing the pendency of the first-filed of the Related Actions.

4.  Attached hereto as Exhibit C is a a true and correct copy of a Shareholder Certification executed by Pope.

5.  Attached hereto as Exhibit D is a a true and correct copy of a Declaration executed by Pope.

6.  Attached hereto as Exhibit E is a true and correct copy of the firm resume of Pomerantz.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 14, 2021 in New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1