# Exhibit A

**Lightning eMotors Inc. (ZEV) f/k/a GigCapital3, Inc. ("GigCapital3")**
**Class Period: December 10, 2020 to August 16, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $8.4625 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pope, Robert M. | 8/13/2021 | 6 | $9.5450 | ($57) | 8/17/2021 | (47,665) | $8.0536 | $383,875 | | | |
| Pope, Robert M. | 8/16/2021 | 47,659 | $9.5242 | ($453,915) | | | | | | | |
| **Pope, Robert M.** | | **47,665** | | **($453,973)** | | **(47,665)** | | **$383,875** | **47,665** | | **($70,098)** |

*Avg Closing Prices from August 17, 2021 through November 12, 2021