# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Regina M. Rodriguez

Civil Action No. 21-cv-02774-RMR-KLM

JOHNNY R. SHAFER, individually and on behalf of all others similarly situated

    Plaintiff,

v.

LIGHTNING EMOTORS, INC., et al.,

    Defendants.

---

## ORDER CONSOLIDATING CASES

---

This matter is before the Court on the motions to consolidate filed by movants in this action.[1] The movants seek consolidation of the above-captioned action, *Shafer v. Lightning eMotors*, 21-cv-2774-RMR-KLM, with *Cohen v. Lightning eMotors*, 21-cv-3215-STV. These actions are federal securities class actions brought against Lightning eMotors, Inc., f/k/a GigCapital3, Inc., and certain of its officers and related entities, for alleged violations of § 10(b) and § 20(a) of the Securities Exchange Act of 1934 and Securities Exchange Commission Rule 10b-5.

---

[1] Motions to consolidate and for appointment as lead plaintiff were filed by multiple plaintiffs at ECF Nos. 23, 25, 27, 28, 30, and 32. This order addresses only the issue of consolidation, which must be determined prior to the appointment of a lead plaintiff.

The determination of whether to consolidate cases is governed by Fed. R. Civ. P. 42(a), which provides:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

The movants allege, and the Court agrees, that the instant action and the *Cohen* action involve common questions of law and fact. Both actions assert the same violations of the Securities Exchange Act, based on the same allegedly wrongful conduct. Consolidating the actions will enhance fairness and judicial economy. *See Harris v. Illinois–California Exp., Inc.*, 687 F.2d 1361, 1368 (10th Cir.1982). Accordingly, these actions should be consolidated.

For the foregoing reasons, it is **ORDERED** that:

1. The Clerk is directed to **CONSOLIDATE** *Cohen v. Lightning eMotors*, 21-cv-3215-STV with this action;

2. A copy of this order shall be filed in *Cohen v. Lightning eMotors*, 21-cv-3215-STV;

3. The motions filed at ECF Nos. 23, 25, 27, 28, 30, and 32 are GRANTED to the extent they seek consolidation. The Court defers ruling on the remaining requests in ECF Nos. 23, 25, 27, 28, 30, and 32;

4. All future filings in these consolidated actions shall be filed in case number 21-cv-02774-RMR-KLM.

DATED:  December 17, 2021

BY THE COURT:

_____

REGINA M. RODRIGUEZ
United States District Judge