# EXHIBIT 7

**S&P Global**
Market Intelligence

# Lightning eMotors, Inc. NYSE:ZEV
# FQ2 2021 Earnings Call Transcripts

## Monday, August 16, 2021 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2021- | | | -FQ3 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.15) | (0.22) | NM | (0.19) | (1.27) | NA |
| **Revenue (mm)** | 6.06 | 5.92 | ▼ (2.31 %) | 5.38 | 24.26 | NA |

Currency: USD
Consensus as of  Aug-17-2021 1:50 PM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2021** | (0.15) | (0.22) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Contents**

---

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .................................................................................. | **3** |
| **Presentation** | .................................................................................. | **4** |
| **Question and Answer** | .................................................................................. | **9** |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Kash Sethi**
*Chief Revenue Officer*

**Nicholas Bettis**

**Teresa P. Covington**
*Chief Financial Officer*

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

**William Kelley**

**ANALYSTS**

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

**Michael Shlisky**
*D.A. Davidson & Co., Research Division*

**Sherif Abdul-Fattah El-Sabbahy**
*BofA Securities, Research Division*

**Steven Bryant Fox**
*Fox Advisors LLC*

**Subhasish Chandra**
*Northland Capital Markets, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

LIGHTNING EMOTORS, INC. FQ2 2021 EARNINGS CALL  AUG 16, 2021

# Presentation

**Operator**

Good afternoon, and welcome to Lightning eMotors' Second Quarter 2021 Earnings Conference Call. Today's call is being recorded, and we have allocated 1 hour for prepared remarks and Q&A.

At this time, I would like to turn the conference over to Nick Bettis, Director of Marketing and Sales Operations for Lightning eMotors. Thank you. You may begin.

**Nicholas Bettis**

Thank you, operator, and thank you, everyone, for joining us today. Hosting the call today are Lightning's -- our Co-Founder and CEO, Tim Reeser; Chief Revenue Officer, Kash Sethi; and CFO, Teresa Covington. Ahead of this call, Lightning issued its second quarter 2021 earnings press release and presentation, which we will reference today. These can be found on the Investor Relations section of our website at lightningemotors.com.

On this call, management will be making statements based on current expectations and assumptions, which are subject to risks and uncertainties. Actual results could differ materially from our forward-looking statements if any of our key assumptions are incorrect because of factors discussed in today's earnings news release, during this conference call or in our latest reports and filings with the Securities and Exchange Commission. These documents can be found on our website at lightningemotors.com. We do not undertake any duty to update any forward-looking statements.

Today's presentation also includes references to non-GAAP financial measures. You should refer to the information contained in the company's second quarter 2021 earnings press release for definitional information and reconciliations of historical non-GAAP measures to the comparable financial measures.

With that, let me turn it over to Tim.

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Thank you very much, Nick, and good afternoon, everyone. For today's presentation, we will be referring to the slides that were posted to the Investor Relations section of our website earlier this afternoon.

As this is our first earnings call since the closing of the business combination with GigCapital3 in May, I would like to start by thanking our employees for their contributions to Lighting's success. I would also like to thank shareholders for their patience and support towards the completion of the transaction. Becoming a public company was an important milestone for Lightning, and the transaction provided us with the capital needed to execute on our strategy and expand capacity to address an estimated $67 billion of total addressable worldwide market.

Now turning to Slide 5 with today's agenda. First, for investors not familiar with the Lighting story, I'll start off by giving a brief introduction of the company and its market opportunities. Second, I will then highlight what differentiates us from other industry players and how we are adapting to challenges facing the industry and plan to execute on our vision. Third, Kash will discuss our foundational agreement with Forest River and provide an update on our backlog and pipeline. Wrapping it up, Teresa will provide financial highlights from the second quarter and our 2021 financial outlook. We will then hold a question-and-answer session.

Moving to Slide 7. We founded Lightning in 2008 to address the lack of availability of hybrid and electric specialty commercial vehicles available to urban medium-duty fleets. Today, Lightning eMotors is the only full-range manufacturer of Class 3 through 7 battery electric and fuel cell electric vehicles in the market, including ambulances, shuttle buses, utility trucks and motor coaches. We have built a modular software and hardware architecture that allows us to serve this highly segmented and customized market with a cost-effective solution.

Turning to Slide 8. What separates us from our peers is that we deliver today purpose-built end-to-end commercial electric vehicle solutions for fleets. In addition to full vehicles, we sell powertrain systems to vocational and commercial vehicle OEMs as well as to partners like ABC Companies who install them in Repower applications.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**LIGHTNING EMOTORS, INC. FQ2 2021 EARNINGS CALL  AUG 16, 2021**

Historically, our process began with a Ford, Hino, Isuzu or General Motors chassis,which are produced at high volumes with low differentiation and are certified for our customers. As we announced in our earnings release, we have a path for addressing the industry chassis shortage with our own Lightning-branded strip chassis and cab chassis products.

