# EXHIBIT 10

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K

**UNDER**
**THE SECURITIES ACT OF 1933**

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): June 17, 2021**

# Lightning eMotors, Inc.
**(Exact name of registrant as specified in its charter)**

| Delaware | 001-39283 | 84-4605714 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (IRS Employer Identification No.) |

**815 14th Street SW, Suite A100**
**Loveland, Colorado 80537**
**(Address of principal executive offices, including zip code)**

**1-800-223-0740**
**(Registrant's telephone number, including area code)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2 below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.0001 per share | ZEV | New York Stock Exchange |
| Redeemable Warrants, each full warrant exercisable for one share of Common Stock at an exercise price of $11.50 per share | ZEV.WS | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 7.01.        Regulation FD Disclosure.**

The information set forth below under this Item 7.01 is intended to be furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act or the Exchange Act, except as expressly set forth by specific reference in such filing.

On June 17, 2021, members of the management team of Lightning eMotors, Inc. made available on its website an investment presentation for use during its Analyst Day. A copy of the presentation is furnished herewith as Exhibit 99.1 and incorporated herein by reference.

**Item 9.01        Financial Statements and Exhibits**

**Exhibit
Number**

99.1        Analyst Day Investor Presentation, dated June 17, 2021

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Lightning eMotors, Inc.**

Dated: June 17, 2021

By:   /s/ Timothy Reeser
Chief Executive Officer



Exhibit 99.1

**Analyst Day**

June 2021

## Safe Harbor

This presentation (this "Presentation") contains "forward-looking statements" within the meaning of U.S. federal securities laws. Such forward-looking statements include, but are not limited to, statements regarding the expectations, hopes, beliefs, intentions, plans, prospects, financial results or strategies regarding Lightning eMotors, Inc. ("Lightning eMotors", "the Company", "us", "our" or "we") and its management team. Any statements other than statements of historical fact contained in this Presentation, including statements as to future results of operations and financial position, planned products and services, business strategy and plans, objectives of management for future operations of Lightning eMotors, market size and growth opportunities, competitive position and technological and market trends, are forward-looking statements. In addition, any statements that refer to projections, forecasts or other characterizations of future events or circumstances, including any underlying assumptions, are forward-looking statements. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. These forward-looking statements are based on various assumptions, whether or not identified in this Presentation, and on the current expectations of Lightning eMotors' management and are not predictions of actual performance. There can be no assurance that future developments affecting Lightning eMotors will be those anticipated. These forward-looking statements contained in this Presentation are subject to known and unknown risks, uncertainties, assumptions and other factors that may cause actual results or outcomes to be materially different from any future results or outcomes expressed or implied by the forward-looking statements. These risks, uncertainties, assumptions and other factors include, but are not limited to: (i) those related to our operations and business and financial performance; (ii) our ability to attract and retain customers; (iii) our ability to up-sell and cross-sell to customers; (iv) the success of our customers' development programs which will drive future revenues; (v) our ability to execute on our business strategy; (vi) our ability to compete effectively; (vii) our ability to manage growth; (viii) the ability of the Company to maintain the New York Stock Exchange's listing standards; (ix) the potential severity, magnitude and duration of the COVID-19 pandemic as it affects our business operations, global supply chains, financial results and position and on the U.S. and global economy; (x) current market conditions and federal, state, and local laws, regulations and government incentives, particularly those related to the commercial electric vehicle market; (xi) the volatility in the price of our securities due to a variety of factors, including changes in the competitive industries in which the Company operates, variations in operating performance across competitors, changes in laws and regulations affecting the Company's business and changes in the capital structure; (xii) planned and potential business or asset acquisitions or combinations; (xiii) the size and growth of the markets in which we operate; (xiv) the mix of products utilized by the Company's customers and such customers' needs for these products; (xv) market acceptance of new product offerings; and (xvi) our funding and liquidity plans. Moreover, we operate in a competitive and rapidly changing environment, and new risks may emerge from time to time. You should not put undue reliance on any forward-looking statements. Forward-looking statements should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times at, or by, which such performance or results will be achieved, if at all. Should one or more of these risks or uncertainties materialize, or should any of the assumptions being made prove incorrect, actual results may vary in material respects from those projected in these forward-looking statements. We undertake no obligation to update or revise any forward looking statements, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws.

