**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KLM (consolidated with 1:21-cv-03215-KLM)

JOHNNY R. SHAFER and JUSTIN COHEN,
Individually and On Behalf of All Others
Similarly Situated,

     Plaintiffs,

  v.

LIGHTNING EMOTORS, INC., TIMOTHY
R. REESER, TERESA P. COVINGTON,
GIGACQUISITIONS3 LLC, GIGCAPITAL
GLOBAL, AVI S. KATZ, RALUCA DINU,
NEIL MIOTTO, GIGFOUNDERS LLC,
BRAD WEIGHTMAN, ANDREA BETTI-
BERUTTO, PETER WANG, JOHN J.
MIKULSKY, and ROBERT FENWICK-
SMITH,

  Defendants.

---

**DECLARATION OF MELANIE E. WALKER IN SUPPORT OF THE
GIG3 DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

---

I, Melanie E. Walker, declare as follows:

1.  I am an attorney licensed to practice in Illinois and California and am admitted to this Court's bar.

2.  I am a partner in DLA Piper LLP (US), the law firm representing Defendants GigAcquisitions3, LLC, GigFounders, LLC, GigCapital Global, Avi S. Katz, Raluca Dinu, Neil Miotto, Brad Weightman, John Mikulsky, Andrea Betti-Berutto, and Peter Wang (collectively, the "Gig3 Defendants") in the above-captioned matter, and I have personal knowledge of the facts set forth herein.

1

3.    In accordance with the Federal Rules of Civil Procedure and the Local Rules for the U.S. District Court for the District of Colorado-Civil, I submit this Declaration in Support of the Gig3 Defendants' Motion to Dismiss the Consolidated Complaint.

4.    For the Court's convenience, the exhibits to this Declaration are electronically filed and, where appropriate, have been excerpted to provide only the relevant portion of the documents. The full documents can be downloaded at the website address provided for each document below.

5.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the registration statement that GigCapital3, Inc. ("Gig3") filed with the U.S. Securities and Exchange Commission (the "SEC") on May 13, 2020, which is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312520144000/d870995d424b4.htm.

6.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the 2021 ICR Conference presentation that Gig3 filed with the SEC on January 12, 2021, which is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312521007220/d20677d425.htm.

7.    Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the prospectus that Lightning eMotors, Inc. ("Lightning") filed with the SEC on July 8, 2021, which is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312521210792/d130518d424b3.htm.

8.    Attached hereto as **Exhibit 4** is a true and correct copy of the December 10, 2020 press release attached as Ex. 99.1 to the Form 8-K that Gig3 filed with the SEC on December 11, 2020. The press release is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312520315441/d87498dex991.htm.

9.    Attached hereto as **Exhibit 5** is a true and correct copy of the December 10, 2020 conference call transcript attached as Ex. 99.3 to the Form 8-K that Gig3 filed with the SEC on

December 11, 2020. The conference call transcript is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312520315441/d87498dex993.htm.

10. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the investor presentation that Gig3 filed with the SEC on January 4, 2021, which is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312521000947/d13809d425.htm.

11. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the preliminary proxy statement that Gig3 filed with the SEC on December 31, 2020, which is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312520330647/d70436ds4.htm.

12. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the effective proxy statement that Gig3 filed with the SEC on March 26, 2021, which is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312521096514/d70436d424b3.htm.

13. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the Form 8-K that Lightning filed with the SEC on May 12, 2021, which is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312521159335/d519688d8k.htm.

14. Attached hereto as **Exhibit 10** is a true and correct copy of the May 17, 2021 press release attached as Ex. 99.3 to the Form 8-K/A (Amendment No. 1) that Lightning filed with the SEC on May 17, 2021. The press release is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312521163881/d56863dex993.htm.

15. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the Form 8-K/A (Amendment No. 1) that Lightning filed with the SEC on May 17, 2021, which is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312521163881/d56863d8ka.htm.

16. Attached hereto as **Exhibit 12** is a true and correct copy of the August 16, 2021

press release attached as Ex. 99.1 to the Form 8-K that Lightning filed with the SEC on August 16, 2021. The press release is available at https://www.sec.gov/Archives/edgar/data/1802749/000155837021011820/tmb-20210816xex99d1.htm.

17.     Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the Form 10-Q that Lightning filed with the SEC on August 16, 2021, which is available at https://www.sec.gov/Archives/edgar/data/1802749/000155837021011823/zev-20210630x10q .htm.

18.     Attached hereto as **Exhibit 14** is a true and correct copy of the press release that Gig3 filed with the SEC on March 26, 2021, which is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312521096555/d156231d425.htm.

19.     I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

EXECUTED this 13th day of July, 2022, at Los Angeles, California.

*/s/ Melanie E. Walker*
Melanie E. Walker

## CERTIFICATE OF SERVICE

I hereby certify that, on July 13, 2022, I electronically filed the foregoing Declaration of Melanie E. Walker in Support of the Gig3 Defendants' Motion to Dismiss the Consolidated Complaint and the exhibits attached thereto to be served by using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ David Freeburg*
David Freeburg
