# EXHIBIT 6



# Opportunity Overview

JANUARY 2021

## LIGHTNING eMOTORS AT A GLANCE



**Focus on Urban Commercial ZEV**
Only Full-Range Manufacturer
Class 3–7 BEV & FCEV

**Modular Architecture**
Scalable & IP Protected

**$67B TAM**[1]
Across Multiple End Markets

**Blue Chip Customer Base**
We are a B2B Company
amazon  DHL  COX  CBRE

**Strategic Partnerships**
Ford  PLUG POWER  HINO  bp  BorgWarner

**10 Years R&D**
Ahead of the Game

**2 Year Head Start in Customer Validation**[2]
120 Vehicles on the Road[3]    1,500 Vehicles on Order[4]

**$2.0B Projected Revenue in 2025**
With Visibility to $1B Revenue Based on Current Contract Pipeline

## KEY INVESTMENT HIGHLIGHTS

 **Strong Secular Trends Driving Massive TAM**
- $67B TAM of Class 3 – 7 commercial vehicles electrification
- Large tailwinds of regulations, corporate mandates and grants

 **Dominant Market Positioning**
- The only company that has delivered Class 3, 4, 5, 6 and 7 EVs
- First mover advantage – 50%+ market share in Class 3 – 6 EVs in 2020[5]
- Existing sales with 30 fleets[6] that together operate ~500,000 vehicles
- Strong external validation – won Frost & Sullivan's Customer Value Leadership Award in Electric Commercial Vehicle Industry

 **Defensible Competitive Moat**
- Proprietary technology and operational expertise drive industry-leading scale
- Established strategic partnerships create the foundation for growth

 **Robust Contracts with Financial Visibility**
- Integrated vehicle technology and charging systems, along with total cost of ownership (TCO) validation, create sticky customer base
- Path to $1B revenue from current customers by 2025 out of $2.0B total projected revenue
- 100% of 2021 revenue forecast contracted as of Q3 2020

 **Experienced Management Team**
- Built industry leading team in fleet vehicle technology
- Existing team has already achieved commercial EV leadership in 2020


(1) U.S. Department of Energy, Ward's and LMC Automotive.
(2) The customer validation cycle typically takes 3 to 24 months.
(3) By the end of 2020.
(4) As of September 30, 2020.
(5) Internal company data.
(6) Includes purchase orders.

2











Note: Fleet data as of September 30, 2020.
(1)Source: Internal company estimates: Lightning eMotors: 78; GreenPower: 25; Motiv: 20; Phoenix: 10; SEA: 5; Other: 5.

4

LIGHTNING eMOTORS

## SUPPLEMENTAL FAQ (CONT.)

### How has COVID impacted your supply chain?

- While COVID has created unprecedented disruption in the global supply chain, Lightning eMotors' ability to work with multiple supply chain partners on key parts, including batteries, has prevented major disruptions in production. To date, Lightning eMotors has encountered 4-10-week delays in producing vehicles during the pandemic. This level of delay has not resulted in any order cancellations. Lightning eMotors has added and built additional redundancies into the supply chain and added additional vertical integration to mitigate supply-chain risk. For example, Lightning eMotors recently added its own metal framework fabrication capacity to provide additional capacity, reduce delivery timelines, and mitigate the risk of supplier delays due to COVID. Even with this mitigation, the Company now forecasts that it will need to further in-source some work and components, design and validate additional components, and procure components further in advance, to ensure it can meet its revenue targets.

### What types of orders will you be fulfilling in the coming year? Class of vehicle, type of partner, etc.

- Lightning eMotors continues to garner substantial market commitments for its products across our complete product portfolio. Class 3 and Class 4 platforms continue to outperform in the last-mile delivery and micro-transit space with respect to volume and represent more than 70% of the Company's backlog by vehicle count. Larger vehicles and more highly customized Class 3 and 4 vehicles make up the remaining 30% of backlog vehicle count but make a larger contribution to future revenue given their higher ASPs.

