# EXHIBIT 9

8-K 1 d519688d8k.htm 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**UNDER**
**THE SECURITIES ACT OF 1933**
**CURRENT REPORT Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): May 6, 2021**

# Lightning eMotors, Inc.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **001-39283** | **84-4605714** |
|:---:|:---:|:---:|
| **(State or other jurisdiction** | **(Commission** | **(IRS Employer** |
| **of incorporation or organization)** | **File Number)** | **Identification No.)** |

**815 14th Street SW, Suite A100**
**Loveland, Colorado 80537**
**(Address of principal executive offices, including zip code)**

**1-800-223-0740**
**(Registrant's telephone number, including area code)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2 below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|:---:|:---:|:---:|
| **Common Stock, par value $0.0001 per share** | **ZEV** | **New York Stock Exchange** |
| **Redeemable Warrants, each full warrant exercisable for one share of Common Stock at an exercise price of $11.50 per share** | **ZEV.WS** | **New York Stock Exchange** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

**Item 5.01.       Changes in Control of Registrant.**

Reference is made to the disclosure in the Final Proxy Statement/Prospectus in the section titled "*Proposal No. 1— Approval of the Business Combination,*" which is incorporated herein by reference. Further reference is made to the information contained in Item 2.01 to this Current Report on Form 8-K, which is incorporated herein by reference.

Immediately after giving effect to the Business Combination, there were approximately 73.2 million shares of common stock of the Company outstanding. As of such time, our officers and directors and their affiliated entities held 16.1% of our outstanding shares of common stock.

**Item 5.02.       Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

*Appointment of Directors and Officers*

The following persons are serving as executive officers and directors of the Company upon the Closing, with Timothy Reeser, Teresa Covington, William Kelly and Robert Fenwick-Smith having been named as executive officers effective upon the Closing on May 6, 2021 and each of the directors having been elected by the GigCapital3 stockholders to the board also upon the Closing on May 6, 2021. For biographical and current compensatory information concerning the executive officers and directors, see the disclosure in the Final Proxy Statement/Prospectus in the sections titled "*Management After the Business Combination*" which is incorporated herein by reference.

| Name | Age | Position |
| --- | --- | --- |
| Timothy Reeser | 50 | Chief Executive Officer and Director |
| Teresa Covington | 57 | Chief Financial Officer |
| William Kelley | 64 | Chief Technology Officer and Chief Operating Officer |
| Robert Fenwick-Smith | 58 | Co-Chairman of the Board of Directors |
| Dr. Avi Katz | 63 | Co-Chairman of the Board of Directors |
| Dr. Raluca Dinu | 47 | Director |
| Neil Miotto | 74 | Director |
| Thaddeus Senko | 64 | Director |
| Meghan Sharp | 49 | Director |
| Diana Tremblay | 61 | Director |
| Bruce Coventry | 68 | Director |

Effective upon the Closing on May 6, 2021, Dr. Avi S. Katz and Brad Weightman resigned as executive officers of GigCapital3, and each of Andrea Bett-Berutto, John Mikulsky and Peter Wang, following their not standing for re-election to the Board, resigned as directors of GigCapital3.

On May 11, 2021, the board of directors reclassified four directors, such that Dr. Avi S. Katz and Dr. Raluca Dinu were made Class I directors, Bruce Coventry was made a Class II director and Thaddeus Senko was made a Class III director.

*2021 Equity Incentive Plan*

As previously reported in the Current Report on Form 8-K filed with the SEC on April 22, 2021, at the Special Meeting, the GigCapital3 stockholders considered and approved the Lightning eMotors, Inc. 2021 Incentive Plan (the "Incentive Plan"), and reserved 14,041,107 shares of common stock for issuance thereunder. The Incentive Plan was previously approved, subject to stockholder approval, by the Board of GigCapital3 on December 30, 2020. The Incentive Plan became effective immediately upon the Closing of the Business Combination. The number of shares of common stock reserved for issuance under the Incentive Plan will automatically increase on January 1 of each year, beginning on January 1, 2022 and continuing through January 1, 2032, by 5% of the total number of shares of common stock outstanding on December 31 of the preceding calendar year, or a lesser number of shares as may be determined by the board of directors.