**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KLM (consolidated with 1:21-cv-03215-KLM)

JOHNNY R. SHAFER and JUSTIN COHEN,
Individually and On Behalf of All Others
Similarly Situated,

Plaintiffs,

v.

LIGHTNING EMOTORS, INC., TIMOTHY
R. REESER, TERESA P. COVINGTON,
GIGACQUISITIONS3 LLC, GIGCAPITAL
GLOBAL, AVI S. KATZ, RALUCA DINU,
NEIL MIOTTO, GIGFOUNDERS LLC,
BRAD WEIGHTMAN, ANDREA BETTI-
BERUTTO, PETER WANG, JOHN J.
MIKULSKY, and ROBERT FENWICK-
SMITH,

Defendants.

---

**SUPPLEMENTAL DECLARATION OF MELANIE E. WALKER IN SUPPORT OF
GIG3 DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

---

I, Melanie E. Walker, declare as follows:

1.      I am an attorney licensed to practice in Illinois and California and am admitted to this Court's bar.

2.      I am a partner in DLA Piper LLP (US), the law firm representing Defendants GigAcquisitions3, LLC, GigFounders, LLC, GigCapital Global, Avi S. Katz, Raluca Dinu, Neil Miotto, Brad Weightman, John Mikulsky, Andrea Betti-Berutto, and Peter Wang (collectively, the "Gig3 Defendants") in the above-captioned matter, and I have personal knowledge of the facts set forth herein.

1

3.    In accordance with the Federal Rules of Civil Procedure and the Local Rules for the U.S. District Court for the District of Colorado-Civil, I submit this Supplemental Declaration in Support of the Gig3 Defendants' Motion to Dismiss the Consolidated Complaint.

4.    For the Court's convenience, the exhibit to this Declaration is electronically filed and, where appropriate, has been excerpted to provide only the relevant portion of the document. The full document can be downloaded at the website address provided for the document below.

5.    Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the effective proxy statement that Gig3 filed with the SEC on March 26, 2021, which is available at https://www.sec.gov/Archives/edgar/data/1802749/000119312521096514/d70436d424b3.htm.

6.    I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

EXECUTED this 7th day of September, 2022, at Manhattan Beach, California.


*/s/ Melanie E. Walker*
Melanie E. Walker

2

## CERTIFICATE OF SERVICE

I hereby certify that, on September 7, 2022, I electronically filed the foregoing Supplemental Declaration of Melanie E. Walker in Support of the Gig3 Defendants' Motion to Dismiss the Consolidated Complaint and the exhibit attached thereto to be served by using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gaspard Rappoport*
Gaspard Rappoport