## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02774-RMR-KLM (consolidated with 1:21-cv-03215-KLM)

JOHNNY R. SHAFER,
JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

LIGHTNING EMOTORS, INC.,
TIMOTHY RICHARD REESER,
TERESA P. COVINGTON,
GIGACQUISITIONS3, LLC,
GIGCAPITAL GLOBAL,
AVI S. KATZ,
RALUCA DINU
NEIL MIOTTO,
GIGFOUNDERS, LLC
BRAD WEIGHTMAN,
ANDREA BETTI-BERUTTO,
PETER WANG,
JOHN J. MIKULSKY, and
ROBERT FENWICK SMITH,

      Defendants.

---

## PLAINTIFFS' NOTICE OF ERRATA

---

Plaintiffs hereby submit this Notice of Errata to correct an unintentional error in Plaintiffs'

Opposition to Defendants' Motions to Dismiss the Consolidate Complaint (ECF No. 76)

("Opposition"). In the Lightning Defendants' reply brief, defendants say Plaintiffs claim that CW3

was employed by Lightning eMotors through spring 2021. ECF No. 80 at 3. Two references to

"CW3" on page 16 of Plaintiffs' Opposition should have been to "CW4" instead of "CW3." This

is apparent from the Opposition itself which, notwithstanding the incorrect citation to CW3,

correctly describes CW4's job as a "manufacturing supervisor" and cites to the correct paragraphs

for CW4's allegations (¶¶124-125). Opposition at 16. (CW3 was "a technician at Lightning

Systems from late 2019 through spring 2020"). *See* Complaint, ECF No. 52 at ¶120. Accordingly,

as highlighted and shown in redline below, the top of page 16 to Plaintiff's Opposition (ECF No.

76) should read:

> . . .with the Company. ¶117; *see also* ¶81 (June 2021 Company presentation listing eMatrix and Octillion as battery suppliers); *In re Scholastic Corp. Sec. Litig.*, 252 F.3d 63, 72 (2d Cir. 2001) (pre-class period allegations relevant "to establish that at the start of the class period, defendants had a basis for knowing increased [product] sales were unlikely in the third quarter"). CW~~3~~ 4, a manufacturing supervisor who left the Company during the Class Period, in spring 2021, agreed that there were significant supply issues at Lightning, particularly with batteries, and added that these issues were getting progressively worse. ¶124. CW~~3~~ 4 reported that due to the constant shortage of batteries, Lightning would prioritize vehicles which only required one battery so it could complete more vehicles. ¶125. Like CW1, CW4 (a manufacturing supervisor through spring 2021) reported that his/her team could not meet their build quotas due to insufficient battery supplies. ¶126. CW6, a senior technician during the Class Period, agreed that Lightning always had supply issues and that they had gotten progressively worse toward the end of 2020 and beginning of 2021. ¶131.

Plaintiffs' counsel apologize to the Court for any confusion this error may have caused.

DATED:  September 12, 2022

**JOHNSON FISTEL, LLP**

*/s/ Jeffrey A. Berens*

Jeffrey A. Berens
2373 Central Park Boulevard
Suite 100
Denver, CO  80238
Telephone:  303/861-1764
303/861-1764 (fax)
jeffb@johnsonfistel.com

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA 30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

**ROBBINS GELLER RUDMAN
& DOWD LLP**
Daniel S. Drosman
Hillary B. Stakem
Heather G. Geiger
655 West Broadway
Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
hstakem@rgrdlaw.com
hgeiger@rgrdlaw.com

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2022, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail

addresses denoted on the Court's Electronic Mail Notice List.


*/s/ Jeffrey A. Berens*

Jeffrey A. Berens
JOHNSON FISTEL, LLP
2373 Central Park Boulevard
Suite 100
Denver, CO  80238
Telephone:  303/861-1764
303/861-1764 (fax)
jeffb@johnsonfistel.com