**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KLM (consolidated with 1:21-cv-3215-KLM)

JOHNNY R. SHAFER,
JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

LIGHTNING EMOTORS, INC.,
TIMOTHY R. REESER,
TERESA P. COVINGTON,
GIGACQUISITIONS3 LLC,
GIGCAPITAL GLOBAL,
AVI S. KATZ,
RALUCA DINU,
NEIL MIOTTO
GIGFOUNDERS LLC
BRAD WEIGHTMAN,
ANDREA BETTI-BERUTTO,
PETER WANG,
JOHN J. MIKULSKY, and
ROBERT FENWICK-SMITH,

      Defendants.

---

**JOINT MOTION TO VOLUNTARILY STAY CASE**

---

4854-8122-4529.v1

Under D.C.COLO.LCivR 7.1(a), the Parties certify that they have conferred and jointly seek this relief.  In support of this Joint Motion, the Parties state as follows:

1.      On April 22, 2022, the Court issued an order appointing the Sarro Group (David P. Sarro, Kevin L. Tye, and Jess Q. Williams) as Lead Plaintiffs and Robbins Geller Rudman & Dowd LLP and Johnson Fistel, LLP as Lead Counsel. ECF 48.

2.      On May 20, 2022, Lead Plaintiffs filed the Consolidated Complaint for Violation of the Federal Securities Laws.  ECF 52.

3.      On July 13, 2022, Defendants filed Motions to Dismiss the Consolidated Complaint, which have now been fully briefed.  *See* ECFs 69, 72, 76, 78, 80, 88, 89, 90.

4.      The parties are currently exploring potential alternative resolutions and have scheduled an in-person mediation session.

5.      The Court has inherent power "'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'"  *Zamboni-Cutter v. Bankers Standard Ins. Co.*, 2020 WL 6151116, at \*1 (D. Colo. Oct. 19, 2020).

6.      Under D.C.COLO.LCivR 16.6(a), "the district judge or a magistrate judge exercising consent jurisdiction may stay the action in whole or in part during a time certain" in order to "facilitate settlement or resolution of the suit."

- 1 -

WHEREFORE, the Parties respectfully request that the Court stay the case until May 1, 2023

to allow the parties additional time to explore potential alternative resolutions.

DATED:  February 21, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
HILLARY B. STAKEM
HEATHER G. GEIGER


s/ HILLARY B. STAKEM
HILLARY B. STAKEM

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
hstakem@rgrdlaw.com
hgeiger@rgrdlaw.com

JOHNSON FISTEL, LLP
JEFFREY A. BERENS
2373 Central Park Boulevard, Suite 100
Denver, CO 80238-2300
Telephone: 303/861-1764
303/861-1764 (fax)
jeffb@johnsonfistel.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com


Lead Counsel for Lead Plaintiff

4854-8122-4529.v1

DATED:  February 21, 2023

FRESHFIELDS BRUCKHAUS
  DERINGER US LLP
BORIS FELDMAN

s/ BORIS FELDMAN

BORIS FELDMAN

2710 Sand Hill Road
Menlo Park, CA 94025
Telephone:  650/618-9250
boris.feldman@freshfields.com

Attorneys for Defendants Lightning eMotors,
Inc., Timothy Richard Reeser, and Teresa P.
Covington

DATED:  February 21, 2023

DLA PIPER LLP (US)
MELANIE E. WALKER

s/ MELANIE E. WALKER

MELANIE E. WALKER

2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Telephone:  310/595-3000
melanie.walker@us.dlapiper.com

Attorneys for Defendants GigAcquisitions3,
LLC, Avi S. Katz, Raluca Dinu, GigCapital
Global, and GigFounders, LLC

- 3 -

4854-8122-4529.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 21, 2023, I authorized the

electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will

send notification of such filing to the email addresses on the attached Electronic Mail Notice List,

and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to

the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ HILLARY B. STAKEM
HILLARY B. STAKEM

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  hstakem@rgrdlaw.com

4854-8122-4529.v1

# Mailing Information for a Case 1:21-cv-02774-RMR-KLM Shafer v. Lightning eMotors, Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Jeffrey Allen Berens**
  jeff@jberenslaw.com,jeffb@johnsonfistel.com,paralegal@johnsonfistel.com

- **Mary Ellen Conner**
  maryellenc@johnsonfistel.com,paralegal@johnsonfistel.com

- **Boris Feldman**
  boris.feldman@freshfields.com,usmanagingattorneyteam@freshfields.com,6188914420@filings.docketbird.com,michelle.stephens@freshfields.com

- **Michael I. Fistel , Jr**
  michaelf@johnsonfistel.com,paralegal@johnsonfistel.com

- **David Ian Freeburg**
  David.freeburg@us.dlapiper.com,paige.plassmeyer@us.dlapiper.com,jacey.bittle@us.dlapiper.com

- **Doru Gavril**
  doru.gavril@freshfields.com,usmanagingattorneyteam@freshfields.com,jonathan.sampson@freshfields.com,6188914420@filings.docketbird.com,anthony.denatale@f

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,tsayre@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Drew Stansell Liming**
  drew.liming@freshfields.com,usmanagingattorneyteam@freshfields.com,anthony.denatale@freshfields.com,sheana.chandar@freshfields.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dand@rgrdlaw.com,HSchlesier@rgrdlaw.com,tholindrake@rgrdlaw.com,dmyers@ecf.courtdrive.com,mwaligurski@rgrdlaw.com,HStakem@rg

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Gaspard H. Rappoport**
  gaspard.rappoport@us.dlapiper.com

- **Hillary Bryn Stakem**
  hstakem@rgrdlaw.com

- **Melanie E. Walker**
  melanie.walker@us.dlapiper.com

- **James Milligan Wilson , Jr**
  jwilson@faruqilaw.com,ecf@faruqilaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing. You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)