**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KLM (consolidated with 1:21-cv-3215-KLM)

JOHNNY R. SHAFER,
JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

LIGHTNING EMOTORS, INC.,
TIMOTHY R. REESER,
TERESA P. COVINGTON,
GIGACQUISITIONS3 LLC,
GIGCAPITAL GLOBAL,
AVI S. KATZ,
RALUCA DINU,
NEIL MIOTTO
GIGFOUNDERS LLC
BRAD WEIGHTMAN,
ANDREA BETTI-BERUTTO,
PETER WANG,
JOHN J. MIKULSKY, and
ROBERT FENWICK-SMITH,

      Defendants.

---

**[PROPOSED] ORDER GRANTING JOINT MOTION TO VOLUNTARILY STAY CASE**

4862-0445-4738.v1

Having considered the parties' Joint Motion to Voluntarily Stay Case (the "Motion"), and

good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to D.C.COLO.LCivR 16.6(a), the case is stayed until May 1, 2023.

IT IS SO ORDERED.

DATED:  _____            _____

                                          THE HONORABLE KRISTEN L. MIX
                                          UNITED STATES MAGISTRATE JUDGE

4862-0445-4738.v1