IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02774-RMR-KLM
        Consolidated with No. 21-cv-03215-RMR-KLM

JOHNNY R. SHAFER,
JUSTIN COHEN,
        individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

LIGHTNING EMOTORS, INC.,
TIMOTHY RICHARD REESER, and
TERESA P. COVINGTON,
GIGACQUISITIONS3, LLC,
GIGCAPITAL GLOBAL,
AVI S. KATZ,
RALUCA DINU,
GIGFOUNDERS, LLC,

        Defendants.

DAVID P. SARRO, et al.,

        Movants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Motion to Dismiss Plaintiffs' Consolidated Complaint** [#69], on the **Motion to Dismiss Consolidated Complaint with Incorporated Memorandum of Law** [#72] (collectively, the "Motions to Dismiss"), and on the parties' **Joint Motion to Voluntarily Stay Case** [#91] (the "Motion to Stay"). In the Motion to Stay [#91], the parties state that they "are currently exploring potential alternative resolutions and have scheduled an in-person mediation session." They therefore ask for a stay of the case through May 1, 2023. Given the joint nature of the request,

IT IS HEREBY **ORDERED** that the Motion to Stay [#91] is **GRANTED**. All proceedings are **STAYED** pending further order of the Court. **No later than May 1, 2023**,

1

the parties shall file a status report or, if appropriate, a notice of settlement or dismissal papers.

IT IS FURTHER **ORDERED** that the Motions to Dismiss [#69, #72] are **DENIED without prejudice**.  Should mediation be unsuccessful, Defendants, as the movants, may file a Motion to Reinstate the Motions to Dismiss if they deem it appropriate.

Dated: February 21, 2023