**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KLM (consolidated with 1:21-cv-03215-KLM)

JOHNNY R. SHAFER,
JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,

       Plaintiffs,

       v.

LIGHTNING EMOTORS, INC.,
TIMOTHY R. REESER,
TERESA P. COVINGTON,
GIGACQUISITIONS3 LLC,
GIGCAPITAL GLOBAL,
AVI S. KATZ,
RALUCA DINU,
NEIL MIOTTO,
GIGFOUNDERS LLC,
BRAD WEIGHTMAN,
ANDREA BETTI-BERUTTO,
PETER WANG,
JOHN J. MIKULSKY, and
ROBERT FENWICK-SMITH,

       Defendants.

---

**DECLARATION OF DORU GAVRIL IN SUPPORT OF LIGHTNING
DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED
COMPLAINT**

---

I, Doru Gavril, hereby declare as follows:

1.      I am duly admitted to practice in the District of Colorado and an attorney with the law firm of Freshfields Bruckhaus Deringer US LLP.  I am counsel of record for Defendants Lightning eMotors, Inc. ("Lightning" or the "Company"), Timothy R. Reeser, Teresa P. Covington, and Robert Fenwick-Smith (collectively, the "Lightning Defendants") in the above-captioned matter.  I have personal knowledge of the matters stated herein.  If called as a witness, I could and would competently testify to the matters stated herein.  This declaration is submitted in support of the Lightning Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Lightning's Form 424(b)(4), which was publicly filed with the U.S. Securities and Exchange Commission ("SEC") on March 26, 2021, and is cited in Plaintiffs' Consolidated Complaint ("Complaint").  *See, e.g.*, ¶¶ 67-73, 146-150.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Lightning's Form 8-K, including Exhibit 99.1 thereto, which was publicly filed with the SEC on August 16, 2021, and is cited in the Complaint.  *See, e.g.*, ¶¶ 12, 101-102, 184.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Lightning's Form S-4, which was publicly filed with the SEC on December 31, 2020.

5.      Attached hereto as Exhibit 4 is a true and correct copy of Lightning's Form 8-K/A, including Exhibit 99.3 thereto, which was publicly filed with the SEC on May 17, 2021, and is cited in the Complaint.  *See, e.g.*, ¶¶ 89-91, 156.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Lightning's Form 10-Q for the quarterly period ending June 30, 2021, which was publicly filed with the SEC on August 16, 2021, and is cited in the Complaint.  *See, e.g.*, ¶¶ 103, 184, 197.

7.   Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Ford Motor Company's Form 10-Q for the quarterly period ending June 30, 2021, which was publicly filed with the SEC on July 29, 2021.

8.   Attached hereto as Exhibit 7 is a true and correct copy of Lightning's Q2 2021 Earnings Call Transcript, dated August 16, 2021.

9.   Attached hereto as Exhibit 8 is a true and correct copy of GigCapital3, Inc.'s ("Gig3") Form 424(b)(4), which was publicly filed with the SEC on May 15, 2020, and is cited in the Complaint.  *See* ¶ 206.

10.   Attached hereto as Exhibit 9 is a true and correct copy of excerpts of Gig3's Form 8-K, including Exhibit 99.2 thereto, which was publicly filed with the SEC on December 10, 2020, and is cited in the Complaint.  *See, e.g.*, ¶¶ 6, 58, 63, 134.

11.   Attached hereto as Exhibit 10 is a true and correct copy of Lightning's Form 8-K, including Exhibit 99.1 thereto, which was publicly filed with the SEC on June 17, 2021, and is cited in the Complaint.  *See, e.g.*, ¶¶ 11, 56, 81, 94-96, 159-161.

12.   Attached hereto as Exhibit 11 is a true and correct copy of Lightning's Form 10-Q for the quarterly period ending September 30, 2021, which was publicly filed with the SEC on November 15, 2021, and is cited in the Complaint.  *See* ¶ 106.


I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of California on June 14, 2023.


 */s/ Doru Gavril*
Doru Gavril

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I caused to be electronically filed the foregoing

DECLARATION OF DORU GAVRIL IN SUPPORT OF LIGHTNING DEFENDANTS'

MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT with the Clerk of

the Court using the CM/ECF system, which will send notifications of such filing to all

registered participants.


/s/ Boris Feldman
Boris Feldman