# EXHIBIT 3

424B3 1 d130518d424b3.htm 424B3

**Table of Contents**

Filed Pursuant to Rule 424(b)(3)
Registration No. 333-257237

**PROSPECTUS**



## 100,387,390 Shares of Common Stock
## 9,365,760 Warrants to Purchase Common Stock

The selling securityholders named in this prospectus may offer and sell from time to time up to 100,387,390 shares of our common stock, par value $0.0001 per share, and warrants to purchase up to 9,365,760 shares of common stock, consisting of:

- up to 4,985,000 shares of common stock (the "*Sponsor Shares*") issued in private placements to GigAcquisitions3, LLC (the "*Sponsor*");

- up to 243,479 shares of common stock (the "*Underwriter Shares*") included in units issued in private placements (the "*Underwriter Private Placement Units*") to Nomura Securities International, Inc. ("*Nomura*"), Oppenheimer & Co. Inc. ("*Oppenheimer*") and Odeon Capital Group LLC ("*Odeon*" and, together with Oppenheimer and Nomura, the "*Underwriters*") immediately prior to our initial public offering of May 13, 2020;

- up to 650,000 shares of common stock (the "*Private Placement Shares*") included in units issued in a private placement (the "*Sponsor Private Placement Units*") to the Sponsor immediately prior to our initial public offering of May 13, 2020;

- up to 15,000 shares of common stock (the "*Insider Shares*") issued in private placements on May 13, 2020 to certain insiders, solely in consideration of future services;

- up to 45,090,011 shares of common stock (the "*Closing Shares*"), issued to the holders of capital stock of Lightning Systems, Inc. in connection with the consummation of our business combination with Lightning Systems, Inc. on May 6, 2021 (the "*Business Combination*");

- up to 13,842,518 shares of common stock (the "*Earnout Shares*"), which the former holders of capital stock of Lightning Systems, Inc.. have the contingent right to receive upon our stock achieving certain trading price milestones on or prior to May 6, 2026;

- up to 670,108 warrants to purchase shares of common stock included in the Sponsor Private Placement Units and the Underwriter Private Placement Units issued to the Sponsor and the Underwriters (the "*Placement Warrants*") in the private placements that occurred on May 13, 2020;

- up to 670,108 shares of common stock that are issuable by us upon exercise of the Placement Warrants;

- up to 2,500,000 shares of common stock (the "*PIPE Shares*") issued to BP Technology Ventures, Inc. (the "*PIPE Investor*");

- up to 8,695,652 shares of common stock (the "*Note Shares*") that are issuable upon conversion of our 7.50% convertible senior notes due 2024 held by certain investors (the "*Note Investors*");

- up to 8,695,652 warrants to purchase shares of common stock issued to the Note Investors (the "*Convertible Note Warrants*"); and

- up to 8,695,652 shares of common stock that are issuable by us upon exercise of the Convertible Note Warrants.

In addition, this prospectus relates to the offer and sale of up to 14,999,970 shares of common stock that are issuable by us upon the exercise of outstanding warrants that were previously registered (the "*Public Warrants*").

The selling securityholders may offer, sell or distribute all or a portion of the securities hereby registered publicly or through private transactions at prevailing market prices or at negotiated prices. We will not receive any of the proceeds from such sales of the shares of common stock or warrants, except with respect to amounts received by us upon the exercise of the warrants. We will bear all costs, expenses and fees in connection with the registration of these securities, including with regard to compliance with state securities or "blue sky" laws. The selling stockholders will bear all commissions and discounts, if any, attributable to their sale of shares of common stock or warrants. See "Plan of Distribution" beginning on page 118 of this prospectus.

We are an "emerging growth company" as defined in Section 2(a) of the Securities Act of 1933, as amended, and are subject to reduced public company reporting requirements. This prospectus complies with the requirements that apply to an issuer that is an emerging growth company.

