**EXHIBIT 13**

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2021**

**or**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-39283**

# Lightning eMotors, Inc.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware**<br>**(State or other jurisdiction of**<br>**incorporation or organization)** | 84-4605714<br>**(I.R.S. Employer**<br>**Identification Number)** |

**815 14th Street SW**
**Suite A100**
**Loveland, Colorado 80537**
**(Address of Principal Executive Offices)**

**(800) 233-0740**
**(Registrant's telephone number)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | | Trading symbol | | Name of Exchange on which registered |
|---|---|---|---|---|
| **Common Stock, par value $0.0001 per share** | | **ZEV** | | **New York Stock Exchange** |
| **Redeemable Warrants, each full warrant exercisable for one share of Common stock at an exercise price of $11.50 per share** | | **ZEV.WS** | | **New York Stock Exchange** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Table of Contents

***We are subject to U.S. and foreign anti-corruption and anti-money laundering laws and regulations. We can face criminal liability and other serious consequences for violations, which can harm our business.***

We are subject to the U.S. Foreign Corrupt Practices Act of 1977, as amended, the U.S. domestic bribery statute contained in 18 U.S.C. § 201, the U.S. Travel Act, the USA PATRIOT Act and possibly other anti-bribery and anti-money laundering laws in countries in which we conduct activities. Anti- corruption laws are interpreted broadly and prohibit companies and their employees, agents, contractors and other collaborators from authorizing, promising, offering or providing, directly or indirectly, improper payments or anything else of value to recipients in the public or private sector. We can be held liable for the corrupt or other illegal activities of our employees, agents, contractors and other collaborators, even if we do not explicitly authorize orhave actual knowledge of such activities. Any violations of the laws and regulations described above may result in substantial civil and criminal fines and penalties, imprisonment, the loss of export or import privileges, debarment, tax reassessments, breach of contract and fraud litigation, reputational harm and other consequences.

***Changes in laws or regulations, or a failure to comply with any laws and regulations, may adversely affect the Company's business, investments and results of operations.***

We are subject to laws, regulations and rules enacted by national, regional and local governments. In particular, the Company is required to comply with certain SEC, NYSE and other legal or regulatory requirements. Compliance with, and monitoring of, applicable laws, regulations and rules may be difficult, time consuming and costly. Those laws, regulations and rules and their interpretation and application may also change from time to time and those changes could have a material adverse effect on our business, investments and results of operations. In addition, a failure to comply with applicable laws, regulations and rules, as interpreted and applied, could have a material adverse effect on our business and results of operations.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

None.

**Item 3. Defaults Upon Senior Securities**

None.

**Item 4. Mine Safety Disclosures**

Not applicable.

**Item 5. Other Information**

**Item 5.02 Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers**

To the extent applicable, the information in Item 8.01 below is incorporated by reference into this Item 5.02.

**Item 5.08 Shareholder Director Nominations**

To the extent applicable, the information in Item 8.01 below is incorporated by reference into this Item 5.08.

**Item 8.01 Other Events**

81

Table of Contents

We intend to hold our first meeting of shareholders (the "Annual Meeting") on October 7, 2021, at 9:00 AM Mountain Daylight Time virtually. We will publish additional details regarding the additional information regarding the time, location and matters to be voted on at the Annual Meeting in the Company's proxy statement for the Annual Meeting.

At a meeting of the board of directors of the Company (the "Board") on August 10, 2021, the Board voted to adopt a three-member slate of directors for Class I to be elected at the Annual Meeting.  The slate will include Mr. Timothy Reeser, Mr. Robert Fenwick-Smith (currently serving as Class II and Class III directors, respectively) and Ken Jack.  Avi Katz, Raluca Dinu and Neil Miotto, currently serving as Class I directors, each have a term that will expire at the conclusion of the Annual Meeting and will not be re-nominated to the Board. In connection with their nomination, Mr. Timothy Reeser and Mr. Robert Fenwick-Smith notified the Board on August 10, 2021 that Mr. Reeser will resign as a Class II director and Mr. Fenwick-Smith will resign as a Class III director, each effective as of the Annual Meeting and each contingent upon their election as a Class I director. If elected as Class I directors by the shareholders at the Annual Meeting, Mr. Resser and Mr. Fenwick-Smith will each serve until the 2024 meeting of shareholders.

We are also disclosing deadlines for certain notices under SEC rules and our Amended and Restated Bylaws in connection with the Annual Meeting.

Under the SEC's proxy rules, we have set the deadline for submission of proposals to be included in our proxy materials for the Annual Meeting as the close of business on August 26, 2021. Accordingly, in order for a shareholder proposal to be considered for inclusion in our proxy materials for the Annual Meeting, the proposal must be received by our General Counsel, Lightning eMotors, Inc., 815 14th Street, Loveland, Colorado 80537, on or before the close of business on August 26, 2021, and must comply with the procedures and requirements set forth in Rule 14a-8 under the Securities Exchange Act of 1934, as amended.

In accordance with the advance notice requirements contained in our Amended and Restated Bylaws, for business to be brought before the Annual Meeting by a shareholder, other than Rule 14a-8 proposals described above, written notice must be delivered to our General Counsel, Lightning eMotors, Inc., 815 14th Street, Loveland, Colorado 80537, on or before the close of business on August 26, 2021. These shareholder notices also must comply with the requirements of our Amended and Restated Bylaws and will not be effective otherwise.

**Item 6. Exhibits**

<b>EXHIBIT INDEX</b>

| Exhibit No. | Description |
| --- | --- |
| 3.1 | Second Amended and Restated Certificate of Incorporation of Lightning eMotors, Inc. (incorporated by reference to Exhibit 3.1 filed on the Company's Current Report on Form 8-K, filed by the Registrant on May 12, 2021) |
| 3.2 | Amended and Restated Bylaws of Lightning eMotors, Inc. (incorporated by reference to Exhibit 3.2 filed on the Company's Current Report on Form 8-K, filed by the Registrant on May 12, 2021) |

4.1        Specimen Common Stock Certificate (incorporated by reference to Exhibit 4.1 filed on the Company's Form S-1, filed by the Registrant on June 21, 2021)

4.2        Specimen Warrant Certificate (incorporated by reference to Exhibit A in Exhibit 10.4 filed on the

82