**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KLM (consolidated with 1:21-cv-03215-KLM)

JOHNNY R. SHAFER,
JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,

        Plaintiffs,

        v.

LIGHTNING EMOTORS, INC.,
TIMOTHY R. REESER,
TERESA P. COVINGTON,
GIGACQUISITIONS3 LLC,
GIGCAPITAL GLOBAL,
AVI S. KATZ,
RALUCA DINU,
NEIL MIOTTO,
GIGFOUNDERS LLC,
BRAD WEIGHTMAN,
ANDREA BETTI-BERUTTO,
PETER WANG,
JOHN J. MIKULSKY, and
ROBERT FENWICK-SMITH,

        Defendants.

---

**DECLARATION OF DORU GAVRIL IN SUPPORT OF LIGHTNING
DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTION TO THE
REPORT AND RECOMMENDATION OF THE HON. REGINA M. RODRIGUEZ**

---

I, Doru Gavril, hereby declare as follows:

1.      I am duly admitted to practice in the District of Colorado and an attorney with

the law firm of Freshfields Bruckhaus Deringer US LLP.  I am counsel of record for

Defendants Lightning eMotors, Inc. ("Lightning" or the "Company"), Timothy R. Reeser,

Teresa P. Covington, and Robert Fenwick-Smith (collectively, the "Lightning Defendants") in

the above-captioned matter.  I have personal knowledge of the matters stated herein.  If called

as a witness, I could and would competently testify to the matters stated herein.  This

declaration is submitted in support of the Lightning Defendants' Response to Plaintiffs'

Objection to the Report and Recommendation of the Hon. Regina M. Rodriguez.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Lightning's Form

8-K, which was publicly filed with the U.S. Securities and Exchange Commission on

September 15, 2022.

I declare under the penalty of perjury that the foregoing is true and correct and that

this declaration was executed in the State of California on March 19, 2024.


                                          _/s/ Doru Gavril_____
                                            Doru Gavril


2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, I caused to be electronically filed the foregoing DECLARATION OF DORU GAVRIL IN SUPPORT OF LIGHTNING DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTION TO THE REPORT AND RECOMMENDATION OF THE HON. REGINA M. RODRIGUEZ with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all registered participants.

*/s/ Boris Feldman*
 Boris Feldman