# EXHIBIT A-3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KAS (consolidated with 1:21-cv-3215-RMR-KAS)

JOHNNY R. SHAFER,
DAVID P. SARRO,
KEVIN L. TYE,
JESS Q. WILLIAMS,
JUSTIN COHEN,
 Individually and On Behalf of All Others Similarly Situated,

 Plaintiffs,

v.

LIGHTNING EMOTORS, INC.,
TIMOTHY R. REESER,
TERESA P. COVINGTON,
GIGACQUISITIONS3 LLC,
GIGCAPITAL GLOBAL,
AVI S. KATZ,
RALUCA DINU,
NEIL MIOTTO
GIGFOUNDERS LLC
BRAD WEIGHTMAN,
ANDREA BETTI-BERUTTO,
PETER WANG,
JOHN J. MIKULSKY, and
ROBERT FENWICK-SMITH,

 Defendants.

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | |
|---|---|
| RICHARD DELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 2021-0679-LWW |
| v. ) | |
| ) | |
| GIGACQUISITIONS3, LLC, AVI KATZ, ) | |
| RALUCA DINU, NEIL MIOTTO, JOHN ) | |
| MIKULSKY, ANDREA BETTI-BERUTTO, ) | |
| and PETER WANG, ) | |

|  | ) |
|---|---|
| Defendants. | ) |
|  | ) |

## SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT

### EXHIBIT A-3

**TO:**   **ALL PERSONS AND ENTITIES WHO:**

   **(i)**   PURCHASED OR OTHERWISE ACQUIRED PUBLICLY TRADED SECURITIES ISSUED PURSUANT TO GIGCAPITAL3, INC.'S FORM S-1 REGISTRATION STATEMENT DECLARED EFFECTIVE ON MAY 5, 2020 WITH THE SECURITIES AND EXCHANGE COMMISSION, AS AMENDED BY POST-EFFECTIVE AMENDMENT NO. 1, FILED ON MAY 13, 2020;

   **(ii)**   ALL STOCKHOLDERS OF GIGCAPITAL3, INC. AS OF THE MARCH 15, 2021 RECORD DATE THAT WERE ENTITLED TO VOTE ON GIGCAPITAL3, INC.'S PROPOSED TRANSACTION TO ACQUIRE LIGHTNING SYSTEMS;

   **(iii)**   PURCHASED OR OTHERWISE ACQUIRED GIGCAPITAL3, INC. OR LIGHTNING EMOTORS SECURITIES DURING THE PERIOD FROM MAY 18, 2020 THROUGH AUGUST 16, 2021, INCLUSIVE, AND WERE DAMAGED THEREBY; OR

   **(iv)**   WERE RECORD AND BENEFICIAL HOLDERS OF GIGCAPITAL3, INC. COMMON STOCK WHO HELD SUCH STOCK DURING THE TIME PERIOD FROM THE RECORD DATE (MARCH 15, 2021) THROUGH THE CLOSING DATE (MAY 6, 2021) (THE "SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS")

**AND ARE NOT OTHERWISE EXCLUDED FROM THE SETTLEMENT CLASS.**

THIS NOTICE WAS AUTHORIZED BY THE COURT.  IT IS NOT JUNK MAIL, AN ADVERTISEMENT, OR SOLICITATION FROM A LAWYER.

PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.  YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THE LITIGATION.  PLEASE NOTE THAT IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MAY BE ENTITLED TO SHARE IN THE PROCEEDS OF THE SETTLEMENT DESCRIBED IN THIS NOTICE.  TO CLAIM YOUR SHARE OF THE SETTLEMENT PROCEEDS, YOU MUST SUBMIT A VALID PROOF OF

4878-4568-5962.v1

CLAIM AND RELEASE FORM ("PROOF OF CLAIM") **POSTMARKED OR SUBMITTED ONLY ONLINE ON OR BEFORE \_\_\_\_\_, 2024**.