We then build out the battery electric and fuel cell electric powertrain systems customized to each customer's vehicle, route and duty requirements. Next, we customize the design and software to fit the vocational requirements of each vehicle, a process that requires specialized software, engineering and manufacturing skills that were not previously required with internal combustion vehicle manufacturing. This high level of software and hardware customization is something that legacy OEMs have not historically performed, are not well suited for and that is both of high value and necessary for the products and markets that Lightning serves.

We integrate our proprietary data and analytics hardware and software platform on every vehicle we make. We've spent the last 8 years developing and refining this industry-leading technology. Our customers and our fleet service teams receive data about their vehicles in real time, enabling actionable intelligence and helping to prevent or reduce downtime for their fleets.

Further, our software includes key locational attributes, such as proprietary compliance reporting for HVIP, LCFS, CARB and other grant and subsidy programs as well as key efficiency and safety data. Our customers appreciate these software capabilities as evidenced by the 100% attach rate on every vehicle we have produced. We charge customers a fee for these services, which provides a high-margin monthly recurring revenue stream.

Lightning offers a full suite of charging solutions to customers, including Level 2 and Level 3 chargers, installation, permitting, LCFS monetization, software and support integration to complement their vehicle purchase. It's important to note that although charging is often viewed as a commodity product, commercial fleets have very specialized needs and use cases that are very different from public charging businesses, and we work with operators to tailor charging solutions to their unique requirements.

Finally, we wrap all these solutions together with customer financing. Although many fleet customers make extensive use of financing for their legacy internal combustion fleets, there's limited financing options available for electric vocational vehicles due to limited data on reliability and future residual values. We see bundling, financing and charging with the vehicle as an enabler to the vehicle sale, providing customers with a single end-to-end solution that enables them to recognize the TCO savings on a monthly basis.

Now to Slide 9. It is important to underscore that the high level of customization enabled and required by our technology and demanded by our customers is also what provides one of our competitive moats. Companies like GM and Ford are building trucks in high volumes and do not have a business model that supports manufacturing for the medium-duty segment.

Turning to Slide 10. Despite our efforts to highlight our niche position in the EV space, I've heard a lot of people say, "Hey, it's a crowded market with many EV players having recently gone public." We want to differentiate ourselves. And it's important to say what we do, which is we focus on urban, medium-duty commercial zero-emission vehicles, which are currently being deployed and have been deployed for the last 3 years. One of the things I'd like to say is we build the electric vehicles no one else is building, and in fact, no one else wants to build. And you can see that in this chart. While Lightning segments have a large total addressable market, these individual segments between Class 3 and Class 8 are generally too small for major OEMs and are not targeted by most start-ups building highly automated, low-customization production lines.

Now moving to an overview of our supply chain partners and recent supply chain developments on Slides 12 and 13. While we are experiencing a strong and growing product demand, supply chain issues have created temporary headwinds for our business. Although our Q2 revenue was constrained by drivetrain component deliveries, we were able to mitigate several other supply chain constrictions and sell 37 vehicles and powertrain systems. While we are working to remedy the supply chain disruptions through the technical and commercial validation of additional suppliers, further supply chain disruptions remain, including battery and chassis shortages. Major chassis OEMs have surprised the industry by shutting down in July for a week or more. It is important to note that although revenue is being pushed to future quarters, we have not lost any sales due to the delays.

But we aren't sitting idly by waiting for the supply chain problems to work themselves out. We are in the final stages of negotiations and technical integration and validation with one of the world's largest worldwide battery suppliers. We

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

LIGHTNING EMOTORS, INC. FQ2 2021 EARNINGS CALL  AUG 16, 2021

believe that our work with our battery suppliers may mitigate our supply chain constraints in 2022 and beyond. Further, with the design of our first purpose-built e-chassis, we are working on addressing the industry chassis shortage with our own Lightning-branded strip chassis and cab chassis products that are not chip limited. While 2021 has been a challenging year, we are thrilled with the demand outlook and are taking action to help address the supply chain issues, which we believe will allow us to fulfill customer demand and drive substantial vehicle sales and revenue growth in the years ahead.

Moving to Slide 14. I want to briefly mention our manufacturing capacities and plans. Lightning is in the unique position of having significant and capital-efficient manufacturing capacity online and running today with current facilities, flexible lines and flex tooling to support up to 1,200 powertrain systems and complete vehicles per year. We added an additional 100,000 square feet 9 months ago at our Loveland, Colorado campus and are now procuring and installing the automation and tooling required to grow our capacity to 3,000 powertrain systems and complete vehicles for 2022.

Not only are we able to build this capacity with a very light CapEx investment, we are also able to expand quickly due to our agile manufacturing approach and the fact that we don't build bodies or interiors, eliminating many of the heavy and long lead time CapEx investments. We have first rights to the additional square footage needed on our 1 million square foot campus to support a potential expansion of 20,000 powertrain systems and complete vehicles by 2024.

And now I'll turn it to Kash to provide an overview of recent customer wins and the order backlog and sales pipeline.

**Kash Sethi**
*Chief Revenue Officer*

Thanks, Tim. I will begin on Slide 16. First, we are very excited to sign a foundational strategic partnership agreement last week with Forest River, a Berkshire Hathaway subsidiary and North America's largest shuttle bus manufacturer. Forest River's family of shuttle bus companies, including popular brands like Starcraft, Glaval, ElDorado and Champion, have a dominant market position, selling over 10,000 units per year in the Class 4 to 6 shuttle bus space.

Under this agreement, which has a potential value of up to $850 million, Lighting expects to build up to 7,500 fully electric powertrains and provide charging products and services to Forest River over the next 4.5 years. A factory-installed, all-electric shuttle bus offering from Forest River is a game changer as we will leverage their decades of experience, relationships and brand reputation in this space.

Forest River's electric shuttle buses are being offered with various length and seating configurations, supporting ranges from 80 to 160 miles on a single charge, with the capability to recharge over a lunch break using Lightning's DC fast charging solutions. Lighting Energy will offer a comprehensive suite of charging infrastructure-related products and services to Forest River dealers and customers across the U.S. and Canada.

Lastly, we are happy to be building all electric vehicles today instead of only making plans for new products that won't be available for years. Manufacturing, in this case, has already begun, and we expect to deliver the first batch of buses to dealerships by the end of this year. This agreement has the potential to be the largest contract in the electric shuttle bus market, and we look forward to working with Forest River and their dealer network in leading the industry towards a zero emissions future.

Now I would like to turn to Slide 17 to discuss our backlog and pipeline. As of June 30, 2021, Lightning's order backlog included all-electric commercial vehicles, all-electric powertrain systems and charging systems of approximately 1,600 units, up 508% from the prior year period. To quantify that in dollars, that is $168 million versus $26 million in the prior year period. The increase in backlog orders reflects robust demand for our all-electric trucks and buses, powertrain systems, charging infrastructure products and services, telematics, analytics and other related accessories. Our sales pipeline at the end of the second quarter was $1.3 billion, which represents more than 500% growth since Q1 2020. Our pipeline is diversified with more than 200 deals in the works across several market segments.

I expect this growth to continue in 2021 due to successful pilot deployments validating our technology in the field and expanding sales team now engaging with a wider audience, new vehicle partnerships that unlock new market verticals for us in the commercial vehicle space and favorable news at the state and federal level that just brought support for commercial fleet electrification. We see significant upside potential in the wide variety of funding programs now available across the country, including new programs that will come out as a result of the Biden infrastructure plan. We believe we are positioned nicely to capitalize on these programs and continue increasing our backlog and pipeline.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And with that, I will turn it over to Teresa to provide an update on Lighting's financial results and outlook.

**Teresa P. Covington**
*Chief Financial Officer*

Thank you, Kash. I will now provide some commentary on our second quarter results, followed by our third quarter outlook. Beginning on Slide 19, for the second quarter, we generated revenues of $5.9 million, which increased 580% from the year ago period, driven by an over 300% increase in vehicle and powertrain systems unit sales. During the second quarter, Lightning sold 36 vehicles and 1 powertrain system compared to 9 vehicles in the prior year period.

Cost of goods sold in the second quarter was $7 million compared to $1.4 million during the prior year period, primarily due to an increase in revenues, partially offset by improved product mix. As we ramp production, we expect to generate operating leverage as we benefit from higher volume, fixed cost leverage on labor, improved battery supply terms and operational efficiency.

SG&A in the second quarter was $16 million compared to $2 million in the prior year period. The increase was driven by nonrecurring professional costs of $9.1 million related to our business combination as well as planned increased headcount to support our growing sales, backlog and production.

Research and development expense in the second quarter was $743,000 compared with $212,000 in the prior year period driven by increased spending on engineering to advance the development and design of new vehicle platforms, refine and improve our production processes, product testing and enhance our in-house engineering capabilities.

Operating expenses in the second quarter were $16.8 million compared to $2.2 million in the prior year period. The operating loss was $17.9 million compared to $2.7 million in the prior year period. The adjusted operating loss was $8.7 million compared to $2.7 million in the prior year period.

Turning to our balance sheet. Recall, upon closing of the business combination in May, Lightning received approximately $217 million in net proceeds. As of June 30, 2021, we had cash and cash equivalents of $202 million. As Tim mentioned earlier, we have a capital-efficient manufacturing process, leading to lower capital needs relative to many of our peers. Our full year 2021 capital spending is expected to be in the range of $10 million to $12 million.

We ended the quarter with approximately 73.2 million shares outstanding. If all outstanding warrants were converted today, we would have approximately 97.6 million diluted shares outstanding, not counting employee stock options and the convertible note payable.

Moving to our outlook. Primarily because of unexpected chassis production disruptions and COVID-related delays, we are withdrawing our prior guidance for 2021. Although we no longer expect to meet the full year guidance and are only providing guidance for 1 quarter out at this time, it is important to note that no orders have been canceled, and we expect to fulfill those orders in future quarters. As Tim noted earlier, we are taking steps to mitigate the supply chain issues through securing new drivetrain and battery suppliers as well as the development of the new Lightning e-chassis. Although supply chain has been the primary impact to our business, we are also seeing order pushouts due to the Delta variant and COVID resurgence, resulting in delays in return to work which has pushed out orders for campus coach and shuttle buses.

Now I want to say a few words about our outlook for the third quarter. Please turn to Slide 20. Based upon current market conditions, we currently expect vehicle and powertrain system sales to be in the range of 28 to 40 units; revenue to be in the range of $4 million to $6 million; operating loss to be in the range of $12.5 million to $13.6 million; and adjusted operating loss to be in the range of $12 million to $13 million. A reconciliation of GAAP operating loss to the adjusted operating loss can be found on Slide 21.

Now I will turn it back over to Tim for closing remarks.

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Thank you, Teresa. Before I wrap it up, I would like to summarize why we are so excited about the opportunities we have ahead of us. Number one, we have strong and growing customer demand, visible both from what we have in contracted revenue and orders and also from our growing sales pipeline that is now beginning to translate into both new and repeat orders. In addition, our foundational agreement with Forest River has significant commercial potential in the years ahead.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Number two, operating in multiple large niche markets, requiring significant customization and multistage go-to-market approaches, Lightning has a meaningful head start and few competitors in the areas where it operates.

Three, we believe new federal and state regulations, including the Biden infrastructure plan, corporate mandates focused on zero emissions and rapidly falling total cost of ownership for commercial EVs provide significant tailwinds in the years ahead.

And finally, while 2021 will prove to be a transition year in terms of profitability, we are working on diversifying our supply chain, focusing on operational excellence and making progress on our capacity expansion plans, which we believe will be key factors that allow the company to enhance its long-term margins.
Thank you for your time today. Now we'll open up the line for questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

LIGHTNING EMOTORS, INC. FQ2 2021 EARNINGS CALL  AUG 16, 2021

# Question and Answer

**Operator**

[Operator Instructions] Our first question is from Colin Rusch with Oppenheimer.

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

As you're looking at your customer conversations, and obviously, the Forest River announcement was a big one, could you speak to the advantage you guys have or how important it is that you're on your third generation of vehicles and the drivability elements of those vehicles and being able to close those customers?

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Thank you, Colin. Great to hear from you again. And obviously, you have some unique context having driven one yourself not too long ago. So the -- I appreciate the question and the thought around it.

Obviously, we put a lot of weight on the fact that the customers have driven the vehicles, seen the vehicles and the impact that has. And I think most people in the electric vehicle space today would say that driving is believing is one of the statements you see a lot. And the reason why is they obviously are quieter and smoother. But in the fleet vehicle space where customers are very concerned about reliability, uptime is probably the #1 concern, even more important than money or total cost of ownership. We have to have customers who have faith and believe that we have a reliable vehicle.

So the fact that we've had vehicles out there for 3 years, the fact that these customers have had the opportunity to build faith in what we've done to get used to it, to understand and to know that we've serviced those vehicles well, that we respond well when they call with questions, all of those are part of the maturing process that we've been through and the relationship building and trust-building process we've been through with customers that certainly gives us a significant leg up.

And I think that the validation of that is when customers place repeat orders. And we're seeing that. We have seen that. We've announced a few repeat orders with folks like DHL and now Forest River and others. And so I think that certainly validates the point how key it is to customers to know that we have reliability and that we already have a service network in place.

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

That's super helpful. And then just as you look at trying to manage the supply chain issues, which even having a balance sheet where we're putting deposits down is the really securing things, what are the most effective levers you're finding in terms of being able to procure components, get -- secure as much supply as you can? Is it having some of those orders with some of those brand new customers? Is it putting deposits down?

As you go from relatively modest volumes into much higher volumes, that is going to be something you guys really need to manage really effectively. So I just want to understand the dynamics around your leverage from a purchasing perspective that is actually functioning and working right now to get components in.

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Yes, Colin. And I think there's one other thing I'll point to and then come back to your point that I think is relevant. But one of the things we're finding is giving us leverage in a leg up is the reputation we now have from an engineering standpoint. So in the past, one of the things we find with suppliers is they perceive a lot of risk with companies in terms of are we going to use their product correctly? Are we going to make their product look good? And you can imagine the risk, if you think of yourself and any one of our supplier standpoint of placing their product with somebody who doesn't have the engineering prowess or experience to integrate the software correctly, to integrate the hardware correctly, to service that product correctly in the field and ensure everybody has a successful launch of these products.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**LIGHTNING EMOTORS, INC. FQ2 2021 EARNINGS CALL  AUG 16, 2021**

So part of what we're finding is giving us a leg up right now is our engineering reputation, the fact that we've integrated these products for quite a while. We know the way they work. We already have pre-written software, and that's certainly given many of our suppliers the kind of confidence they need to really make the investments in us and to trust the investments we're making in them.

Then secondly, obviously, the second part to that is, yes, now for the last 3 months being a public company, so really only very recently have we had the balance sheet to take advantage of being able to place larger orders. But now as you point out, the third thing is having the anchor customers that these suppliers believe in, understand that indeed, we're selling the product to a quality customer who's going to use the product in an expected way. And we have very reliable demand and demand that we can count on going forward in terms of ramping up.

So I think all 3 of those things are aspects that are giving us confidence in our supply chain going forward and confidence that we can build the kind of relationships and the kind of agreements we need to ensure we have solid supply chain moving forward.

**Operator**

Our next question is from Mike Shlisky with D.A. Davidson.

**Michael Shlisky**
*D.A. Davidson & Co., Research Division*

Can you hear me okay?

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Can hear you well, Mike. Great to hear from you. It's been a little while since we've seen you in person, but marvelous to hear from you, and congrats on your new role there at D.A.

**Michael Shlisky**
*D.A. Davidson & Co., Research Division*

I wanted to ask a question first on the Forest River deal. Can you give us some sense as to how you arrived at the $850 million? Was it back and forth as to how much more it could sell? Is it their best estimates to what they can sell? Or is there some inventory that has to get picked up first before you can start shipping in larger quantities there?

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Kash, do you want to take this one?

**Kash Sethi**
*Chief Revenue Officer*

Yes, absolutely. So we -- as far as is like in the space, they understand what the demand is out there for electric shuttle buses. They've been engaging with the market for a few years, so have we. So yes, we came together and determined how many units would the market need in the short term and the long term, what kind of adoption can we drive by committing to higher volumes to our suppliers, getting the price down and making the total cost of ownership attractive to the customers. So it is absolutely a number we came up with them together.

**Michael Shlisky**
*D.A. Davidson & Co., Research Division*

Okay. Great. And I also wanted to ask about your purpose-built chassis that's coming up here. Can you give us some details what size or class vehicle? Is it -- what the use case might be? Passenger? Or cargo? And maybe even if you have a date for the launch of that product?

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Certainly. So I have a new person I'm going to introduce who's in the room with me, Bill Kelley. Most of you know him, but I know he didn't speak on the earlier remarks. But this has been a project Bill has been driving for a while. So I'll let Bill answer that question.

**William Kelley**

Yes, we see the -- thank you, Tim. We see the purpose-built chassis expanding across 2 classes of vehicles. And we're not really ready to divulge the particulars there. But we believe that because of the modular nature of our electrification solution, if we can marry that to this purpose-built chassis, we should be able to serve a fairly broad market with a very simple design, simple and elegant design. And that process, as Tim mentioned, it's been ongoing now for quite some time, and we're very excited to see our first prototypes before the end of this year.

**Michael Shlisky**
*D.A. Davidson & Co., Research Division*

Okay. If I could throw one more in there about your outlook for this quarter. Do you have the ability to do any additional beyond this quantity next quarter in the fourth quarter? Or is the 28 to, I guess, 20 to 40 vehicle range you've got this quarter kind of this constrained level that might just be stuck for a while?

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

So we still expect and have been all year. I think the terminology we've used is we're very Q4 weighted. And historically, Q4 has always been when we've manufactured the most, also when we receive the most new orders. So that's usually been the case in the past. What is making Q4 difficult in terms of visibility this year is primarily the chassis constraint. So several of our chassis providers have pulled their delivery date guidance. And that's why we've made the decision to pull guidance on Q4 until we can get their guidance back on when they're actually going to deliver chassis. We are -- from a manufacturing scale, we have -- are ready to build the vehicles. And in fact, we'll partially build everything we can build.

So the assembly line is still going to be moving at full pace. Many of the things we're progressing on in terms of reductions in cost, reductions in labor, additional automation, all of those things are still at full pace. So the only thing we're concerned about are constrained on is chassis.

We don't know yet, though, Mike, whether that chassis constraint will be as limited as Q3 is right now or whether we'll see it start to open back up in Q4. We do know that many of the factories are back running after having some shutdowns due to chip shortages. But obviously, anybody's guess on what happens with COVID. But I'm always the optimistic guy on the phone, and Teresa is here to provide the appropriate financial balance to what I say. But I'm hopeful that our chassis manufacturers will be able to pick back up and give us better delivery guidance for Q4. And that would certainly give us an opportunity to make more in Q4 than our current constraints in Q3.

**Operator**

[Operator Instructions] Our next question is from Steven Fox with Fox Advisors.

**Steven Bryant Fox**
*Fox Advisors LLC*

Tim, can you maybe give us some sort of road map on how you're thinking about supply constraints easing for you over, say, a longer period, maybe not just for Q4 getting a little bit better, but how things normalize, say, over, let's call it, 12 to 24 months? What happens first, what happens second to start to alleviate it? And where do you feel that you will be down the road on these things where we can see significant bottlenecks relief? And then I had a follow-up.

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Certainly, Steven. Thank you for the time. Great to hear from you again as well. So we certainly look out and the impacts, obviously, everybody has seen on the chip shortage that have impacted chassis and some other components. I think from our standpoint, we expect those to be partially alleviated, and we've been told by some of those chassis providers they expect to have either redesigned in different chips or have a different plan for how they're going to start meeting their expectations starting Q2 of next year. So that's the kind of input we've had to this -- to what we're hearing. And then in the

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

same thing, as we've talked about, beginning to scale up our own Lightning e-chassis to also provide additional supply of e-chassis into mid- and second half of 2022.

We look at the other major constrained item in batteries in the same way. We are working with additional battery suppliers. And each of our battery suppliers has made real progress in now guaranteeing or pulling down some of their supply constraints. And so we feel that our suppliers are doing the right things to improve this in 2022. And we're certainly doing, not only working with those suppliers to help them do the right things, but also adding additional suppliers. And adding is, in the case of a chassis and other things, some of our own new vertical integrated products.

So all of those variables together, our expectation is we get into 2022 in a much better position, certainly by the second half of 2022 in a much better position. Is that going to free up in Q2 of 2022? I think we could all debate that quite lively. And I don't know the answer on that today.

But certainly, my belief is it will begin to get better into Q4 and then again into Q1 and Q2. Assuming as well, we'll all put out the -- we all thought COVID was going away and we could not have to talk about it during the summer. And then we've obviously seen the Delta variant kick back up and it impacts some of our suppliers. So those kind of risks aside, we feel very good about that the things we are doing as well as the things our suppliers are doing, put us all in a much better position in 2022.

**Steven Bryant Fox**
*Fox Advisors LLC*

Great. That's a really interesting road map. Helps a lot. And then just as a follow-up on the e-chassis. Can you -- I thought -- one, can you sort of remind us on what you need to do to scale it up internally? And then secondly, I thought I heard you mention that it would not be impacted by the current chip constraints. And I was wondering if you could just be more specific on that.

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Yes. So I'll answer the first one, and then I'll ask Bill to help me with the second one on some of the things. One thing to keep in mind with straight strip chassis, different from them, many of the chassis we buy today have components on it that we, in the end, don't necessarily need and some chips that we don't necessarily need. And secondly, when we're designing and working with our own e-chassis, we have an option of putting in chips we can get today. So we have a few more options when we think about our own chassis versus buying an off-the-shelf chassis from somebody else who probably can't change it overnight.

But it's important to note the chassis itself, when it doesn't have a transmission controller or navigation systems or some of these other things that we often get, whether we want it or not on chassis today, those things don't exist in the simplest form of the e-chassis. So it's quite frankly just easier to -- we don't have the bottlenecks that other chassis have making our own chassis. And secondly, we can design it with fewer of those bottlenecks out of the gate, which is obviously a big benefit in many aspects of the e-chassis.

So with that, I'll ask Bill maybe to elaborate a bit on some of what he sees as we look at how do we scale it.

**William Kelley**

Yes. The -- probably the most intriguing aspect of the e-chassis to me is the notion that because we have a little more freedom with the architecture, we can make the purpose-built chassis configuration very friendly to many different specialty vocations. So today, we do utilize chassis that we get from the traditional OEMs, and we've worked it out, I think, quite nicely. But we just see a lot more opportunity now because the vocational vehicles have very unique requirements. And the shape and size of this e-chassis will be highly aligned with their business interests.

**Operator**

Our next question is from Subash Chandra with Northland Securities.

**Subhasish Chandra**
*Northland Capital Markets, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Tim, I just want to apologize ahead of time. I did jump on late, so if you covered any of this, nevermind. But a couple of questions just on, I guess, the sales channel as it exists today. First, where is the leasing program now? I'm assuming there wasn't much of that, that accounted for second quarter sales? And then the HVIP 2, what you saw coming out of that, at least the first half of the GRIP program, how influential that is?

And just tying into that, the new chassis. Is there -- I guess we're going to see a breakpoint where these Forest River-type deals drive the business versus the HVIP program, which has historically driven the business. Curious if with the new chassis if that has to be -- if your HVIP offerings have to be updated for that.

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Certainly, Subash. Great to hear from you. I'm excited to hear -- I think it's been a month or 2 since you were here. So excited to have a chance to chat with you a bit.

I'll start with the last question, which I think is -- well, let me start with the leasing question just real quick, and then I'll turn some of the HVIP question over to Kash as well.

Leasing has been -- so the first one is it's been our plan to not have leasing on our balance sheet. So we're working with partners off balance sheet to do leasing, partially for the reason you point out that we want to do full revenue accounting. And so by not having it in our balance sheet and working with partners on that, we can have full revenue accounting, which obviously simplifies many aspects of the business. And simplifies the analysts' job on the business as well. So we have not had any significant leasing business on the -- on our books, and we aren't planning to at this point. We'll do it off balance sheet.

So -- but the work on making sure we have offerings for our customers in the finance space continues, both -- with several different partners, and also, as we look at internally, how do we market it, how do we package it, what do customers really need and require. And then in the meantime, while all that's going on, we have done some -- already with some partners off balance sheet. So the activities there, the values there, the scale-ups in the early stages, but it's our intention to keep it off our balance sheet so that from a revenue recognition, it's fairly simple in that sense.

With HVIP, I very much like your thought there because we see it the same way that with these large deals, the costs come down to a point where the customers no longer need major government subsidy to make compelling purchases, and so therefore, get rid of some of the odd behavior that occurs when things enter a weird government subsidy line. So that said, obviously, we've been an HVIP participant for quite some time. And I'll let Kash speak a little bit to how we see the industry changing around HVIP.

**Kash Sethi**
*Chief Revenue Officer*

Sure. So for anybody in the audience who doesn't have the background, HVIP has been a really nice tool for fleets to offset the incremental vehicle acquisition cost so they can prove out the total cost of ownership and feel comfortable with the technology going forward. What came out of HVIP this summer was actually the 2020, 2021 program. It was supposed to come out late last year. It got delayed into this year due to a couple of different reasons, COVID and they were rehauling -- revamping their complete software system that we use to secure vouchers.

So it's been really exciting summer for HVIP. Demand has outgrown supply of funds, which is a clear signal that technology is working in the field. Fleets are feeling comfortable, not just buying 3 or 5. They want to buy 10, 30, 50, 100. So as a result of that, there was more demand for funds that was available in both the June and the August rounds. The good news is that this year's HVIP program, which is the '21-'22 program, is supposed to come out this fall with more than $200 million accounted for it. So some of that is still being finalized at the state level. But broadly speaking, Subash, what we're seeing is there is many of the programs popping up across the country.

As you know, HVIP is only in California. There are state-level programs around the country, there's federal programs coming up. And looking at the future, the Biden administration infrastructure plan looks very promising, and we expect it will provide significant funding to accelerate adoption across the country and not have this be just the California business. And lastly, as a result of deals like Forest River, where we are moving much more volume, as we mentioned, the cost and prices coming down to a level where we won't need incentives in a few years. So a lot of progress happening in that regard.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

LIGHTNING EMOTORS, INC. FQ2 2021 EARNINGS CALL  AUG 16, 2021

**Subhasish Chandra**
*Northland Capital Markets, Research Division*

Yes. Just as a follow-up. So was the HVIP a material driver for revenues? Or will it be a material driver for revenues in the second half of the year or 4Q?

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Kash, do you want to follow up on that as well?

**Kash Sethi**
*Chief Revenue Officer*

Yes, absolutely. Yes, we expect that to be the case. So some of it comes down to how long the program takes to review new HVIP voucher applications and assign them voucher amounts. Sometimes, that takes a couple of weeks. Sometimes that takes a couple of months. So based on how fast the system works and grants get approved, that will determine whether we build those units in Q4 or Q1. And then obviously, the other pieces being when those projects are greenlighted, we've got to look at the supply chain, again, to see how those 2 pieces align and whether that becomes a Q4 activity or Q1 activity.

**Subhasish Chandra**
*Northland Capital Markets, Research Division*

Okay. Got it. There are a couple of steps. Got it.

**Operator**

Our next question is from Sherif El-Sabbahy with Bank of America.

**Sherif Abdul-Fattah El-Sabbahy**
*BofA Securities, Research Division*

Just had a quick question. Looking at your slide, it seems like you have about 1,200 unit annual capacity for production, which is a bit ahead of schedule from the Analyst Day projections. Then we -- on the old projections, we'd expected positive gross margin in the fourth quarter on roughly 300 units or so, I estimated. What now do you expect to be the unit breakeven on gross margin given the pull forward in production capacity?

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

So I'll ask Teresa to answer that one.

**Teresa P. Covington**
*Chief Financial Officer*

Sherif, we provided guidance for Q3 at $4 million to $6 million with the adjusted operating loss of $12 million to $13 million. As we think about gross margin, as we ramp production, we expect to generate the operating leverage as we benefit for higher volumes, fixed cost leverage on labor, our improved battery supply terms and operational efficiency that we do believe will drive to a positive gross margin. But with what's happening with the supply chain, we're just not prepared at this time to say exactly which quarter that would be.

**Sherif Abdul-Fattah El-Sabbahy**
*BofA Securities, Research Division*

Understood. It was more of a comment on volumes rather than actual quarter. But also just as a clarification. For the orders in backlog, what portion of orders, of that 1,600 to 1,800 units are binding orders versus nonbinding?

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Good question, Sherif. I don't think we know off the top of our head. I do -- and I think it's worth -- and I know you and I have had a chance to talk to some about this in the past, so I think it's a very relevant question and a good question. I'll

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

LIGHTNING EMOTORS, INC. FQ2 2021 EARNINGS CALL  AUG 16, 2021

break our backlog into -- and I think it's important to note the backlog is made up of purchase orders. So these are -- one of the things about purchase orders is you could define purchase orders in a variety of ways. Some purchase orders are cancelable, some are not. Some purchase orders have a contingency like HVIP or first article confirmation. So there's a variety of things that a purchase order -- a commercial purchase order with a major fleet, the terms that it may have. And our purchase orders kind of have all of the above.

So we do have some that are what might come under the terminology of binding because they aren't cancelable, but most have some form of cancellation opportunity. Obviously, that has -- those are 2-way streets if prices were -- something were to happen and we didn't want to go forward with fulfilling the purchase order, it goes both ways. But they typically fall under -- most of those would fall under nonbinding.

So we can -- as we go back and look at what's in our backlog, we'll do some work for next quarter and see if we can give you a more succinct answer to that question. We are -- so I apologize, I don't have something more succinct. But I think overall, it's an important question, something we're certainly constantly managing, and obviously, always trying to work to have more binding purchase orders and fewer places for cancellations. But like I said, that also has a 2-way street that often comes with that as well.

**Sherif Abdul-Fattah El-Sabbahy**
*BofA Securities, Research Division*

Understandable.

**Teresa P. Covington**
*Chief Financial Officer*

Sherif, just a follow-up there. As we talk about our backlog, we talk about it as it is comprised of nonbinding agreements and purchase orders from the customers. And although they do not constitute a legal obligation, we believe that the amounts included in backlog are firm even though, as Tim mentioned, these nonbinding orders may be canceled or delayed by customers without penalty.

**Sherif Abdul-Fattah El-Sabbahy**
*BofA Securities, Research Division*

Understandable. I appreciate the color on that. If I could, just one more question. Just on the work with the supply base, I understand you've been adding a lot of suppliers to help fill in some of the shortages and working on the e-chassis. When you're talking with customers who have tried the product and driven it and so forth, are they looking for specific components? Or are they saying I want a Transit with a Proterra battery and so forth? Or are they flexible in terms of what you're delivering and what the components are from a supplier standpoint?

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

I would say all of the above. So we do have some customers who say, hey, we've really been impressed with a specific component, and will this product include that specific component or brand name that they've liked. And that certainly happens on the chassis front. It certainly happens on the battery front. Many of the other components, less so. Most customers don't -- aren't aware of what brand somebody may be using for their heating, air conditioning systems or their -- other aspects of the vehicle, the thermal management aspects of the vehicle or the charging systems. But that -- when you think of major components, especially batteries and chassis, some customers are indeed wanting to choose their favorites.

But many customers don't. And so I would say that there are aspects where the customer's looking at the complete package and saying, does it meet their vocational needs, and do they trust our engineering. And when they've test driven the vehicle, do they like the product in general. So I would say it's a mixed bag of some people who are absolutely wanting to be driving some aspect of that and other people who don't -- aren't at all concerned.

And then obviously, part of our team's job when we think about business development is steering that to -- at some level when there's an opportunity to steer it. So some customers may ask, hey, "Can I get it with this battery?" And it becomes our job to say, "Hey, we have another battery that we think is a better potential fit for your particular need, use case, et cetera."

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**LIGHTNING EMOTORS, INC. FQ2 2021 EARNINGS CALL  AUG 16, 2021**

But then I'll kind of give a third category, and that is some categories like Buy America do become specific. Some customers have a very specific requirement on something like Buy America where, obviously, that will dictate, for example, what battery might have to go on a specific vehicle. So there are certainly some cases like that, that are dictated at a higher level or dictated by a grant solution or something like that. So all of the above. I realize that may not give you the answer you need but hopefully it gives you color.

**Operator**

Thank you. At this time, this will conclude the question-and-answer session, and I would like to turn the call back to Tim Reeser for closing remarks.

**Timothy Richard Reeser**
*Co-Founder, CEO, President & Director*

Thank you very much, and I'd like to close by thanking all of our employees for their contributions to Lightning's success, our shareholders for their support and our customers for their commitments. We look forward to future discussions updating you on our progress.

**Operator**
This concludes today's conference. You may disconnect your lines at this time. Thank you very much for your participation, and have a great day.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**LIGHTNING EMOTORS, INC. FQ2 2021 EARNINGS CALL  AUG 16, 2021**

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.