This Presentation contains projected financial information with respect to Lightning eMotors. Such projected financial information constitutes forward-looking information, and is for illustrative information purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying such financial forecast information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties. See the cautionary statements above. Actual results may differ materially from the results contemplated by the financial forecast information contained in this Presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such forecasts will be achieved. For example, sales pipeline may not be indicative of future sales and can vary from significantly from period to period. Additionally, because backlog is comprised of non-binding agreements and purchase orders from customers and does not constitute a legal obligation, amounts included in backlog may not result in actual revenue and are an uncertain indicator of our future earnings.

Certain market data information in this Presentation is based on the estimates of Lightning eMotors management. Lightning eMotors obtained the industry, market and competitive position data used throughout this Presentation from internal estimates and research as well as from industry publications and research, surveys and studies conducted by third parties. Lightning eMotors believes its estimates to be accurate as of the date of this Presentation. However, this information may prove to be inaccurate because of the method by which Lightning eMotors obtained some of the data for its estimates or because this information cannot always be verified due to the limits on the availability and reliability of raw data, the voluntary nature of the data gathering process.

No representations or warranties, express or implied are given in, or in respect of, this Presentation. To the fullest extent permitted by law in no circumstances will Lightning eMotors or any of its subsidiaries, stockholders, affiliates, representatives, partners, directors, officers, employees, advisers or agents be responsible or liable for any direct, indirect or consequential loss or loss of profit arising from the use of this Presentation, its contents, its omissions, reliance on the information contained within it, or on opinions communicated in relation thereto or otherwise arising in connection therewith. Industry and market data used in this Presentation have been obtained from third-party industry publications and sources as well as from research reports prepared for other purposes. Lightning eMotors has not independently verified the data obtained from these sources and cannot assure you of the data's accuracy or completeness. This data is subject to change. In addition, this Presentation does not purport to be all-inclusive or to contain all of the information that may be required to make a full analysis of Lightning eMotors. Viewers of this Presentation should each make their own evaluation of Lightning eMotors and of the relevance and adequacy of the information and should make such other investigations as they deem necessary.

# Safe Harbor (Cont'd)

The financial information and data contained in this Presentation are unaudited and do not conform to Regulation S-X. Accordingly, such information and data may not be included in, may be adjusted in or may be presented differently in, documents to filed by Lightning eMotors with the SEC. Some of the financial information and data contained in this Presentation, such as Adjusted Operating Loss, have not been prepared in accordance with United States generally accepted accounting principles ("GAAP"). The Company defines Adjusted Operating Loss as Operating Loss excluding stock-based compensation and merger combination deal costs that the Company believes are not indicative of its core operating performance. Adjusted Operating Loss is not a substitute for or superior to measures of financial performance prepared in accordance with GAAP and should not be considered as an alternative to any other performance measures derived in accordance with GAAP. Lightning eMotors believes these non-GAAP measures of financial results provide useful information to management and investors regarding certain financial and business trends relating to Lightning eMotors' financial condition and results of operations. Lightning eMotors' management uses these non-GAAP measures for trend analyses and for budgeting and planning purposes. Lightning eMotors believes that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating projected operating results and trends in and in comparing Lightning eMotors' financial measures with other similar companies, many of which present similar non-GAAP financial measures to investors. Management does not consider these non-GAAP measures in isolation or as an alternative to financial measures determined in accordance with GAAP. The principal limitation of these non-GAAP financial measures is that they exclude significant expenses and income that are required by GAAP to be recorded in Lightning eMotors' financial statements. In addition, they are subject to inherent limitations as they reflect the exercise of judgments by management about which expense and income are excluded or included in determining these non-GAAP financial measures. In order to compensate for these limitations, management presents non-GAAP financial measures in connection with GAAP results. You should review Lightning eMotors' audited financial statements, which will be included its SEC filings.

All trademarks, service marks, and trade names of Lightning eMotors used herein are trademarks, service marks, or registered trade names of Lightning eMotors, as noted herein. Any other product, company names, or logos mentioned herein are the trademarks and/or intellectual property of their respective owners, and their use is not intended to, and does not imply, a relationship with Lightning eMotors, or an endorsement or sponsorship by or of Lightning eMotors. Solely for convenience, the trademarks, service marks and trade names referred to in this presentation may appear without the ®, TM or SM symbols, but such references are not intended to indicate, in any way, that Lightning eMotors will not assert, to the fullest extent under applicable law, its rights or the right of the applicable licensor to these trademarks, service marks and trade names.

3



## Today's Presenters



 **Tim Reeser**
*Founder and Chief Executive Officer*

- 25 years of Technology CEO experience
- Founded and led multiple IT and Cleantech companies with successful funding and exits

**Technology Leadership**

*"We are already the leader and are now primed to scale. We help urban fleets make the transition to zero local emissions."*



 **Bill Kelley**
*Chief Technology Officer*

- 35 years of automotive engineering and manufacturing experience
- Former VP of Advanced Engineering at Borg Warner

**Designed for Modularity**

*"First and only high level of customization enabled by modular software and hardware"*



 **Teresa Covington**
*Chief Financial Officer*

- 25 years C-Level finance experience
- Prior CFO of asTech, AeroVironment (public), and Line 6
- MS Electrical Engineering, MBA Stanford

**Systems Built for Growth**

*"We are putting in place the systems and people to support the growth and scaling of an exciting market."*



 **Kash Sethi**
*Chief Revenue Officer*

- 15 years of biz dev, technical sales, sales management, and marketing strategy experience
- Background in commercial vehicles, electric power utility and renewables industries
- Electrical Engineer, MBA

**Market Leadership**

*"While our competitors are still developing prototypes, we are already deploying high performance vehicles and receiving repeat orders"*

4

 LIGHTNING eMOTORS

## Agenda

1. Executive Summary
2. Go to Market
3. Technology Overview
4. Manufacturing Overview
5. Financial Summary
6. Q&A



LIGHTNING eMOTORS





## Focus on Urban Commercial ZEV
**Purpose-Built Electric Vehicles**

*Only Full-Range Manufacturer Class 3 – 7 BEV & FCEV*

## Modular & Proprietary Architecture
*Scalable Software and Hardware Architecture*

## $67B TAM [1]
*Across Multiple End Markets*

## Blue Chip Customer Base
*We are a B2B Company*

amazon  DHL  CBRE  COX

## Strategic Partnerships



BorgWarner  Ford  HINO  PLUG POWER  bp (Investor)

## 10 Years R&D
*Gen 2-4 on all platforms - Ahead of the Game*

## 2 Years
*Head Start in Production and Customer Validation [2]*

**140+** Vehicles on the Road [3]     **1,500+** Vehicles on Order [3]

## 485k Addressable Fleet with Current Customers
*Strong Pipeline with Current Customers and Repeat Orders in lace*

(1) U.S. Department of Energy, Ward's and LMC Automotive.
(2) The customer validation cycle typically takes 3 to 24 months.
(3) As of May 12, 2021

7





## Competing Manufacturer Battery Electric Vehicle Plans (U.S. announced)



| | US Annual Market Size (new units) | LIGHTNING eMOTORS | Ford | gm | Arrival | PACCAR | RIVIAN | WORKHORSE | LION | DAIMLER | NAVISTAR | (logo) | Motiv | BYD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 1-2 Cargo & Work | 150K+ | ✕ | ✓ | ✓ | ✓ | ✕ | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| Class 1-2 Shuttle | 15k | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| Class 3-5 Cargo & Work | 50k | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | Class 4 only | ✕ | ✕ | ✕ | Class 4 only | Class 4 only | ✕ |
| Class 3-5 Shuttle | 15k | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | Class 4 only | Class 4 only | ✕ |
| Class 4-5 Work Truck | 20k | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | Class 4 only | Class 4 only | ✕ |
| Class 3-4 Ambulance | 6k | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| Class 3-4 School Bus | 10k | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | Class 4 only | Class 4 only | ✕ |
| Class 5-7 School Bus | 30k | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✓ | ✓ | ✓ | ✕ | ✕ | ✓ |
| Class 6-7 Box Truck | 125k | ✓ | ✕ | ✕ | ✕ | ✓ | ✕ | ✕ | ✓ | ✓ | ✓ | ✕ | ✕ | ✓ |
| Motor Coach and Transit Bus Repower | 10k | ✓ | ✕ | ✕ | Transit bus | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✓ |

Source: Internal and partner estimates

9

LIGHTNING eMOTORS

# What We Do

**We provide complete electrification solutions for urban commercial fleets**

 LIGHTNING eMOTORS

 LIGHTNING ENERGY Charging-as-a-Service (CaaS)

LIGHTNING CAPITAL

## COMMERCIAL ZEVs

- Manufacture complete Specialty vehicles: Class 3-7 trucks, buses, and motor coaches
- We also sell powertrains to strategic partners for new and re-power applications
- Offering both Battery (BEV) and Fuel Cell (FCEV)

## ANALYTICS

- Actionable fleet intelligence
- Unique AI Big Data on commercial drive cycles
- Recurring revenue stream with 100% attachment rate

## CHARGING

- Complete charging solutions including permitting, installation, service, software, and management
- Patented mobile charging solution
- Recurring revenue stream with 7-10 year contracts

## FINANCING

- Most fleet customers finance commercial vehicles
- Lightning working with partners on flexible terms

10

LIGHTNING eMOTORS

## Optimized Modular Design Addresses Diversified Opportunities



- Common Commercial Vehicle Electrification necessitates and benefits from high levels of customization

- Software-enabled platform and integration capabilities translate to significant time-to-market advantage

Note: Pictures represent selected vehicles as examples in each class and our products are not limited to vehicles shown in the above.

11

LIGHTNING eMOTORS

# We Primarily Build New, Purpose-Built Electric Vehicles







New, Purpose-Built vehicles dominate our offerings, but OEM and Repower business is growing

Note: Pictures represent selected vehicles as examples in each class and our products are not limited to vehicles shown in the above.

12

LIGHTNING eMOTORS























## Medium Volume/High Customization

- Commercial EVs benefit from customizations that aren't possible with ICE vehicles

- Commercial EVs <u>require</u> higher level of customization than their ICE counterparts

- Lightning's segments – large total TAM, but segments are too small for major OEMs and most startups building highly automated, low-customization production lines
  - Batches of 10's and 100's, rather than thousands per day
  - Requiring much different manufacturing and go-to-market approach

- Other segments Lightning is working in today include:
  - Refrigeration trucks
  - Street sweepers
  - Rail equipment



16



LIGHTNING eMOTORS



Technology Overview

Bill Kelley, Chief Technology Officer

# Our Technology Competitive Strengths – Software

**Best-in-class efficiency, range, charging, reliability and analytics**

| Powertrain Control Software | Chassis Integration Software and Hardware | Analytics / Telematics Software and Hardware |
|---|---|---|
| • Highly optimized, robust, modular code controlling vehicle motion, brake regeneration, thermal management systems, HVAC systems, battery systems, charging systems, safety systems, etc. | • Specific software for every chassis supported<br>• Human-Machine interface, dashboard, etc.<br>• Safety systems – ABS, traction control | • Proprietary hardware and software<br>• All data owned by Lightning |
|  |  |  |

**MODULAR Proprietary Electrification
Solution, Powered by Software**

18



# Our Technology Competitive Strengths

## Best-in-class efficiency, range, charging, reliability and analytics

### IP + Trade Secrets

- Proprietary HD transmission
- Modular proprietary software
- Patent pending:
  - Mobile charger
  - High-power components



### Analytics + Algorithms

- Continuously collecting meaningful data from fleets
- Constantly optimizing:
  - Range and drive cycles
  - Accessory energy use
  - Driver behavior
- Advanced regenerative braking



### Service Network

- Established infrastructure investment
- Nationwide service and charging
- Vehicle financing



### Operations + Supply Chain

- Low-capital assembly
- Efficient manufacturing
- Reliable, validated suppliers



**MODULAR Proprietary Electrification Solution, Powered by Software**

**Significant Operational Expertise, Enabling Industry-leading Scale**

19

LIGHTNING eMOTORS



# California Air Resource Board (CARB) Certified

**Model year 2021 CARB Executive Orders (EO)**

- Lightning Electric T-350 Transit Cargo Van

- Lightning Electric T-350 Passenger Van

- Lightning Electric E-450 Shuttle

- Lightning Electric F-550 Shuttle

**Aftermarket Exemption EOs**

- Gillig Transit Bus

- Van Hool motor coach

- Lightning Electric T-350 Transit repower

**In process:**

- Zero Emissions Powertrain for Class 6 vehicles (flexible platforms including GM 6500XD, GM 6500HD, Hino 268)









⊘ LIGHTNING eMOTORS












Manufacturing/Production Overview

Bill Kelley and Tim Reeser

## Already In Production with Projected Scaling of Capacity to 3,000 Units




**Manufacture Powertrains & Powertrain Components**
- Vertical integration
- Highly specialized
- Modular design

**Assemble Vehicles**
- Standard high demand vehicles
- Specialty vocation/applications

**Test**
- Quality control throughout
- Software Commissioning
- Charging tests

**Integration**
- Hardware
- Control software
- Telematics / Analytics

LIGHTNING eMOTORS

## Lightning eMotors Vertical Integration – Class 3 Power Sled





**Class 3 BEV Power Sled Assembly
(Ford T350 DRW Chassis)**

**Lightning eMotors Built Content**

## Lightning eMotors Vertical Integration – Class 4 Power Sled



**Class 4 BEV Power Sled Assembly
(Ford E450 Chassis)
(GM G-Van Chassis)**



Power Distribution

DC Fast Charge Module (88 kW)

Powersled Framework

Wiring Harnesses

+ Software

Thermal Management Hoses & Brackets

**Lightning eMotors Built Content**

27    LIGHTNING eMOTORS

## Specialized Automation to support medium-volume, high customization

- Medium-duty vehicle manufacturing has historically been non-automated
- Lightning already has some automation in place
- Asset-light automation being added in 2021/2022 to reduce costs and increase scalability
  - Robotic welding
  - Automated material handling
  - Automated fluid handling
  - Automated vehicle movement








28

LIGHTNING eMOTORS

# What We Buy Rather than Manufacture Today Results in Light-CAPx Model

- Chassis
  - Ford, GM, Hino, Isuzu
  - **To be announced**
- Bodies
  - Made to customer specs by over 10 specialized partners
  - Paint
  - Interiors
- Custom upfit equipment
  - Lifts
  - Shelving
  - Wheelchair lifts
  - RV equipment









29

LIGHTNING eMOTORS





# Regulation, Corporate Targets and Grants driving EV adoption

**Regulation & Mandates**

- California ACT Regulation: Minimum ZEV requirements **starting in 2024** ramping to **100% by 2045**
- 15 state MoU representing 50% of US economy and 40% goods movement: **30% zero emission sales by 2030** ramping up to **100% by 2050**
- California Transit Rule: Minimum ZEV purchase requirements **starting in 2023** ramping up to **100% by 2029**
- California Airport Shuttle Rule: **33%** buses must be zero-emission **by 2027**, **66% by 2031** and **100% by 2035**
- Biden administration directive for **100%** zero-emission federal fleet
- Zero Emission Zones: **30+ cities** (and growing) worldwide led by London and Santa Monica

**Fleet Targets**

- **Zero emissions targets** across industries including logistics, eCommerce, public transit, consumer goods and technology
- LA Department of Transportation: target to be **100% ZEV by 2030**
- NY Metropolitan Transportation Authority (largest in country): **100% ZEV by 2040**

         

**Grants**

- California HVIP - **$167M** available in 2021, expecting **> $200M** in 2021-2022
- Federal Transit Authority Zero Emission Bus funding: **$80-100M** per year
- VW Settlement funds to incentives ZEVs available in most US states
- National Zero-Emission Truck (ZET) program (in development) – asking for **$2B over 5 years** as "point of sale" incentive

 LIGHTNING eMOTORS

## Go to Market Strategy – Customized by market vertical

| Market | | Strategy |
|---|---|---|
| Delivery Trucks & Vans | | Direct engagement with national and regional fleets – parcel delivery, regional goods movement, linen and uniform rental fleets, bakeries, grocery and meal-kit delivery etc. |
| Passenger Vans & Shuttle Buses | | Direct engagement with fleets – transit agencies, airports, national parks, hotels/casinos, parking lots, corporate and university campuses<br>Working on strategic partnerships with leading US shuttle bus builders<br>Leverage partners' brand and dealer network |
| Motorcoaches & Transit Buses | | Repower solution offered through ABC – nation's largest motorcoach dealer<br>Opportunity to pursue full size OEM transit bus partnerships |
| RVs | | Existing partnership with US based RV builder – product launch coming in 2021<br>Leverage partners' brand and dealer network |
| School Buses | | Recently secured partnership with leading US based school bus builder<br>Leverage partners' brand and dealer network |
| Ambulances | | Working with REV Group's Ambulance division<br>Leverage REV's brand and dealer network |

**Additional market verticals & partnerships in the works.**



⏀ LIGHTNING eMOTORS

## Competitive Landscape – we are uniquely positioned

| | US Annual Market Size (new units) | Lightning eMotors | Ford | gm | Arrival | PACCAR | Rivian | Workhorse | Lion | Daimler | Navistar | (logo) | Motiv | BYD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 1-2 Cargo & Work | 150K+ | ✗ | ✓ | ✓ | ✓ | ✗ | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| Class 1-2 Shuttle | 15k | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| Class 3-5 Cargo & Work | 50k | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | Class 4 only | ✗ | ✗ | ✗ | Class 4 only | Class 4 only | ✗ |
| Class 3-5 Shuttle | 15k | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | Class 4 only | Class 4 only | ✗ |
| Class 4-5 Work Truck | 20k | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | Class 4 only | Class 4 only | ✗ |
| Class 3-4 Ambulance | 6k | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| Class 3-4 School Bus | 10k | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | Class 4 only | Class 4 only | ✗ |
| Class 5-7 School Bus | 30k | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✓ | ✓ | ✓ | ✗ | ✗ | ✓ |
| Class 6-7 Box Truck | 125k | ✓ | ✗ | ✗ | ✗ | ✓ | ✗ | ✗ | ✓ | ✓ | ✓ | ✗ | ✗ | ✓ |
| Motor Coach and Transit Bus Repower | 10k | ✓ | ✗ | ✗ | Transit bus | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✓ |

Source: Internal and partner estimates

35

LIGHTNING eMOTORS





## Strong Pipeline Growth





Nearly 500% growth in pipeline since Q1 2020

Diversified pipeline with over > 200 projects

**Sustained pipeline growth due to strong customer interest and successful product validation**

37

LIGHTNING eMOTORS





**Charging Infrastructure Solutions**

One major hurdle to fleetwide electrification is determining what charging will be needed and how to get the needed infrastructure designed, procured and deployed – it can be a challenging and time-consuming process.

**Lightning Energy** provides fleet customers with comprehensive solutions: from a la carte options to full-service turnkey solutions like Charging-as-a-service

- Needs analysis
- Project design and budgeting
- Project management – from start to finish
- Collaboration with electric utility (if needed)
- Level 2 AC and Level 3 DC Charge Stations
- Charger installation and commissioning
- LCFS credit management
- Smart Charging to optimize charging costs

LIGHTNING eMOTORS

## Customer Service & Field Support

National network of direct, independent, and OEM partner service networks



Training programs for fleets who want to do their own maintenance



24/7 Network Operations Center and advanced telematics



Commercial fleets demand (and reward) strong field support & customer service

LIGHTNING eMOTORS



## FY21 Q1 Results (Pre-Merger Private Company) and Full Year Guidance

| ($'s in millions) | Q1 Actuals | Full Year 2021 Guidance |
|---|---|---|
| **Revenue** | $4.6 | $50 to $60 |
| Gross Margin % | -16% | -2% to -4% |
| GAAP Operating Loss | -$5.3 | -$45 to -$49 |
| Adjusted Operating Loss[2] | -$5.3 | -$35 to -$39 |





- 140+ zero-emission Class 3 - 7 vehicles on the road[1]
- Quarter ending backlog $169 million
- Quarter ending Pipeline of $807 million

**Chassis and battery supply constraints impacting revenue timing**

[1] As of May 12, 2021
[2] Represents calculations based upon Non-GAAP metrics.  See Appendix for reconciliation of GAAP to Non-GAAP measures.



 LIGHTNING eMOTORS







## Business Combination Cash Will be Used to Scale the Business

- $217M Net Proceeds post the business combination.
- Projecting sufficient cash to fund operations through 2022.
- Uses of Cash
  - Working capital
  - Expand manufacturing capacity
  - Investments in R&D, Engineering, Sales, General and Administrative
  - Capital investments
  - Interest





Manufacturing Capacity – Vehicles and Powertrains

■ 2020 Actual    ■ 2021 Estimate    ■ 2022 Estimate

| | 72 | 500 | 3,000 |

43

LIGHTNING eMOTORS



## GAAP Operating Loss to Adjusted Operating Loss Reconciliation

| ($'s in millions) | Q1 2020 | Q1 2021 | FY2021 Guidance |
|---|---|---|---|
| GAAP Operating Loss | -$2.6 | -$5.3 | -$45 to -$49 |
| Stock-Based Compensation[1] | $0.0[1] | $0.0[1] | $1.0 to $2.0 |
| Merger Combination Deal Costs | $0.0 | $0.0 | $9.0 to $10.0 |
| Adjusted Operating Loss | -$2.6 | -$5.3 | -$35 to -$39 |

[1] *Amounts recorded less than $0.1 million*

LIGHTNING eMOTORS