Our common stock and warrants are listed on the New York Stock Exchange (the "*NYSE*") under the symbols "ZEV" and "ZEV.WS", respectively. On June 21, 2021, the last reported sales price of our common stock was $8.41 per share and the last reported sales price of our warrants was $1.67 per warrant.

**Investing in our securities involves a high degree of risk. You should review carefully the risks and uncertainties described under the heading "Risk Factors" beginning on page 7 of this prospectus, and under similar headings in any amendment or supplements to this prospectus.**

**Neither the Securities and Exchange Commission (the "SEC") nor any state securities commission has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.**

**The date of this prospectus is July 8, 2021**

**Table of Contents**

"*Exchange Act*" means the Securities Exchange Act of 1934, as amended.

"*GAAP*" means generally accepted accounting principles in the United States.

"*Indenture*" means the indenture dated as of May 6, 2021, between the Company and Wilmington Trust, National Association, a national banking association, (the "*Indenture Trustee*") in its capacity as trustee thereunder, in substantially the form attached as an exhibit to the Convertible Note Subscription Agreements.

"*initial public offering*" or "*IPO*" means GigCapital3's initial public offering, consummated on May 18, 2020, through the sale of 20,000,000 units at $10.00 per unit.

"*Initial Stockholders*" refers collectively to our Sponsor, those current and former directors and officers who held shares of Common Stock at the time of the initial public offering and the Underwriters.

"*Insider Shares*" means the 5,000 shares of Common Stock issued to each of Andrea Betti-Berutto and Peter Wang, two of our former directors, and Brad Weightman, our former Chief Financial Officer.

"*JOBS Act*" means the Jumpstart Our Business Startups Act.

"*Lightning Systems*" means Lightning Systems, Inc., a Delaware corporate and its subsidiaries.

"*NYSE*" means the New York Stock Exchange.

"*PIPE Investment*" means the private placement pursuant to which the PIPE Investor purchased 2,500,000 shares of Common Stock at $10.00 per share, for an aggregate purchase price of $25,000,000.

"*PIPE Investor*" means BP Technology Ventures, Inc.

"*PIPE Shares*" means the 2,500,000 shares of Common Stock issued in the PIPE Investment.

"*PIPE Subscription Agreement*" means, that certain subscription agreement entered into on December 10, 2020, between the Company and BP Technology Ventures, Inc., pursuant to which the PIPE Investor agreed to purchase an aggregate of 2,500,000 shares of Common Stock in the PIPE Investment.

"*Placement Warrants*" means the warrants included in the Sponsor Private Placement Units and the Underwriter Private Placement Warrants issued to our Sponsor and Underwriters in private placements that closed in connection with our initial public offering, each four of which are exercisable for three shares of Common Stock, in accordance with its terms.

"*public shares*" means shares of Common Stock included in the public units issued in our initial public offering on May 13, 2020.

"*public stockholders*" means holders of public shares, including our Initial Stockholders to the extent our Initial Stockholders hold public shares, *provided*, that our Initial Stockholders will be considered "public stockholders" only with respect to any public shares held by them.

"*public units*" means one unit, consisting of one public share of Company Common Stock and three-fourths of one warrant to purchase one share of Company Common Stock, issued in our initial public offering.

"*Public Warrants*" means the warrants included in the public units issued in our initial public offering, each four of which are exercisable for three shares of Common Stock, in accordance with its terms.

Table of Contents

- leveraging consultants to assist with company growth and development;

- forecasting production and revenue;

- controlling expenses and investments in anticipation of expanded operations;

- establishing or expanding design, production, sales and service facilities;

- implementing and enhancing administrative infrastructure, systems and processes; and

- expanding into international markets.

We intend to continue to hire a significant number of additional personnel, including software engineers, design and production personnel and service technicians for our electrified powertrain solutions. Because our electrified powertrain solutions are based on a different technology platform than traditional internal combustion engines, individuals with sufficient training in alternative fuel and electric vehicles may not be available to hire, and as a result, we will need to expend significant time and expense training any newly hired employees. Competition for individuals with experience designing, producing and servicing electrified vehicles and their software is intense, and we may not be able to attract, integrate, train, motivate or retain additional highly qualified personnel, particularly with respect to software engineers in the Austin, Texas area. The failure to attract, integrate, train, motivate and retain these additional employees could seriously harm our business, prospects, financial condition and operating results.

***We, our outsourcing partners and our suppliers may rely on complex machinery for our production, which involves a significant degree of risk and uncertainty in terms of operational performance and costs.***

We, our outsourcing partners and our suppliers may rely on complex machinery, for the production, assembly and installation of our electrified powertrain solutions, which will involve a significant degree of uncertainty and risk in terms of operational performance and costs. Our production facilities and the facilities of our outsourcing partners and suppliers consist of large-scale machinery combining many components. These components may suffer unexpected malfunctions from time to time and will depend on repairs and spare parts to resume operations, which may not be available when needed. Unexpected malfunctions of these components may significantly affect the intended operational efficiency. Operational performance and costs can be difficult to predict and are often influenced by factors outside of our control, such as, but not limited to, scarcity of natural resources, environmental hazards and remediation, costs associated with decommissioning of machines, labor disputes and strikes, difficulty or delays in obtaining governmental permits, damages or defects in electronic systems, industrial accidents, fire, seismic activity and natural disasters. Should operational risks materialize, it may result in personal injury to or death of workers, the loss of production equipment, damage to production facilities, monetary losses, delays and unanticipated fluctuations in production, environmental damage, administrative fines, increased insurance costs and potential legal liabilities, all which could have a material adverse effect on our business, prospects, financial condition or operating results.

***We are dependent on our suppliers, some of which are single or limited source suppliers, and the inability of these suppliers to deliver the necessary components of our vehicles at prices and volumes, and specifications acceptable to us could have a material adverse effect on our business, prospects, financial condition and operating results.***

We rely on third-party suppliers for the provision and development of many of the key components and materials used in our electrified powertrain solutions, such as natural gas generators. While we plan to obtain components from multiple sources whenever possible, some of the components used in our vehicles will be purchased by us from a single source. Our third-party suppliers may not be able to meet their product specifications and performance characteristics or our desired specifications, performance and pricing, which would impact our ability to achieve our product specifications and performance characteristics as well. Additionally, our third-party suppliers may be unable to obtain required certifications for their products for which

14

Table of Contents

***William Kelley, Jr.*** Mr. Kelley has served as Lightning Systems' Chief Technology Officer and Chief Operating Officer since September 2017, and continues in these roles at Lightning eMotors. Prior to his work at Lightning Systems, Mr. Kelley was self-employed and the principal of Developmeant IP, a technology development consultancy, since 2012. Mr. Kelley had previously served as the Corporate Vice President for Research & Technology for Borg Warner, Inc., a hybrid and electric vehicle company. Mr. Kelley received his Bachelor of Science in Nuclear Engineering from Lowell Technological Institute (now known as the University of Massachusetts at Lowell), and his Master of Science in Nuclear Engineering degree from Rensselaer Polytechnic Institute. He is a certified Reliability Engineer.

***Teresa Covington***. Ms. Covington has served as Lightning Systems' Senior Vice President and Chief Financial Officer since January 2021, and continues in those roles at Lightning eMotors. She previously served as the Senior Vice President and Chief Financial Officer of asTech, a cloud-based technology and diagnostic automotive services platform from October 2019 until the end of 2020. From March 2017 through October 2019, Ms. Covington served as the Senior Vice President and Chief Financial Officer of AeroVironment Inc., a technology leader in unmanned systems for defense and commercial markets. She previously served as AeroVironment's vice president of finance from July 2015 to March 2017 and as interim chief financial officer from February 2015 to July 2015. Prior to joining AeroVironment, from August 2000 to May 2011, Ms. Covington served as senior vice president and chief financial officer of Line 6, Inc., a global designer and manufacturer of musical instruments that is now part of Yamaha. Ms. Covington earned an M.B.A. from Stanford University Graduate School of Business, an M.S. in electrical engineering from the University of Southern California and a B.S. in electrical engineering from the University of Illinois at Urbana-Champaign.

***Kash Sethi***. Mr. Sethi has served as Lightning Systems' Chief Revenue Officer since February 2021. Prior to that, he served as Vice President of Sales from October 2019 to January 2021 and Director of Sales from February 2017 to October 2019 at Motiv Power Systems, an EV technology provider for commercial vehicles. From October 2015 to February 2017, Mr. Sethi served as National Sales Manager and Head of Sales USA at Siemens Energy's medium and high voltage electric substation equipment division. Mr. Sethi has earned an M.B.A. from Queen's University, and a B.S. in Electrical Engineering from the University of Windsor.

**Non-Employee Directors**

***Dr. Avi S. Katz***. Dr. Katz serves as the Co-Chairman of the Board of Directors of Lightning eMotors. Prior to the Closing of the Business Combination, Dr. Katz served as GigCapital3's Executive Chairman of the Board of Directors, Chief Executive Officer, President and Secretary since February 2020. Dr. Katz has spent approximately 33 years in international executive positions within the TMT industry working for privately held start-ups, middle-cap companies and large enterprises. In these roles, Dr. Katz has been instrumental in launching and accelerating entities, building teams, large scale fund-raising, developing key alliances and technology partnerships, M&A activities, business development, financial management, global operations and sales and marketing. In October 2017, Dr. Katz founded GIG1, a Private-to-Public Equity (PPE) company formed for the purpose of acquiring a company in the technology industry. GIG1 completed its initial public offering in December 2017, in which it sold 14,375,000 units at price of $10.00 per unit, with each unit consisting of one share of GIG1 common stock, three-fourths of one warrant to purchase one share of GIG1 common stock and one right to receive one-tenth of one share of GIG1 common stock, generating aggregate proceeds of $143,750,000, and, at that time, was listed on the NYSE under the symbol "GIG." On February 22, 2019, after intensive screening of more than 400 companies worldwide, GIG1 entered into a stock purchase agreement to acquire Kaleyra at a transaction enterprise value of $187 million with combined cash and/or promissory note consideration of $15 million. Kaleyra is a global company specialized in providing mobile messaging services for financial institutions and companies of all sizes. The transaction closed on November 25, 2019, and GIG1 was renamed Kaleyra, Inc. and listed on the NYSE American stock exchange under the symbol "KLR" at that time. Dr. Katz has served as the Executive Chairman and Secretary of Kaleyra, Inc. since the consummation of the transaction in November 2019. Prior to that time, in addition to being the Executive Chairman and Secretary, he was also the Chief Executive Officer of GIG1. In March 2019, Dr. Katz founded

74

Table of Contents

GIG2. GIG2 completed its initial public offering in Junes 2019, in which it sold 17,250,000 units at a per unit price of $10.00, with each unit consisting of one share of GIG2 common stock, one warrant to purchase one share of GIG2 common stock, and one right to receive one-twentieth of one share of GIG2 common stock, generating aggregate proceeds of $172,500,000. GIG2 is listed on the NYSE under the symbol "GIX." GIG2 completed its business combinations with UpHealth Holdings, Inc. and Cloudbreak Health LLC on June 9, 2021 and was renamed UpHealth, Inc. Dr. Katz serves as the Co-Chairman of UpHealth, Inc. Dr. Katz is also the sole managing member of GigFounders, LLC and a managing member of GigManagement, LLC. He is also the co-founder of Cognizer, a software company specializing in deep-learning powered natural language artificial intelligence, and was the Executive Chairman of Cognizer's board of directors from its inception in December 2018 until August 2020. Prior to GIG1 and GIG2, Dr. Katz dedicated 10 years to bootstrap, develop and manage GigPeak (NYSE American: formerly GIG), originally known as GigOptix, Inc. He served as Chairman of the Board, Chief Executive Officer and President of GigPeak. From its inception in 2007, which occurred through the acquisition of assets valued at less than $1 million, until its sale in April 2017 to IDT for $250 million in cash, GigPeak provided semiconductor integrated circuits (ICs) and software solutions for high-speed connectivity and video compression. While Dr. Katz was at GigPeak's helm, the company completed 10 M&A deals. From 2003 to 2005, Dr. Katz was the chief executive officer, president, and member of the board of directors of Intransa, Inc., which at the time provided full-featured, enterprise-class IP-based Storage Area Networks (SAN). From 2000 to 2003, Dr. Katz was the Chief Executive Officer and a member of the board of directors of Equator Technologies, which at the time sought to commercialize leading edge programmable media processing platform technology for the rapid design and deployment of digital media and imaging products. Equator Technologies was sold to Pixelworks, Inc. for $110 million in 2005. Dr. Katz has held several leadership positions over the span of his career within the technology industry since serving as Member of Technical Staff at AT&T Bell Laboratories in the 1980s, and has made numerous angel investments in high-tech companies around the world. Dr. Katz is a graduate of the Israeli Naval Academy and holds a B.Sc. and Ph.D. in Semiconductors Materials from the Technion (Israel Institute of Technology). He is a serial entrepreneur, holds many U.S. and international patents, has published many technical papers and is the editor of a number of technical books. Dr. Katz is married to Dr. Dinu, one of our directors.

Dr. Katz is qualified to serve as Co-Chairman of the Lightning eMotors Board based on his business experience as a founder, inventor, chief executive officer and director of a publicly-listed company and his investing experience.

***Dr. Raluca Dinu***. Dr. Dinu serves as a member of the Lightning eMotors Board of Directors. Prior to the Closing of the Business Combination, Dr. Dinu served as a member of the Board of Directors of GigCapital3 since February 2020. She has served as the Chief Executive Officer of GIG2 since August 2019 and as a member of its board of directors since March 2019. From April 2017 to May 2019, Dr. Dinu was the Vice President and General Manager of IDT's Optical Interconnects Division. Prior to that, she held several executive-level positions at GigPeak, including Executive Vice President and Chief Operation Officer from April 2016 until it was acquired by IDT in April 2017, and before that, as its Executive Vice President of Global Sales and Marketing from August 2015 to April 2016, and as its Senior Vice President of Global Sales and Marketing from December 2014 to August 2015. From February 2014 to September 2017, Dr. Dinu was a member of the board of directors of Brazil-Photonics, in Campinas, Brazil, a joint venture that GigPeak established with the Centro de Pesquisa e Desenvolvimento em Telecomunicações (CPqD). From 2001 to 2008, Dr. Dinu was VP of Engineering at Lumera Corporation ("Lumera") (Nasdaq: LMRA). Lumera was acquired by GigPeak in 2008, and Dr. Dinu joined GigPeak at that time. Dr. Dinu holds a B.Sc. in Physics and Ph.D. in Solid State Condensed Matter Physics from the University of Bucharest, and an Executive-M.B.A. from Stanford University. Dr. Dinu is married to Dr. Katz, one of our Co-Chairmen of our Board of Directors.

Dr. Dinu is qualified to serve on the Lightning eMotors Board based on her business experience as a board member of a publicly-listed company and her investing experience.

75

**Table of Contents**

*Neil Miotto*. Mr. Miotto serves as a member of the Lightning eMotors Board of Directors. Prior to the Closing of the Business Combination, Mr. Miotto served as a member of the Board of Directors of GigCapital3 since February 2020. Mr. Miotto is a financial consultant and a retired assurance partner of KPMG LLP ("KPMG"), where he was a partner for 27 years until his retirement in September 2006. Since his retirement from KPMG, Mr. Miotto has provided high-level financial consulting services to companies in need of timely accounting assistance and has served on public company boards. He is deemed to be a "audit committee financial expert" under SEC rules. While at KPMG, Mr. Miotto focused on serving large public companies. Mr. Miotto also served as an SEC reviewing partner while at KPMG. Mr. Miotto became a member of the board of directors of GIG1 in October 2017 and has continued in that role after that company became Kaleyra, Inc. Mr. Miotto has also served on the board of directors of GIG2 since March 2019. In addition, Mr. Miotto served on the board of directors of Micrel, Inc. prior to its sale to Microchip Technology Inc. in May 2015, and on the board of directors of GigPeak from 2008 until its sale to IDT in April 2017. He also previously served on the board of directors of Cognizer from March 2019 to August 2020. He is a member of the American Institute of Certified Public Accountants and holds a Bachelor of Business Administration degree from Baruch College of The City University of New York.

Mr. Miotto is qualified to serve on the Lightning eMotors Board based on his business experience as a board member of a publicly-listed company and his experience as an audit committee financial expert.

*Thaddeus Senko*. Mr. Senko serves as a member of the Lightning eMotors Board of Directors. Since 2018, Mr. Senko has served as a member of Autoliv Inc.'s (NYSE:ALV), a supplier of automotive safety systems, board of directors, serving as chairman of the audit committee, as well as on the risk and compliance, nominating and governance committee. From 1978 to 2017, Mr. Senko served as a partner at KPMG LLP, providing enterprise risk management, compliance, and audit services to various public companies. At KPMG, he served as Audit Partner and SEC Reviewing Partner for eight years, Chief Audit Executive for four years, Global and National Partner in Charge of Internal Audit, Risk & Compliance Services for eight years, Global Engagement Partner and Client Services Partner for seven years and Global Leader of the ESG practice for two years. Mr. Senko's overall career at KPMG spanned 39 years. Previously, Mr. Senko served on the Board of Duquesne University, a private university with approximately 10,000 students, from 2007 to 2016, chairing the Audit and Finance Committee and serving on the Executive and University Advancement Committee. Mr. Senko continues to serve on the university's Business Advisory Council. He is deemed to be an "audit committee financial expert" under SEC rules. Mr. Senko received a bachelor's degree in business administration from Duquesne University.

Mr. Senko is qualified to serve on the Lightning eMotors Board based on his experience as a director to private and public companies and his experience in the automotive industry.

*Meghan Sharp.* Dr. Sharp serves as a member of the Lightning eMotors Board of Directors. Since 2020, Dr. Sharp has served as the Global Head of BP Ventures, Inc. ("BP Ventures"), an affiliate of BP Technology Ventures, Inc., which is a venture capital firm that primarily invests in private and high-growth technology companies in the upstream, downstream and alternative energy. At BP Ventures, Dr. Sharp also serves as the Vice President of "innovation & engineering" teams, leading BP Ventures's initiatives in orienting businesses towards reducing carbon emissions to zero. From October 2019 to 2020, Dr. Sharp served as the Chief Operating Officer for Beyond Limits, an Artificial Intelligence (AI) and cognitive computing company that engineers advanced cognitive AI solutions for companies in industries such as energy, healthcare, finance and logistics. From August 2010 to October 2019, Dr. Sharp served as the Managing Director of BP Ventures's Americas division. Dr. Sharp holds a Ph.D. in Microbial Genetics from the University of California, San Francisco, has held postdoctoral positions in plant genetics at the University of Chicago and the Carnegie Institution of Washington at Stanford University, and an MBA with a focus on venture capital from Columbia University.

Dr. Sharp is qualified to serve on the Lightning eMotors Board based on her experience in the clean energy industry.