YOU ARE HEREBY NOTIFIED that a hearing will be held on _____, 2024, at \_\_:\_\_ \_\_.m. MST, before the Honorable Regina M. Rodriguez, U.S. District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294, to determine whether: (1) the proposed settlement (the "Settlement") of the action pending in the United District Court for the District of Colorado styled as *Shafer v. Lightning eMotors, Inc., et al.*, No. 1:21-cv-02774-RMR-KAS (the "Federal Action"), as well as the action pending in the Delaware Court of Chancery styled as *Delman v. GigAcquisitions3, LLC, et al.*, C.A. No. 2021-0679-LWW (the "State Action," and together with the Federal Action, the "Actions") as set forth in the Stipulation of Settlement dated July 1, 2024 ("Stipulation")[1] for $13,350,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered with prejudice; (3) to award Plaintiffs' Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of: (I) Proposed Settlement and Plan of Allocation; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Expenses ("Notice"), which is discussed below), and, if so, in what amount; (4) to award Plaintiffs for representing the Settlement Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

This Summary Notice relates to a proposed settlement of claims in two pending class actions brought by investors in GigCapital3, Inc. and/or Lightning eMotors, Inc. securities. The Federal

---

[1] The Stipulation can be viewed and/or obtained at www.LightningeMotorsSecuritiesSettlement.com. All capitalized terms used herein and not otherwise defined shall have the same meaning as ascribed to them in the Stipulation.

Action alleges that Defendants violated the federal securities laws by engaging in a fraudulent scheme, including by making false and misleading statements and omissions regarding, among other things, Lightning eMotors' growth and revenue projections, supply chain capabilities, and ability to scale during the Class Period. The Federal Action alleges that Defendants' misrepresentations and omissions artificially inflated the prices of Lightning Securities during the Class Period, resulting in damage to Settlement Class Members when the truth was revealed. The State Action alleges that certain Defendants violated Delaware state law by impairing GigCapital3 shareholders' redemption rights, including through proxy solicitation materials containing false and misleading misrepresentations and omissions, resulting in damage to Settlement Class Members. Defendants deny each and every claim and contention alleged in the Actions and deny any misconduct or wrongdoing whatsoever.

IF YOU PURCHASED OR OTHERWISE ACQUIRED GIGCAPITAL3 OR LIGHTNING EMOTORS SECURITIES FROM MAY 18, 2020 THROUGH AND INCLUDING AUGUST 16, 2021, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE FEDERAL ACTION AND THE STATE ACTION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail (**postmarked no later than _____, 2024**) or electronically (**no later than _____, 2024**). Your failure to submit your Proof of Claim by _____, 2024, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of the Federal Action and the State Action. If you are a member of the Settlement Class and do not request exclusion therefrom as instructed, you will be bound by the Settlement and any judgment and release entered in the Federal

Action and the State Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other settlement documents, online at www.LightningeMotorsSecuritiesSettlement.com, or by writing to:

*Lightning eMotors Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301170
Los Angeles, CA 90030-1170

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court. Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to:

Plaintiffs' Counsel:

| ROBBINS GELLER RUDMAN & DOWD LLP<br><br>Ellen Gusikoff Stewart<br>655 W. Broadway,<br>Suite 1900<br>San Diego, CA  92101 | JOHNSON FISTEL, LLP<br><br>Michael I. Fistel, Jr.<br>40 Powder Springs Street<br>Marietta, GA  30064 | GRANT & EISENHOFER P.A.<br><br>Michael J. Barry<br>123 Justison Street<br>7th Floor<br>Wilmington, DE 19801 |
|---|---|---|

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY             , 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.  ALL MEMBERS OF THE SETTLEMENT CLASS WHO HAVE NOT REQUESTED EXCLUSION FROM THE

- 4 -

4878-4568-5962.v1

SETTLEMENT CLASS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND/OR THE AWARD TO PLAINTIFFS FOR REPRESENTING THE SETTLEMENT CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO PLAINTIFFS' COUNSEL AND DEFENDANTS' COUNSEL **BY _____, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED:_____   BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO