# EXHIBIT C

# BIGGEST 1,000 STOCKS

### How to Read the Stock Tables

The following explanations apply to NYSE, NYSE Arca, NYSE American and Nasdaq Stock Market listed securities. Prices are consolidated from trades reported by various market centers, including securities exchanges, Finra, electronic communications networks and other broker-dealers. The list comprises the 1,000 largest companies based on market capitalization.

**Underlined quotations** are those stocks with large changes in volume compared with the issue's average trading volume.

**Boldfaced quotations** highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

**Footnotes:**
i-New 52-week high; ↓-New 52-week low; **dd**-Indicates loss in the most recent four quarters.

**Stock tables reflect preliminary closing values as of 4 p.m. ET and changes in the official closing prices from 4 p.m. ET the previous day.**

Monday, August 19, 2024

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| **A B C** | | | |
| AECOM | ACM | 97.62 | 1.16 |
| AES | AES | 17.37 | 0.11 |
| Aflac | AFL | 105.21 | 0.45 |
| AGNC Invt | AGNC | 10.16 | 0.06 |
| Ansys | ANSS | 326.93 | 1.45 |
| APA | APA | 29.32 | 0.07 |
| ASE Tech | ASX | 10.11 | 0.16 |
| ASML | ASML | 933.15 | 14.49 |
| AST Space | ASTS | 38.60 | 7.57 |
| AT&T | T | 19.49 | 0.15 |
| ATI | ATI | 64.31 | 0.28 |
| AbbottLabs | ABT | 111.90 | 0.90 |
| AbbVie | ABBV | 196.87 | 2.97 |
| AbercrombieFitch | ANF | 166.87 | 1.79 |
| Accenture | ACN | 329.44 | 2.52 |
| Adobe | ADBE | 563.12 | 9.66 |
| AdvDrainageSys | WMS | 151.84 | 3.69 |
| AdvMicroDevices | AMD | 155.28 | 6.72 |
| Aegon | AEG | 6.43 | 0.02 |
| AerCap | AER | 94.95 | 1.52 |
| AffirmA | AFRM | 30.34 | 1.89 |
| AgilentTechs | A | 140.51 | 0.47 |
| AgnicoEagleMines | AEM | 80.84 | 0.84 |
| AirProducts | APD | 274.17 | -1.87 |
| Airbnb | ABNB | 119.14 | 2.83 |
| AkamaiTech | AKAM | 101.65 | 1.15 |
| AlamosGold | AGI | 19.58 | 0.40 |
| Albemarle | ALB | 82.78 | 3.41 |
| Albertsons | ACI | 20.92 | 0.06 |
| Alcoa | AA | 34.00 | 1.88 |
| Alcon | ALC | 96.26 | 1.62 |
| AlexandriaREst | ARE | 117.65 | 0.87 |
| Alibaba | BABA | 83.91 | 0.73 |
| AlignTech | ALGN | 240.01 | -0.34 |
| Allegion | ALLE | 132.85 | 1.58 |
| AlliantEnergy | LNT | 57.67 | 0.30 |
| AllisonTransm | ALSN | 86.35 | 0.67 |
| Allstate | ALL | 180.62 | 0.98 |
| AllyFinancial | ALLY | 42.77 | 0.74 |
| AlnylamPharm | ALNY | 274.48 | 6.24 |
| Alphabet A | GOOGL | 166.67 | 3.71 |
| Alphabet C | GOOG | 168.40 | 3.66 |
| AltairEngg | ALTR | 92.19 | 0.84 |
| Altria | MO | 51.32 | |
| Amazon.com | AMZN | 178.22 | 1.16 |
| Ambev | ABEV | 2.42 | 0.03 |
| Amcor | AMCR | 10.62 | 0.17 |
| Amdocs | DOX | 84.15 | 0.27 |
| Ameren | AEE | 82.51 | 0.41 |
| AmericaMovil | AMX | 17.41 | 0.18 |
| AEP | AEP | 97.54 | 0.60 |
| AmerExpress | AXP | 254.05 | 2.34 |
| AmericanFin | AFG | 129.24 | 0.12 |
| AmHomes4Rent | AMH | 38.56 | 0.30 |
| AIG | AIG | 74.43 | 0.87 |
| AmerTowerREIT | AMT | 219.66 | -0.19 |
| AmerWaterWorks | AWK | 141.57 | 0.59 |
| AmericoldRealty | COLD | 28.86 | 0.49 |
| Ameriprise | AMP | 435.34 | 3.95 |
| Ametek | AME | 164.92 | 1.98 |
| Amgen | AMGN | 327.97 | 6.53 |
| AmkorTech | AMKR | 33.07 | 0.51 |
| Amphenol | APH | 66.35 | 0.65 |
| AnalogDevices | ADI | 225.95 | 2.76 |
| AngloGoldAsh | AU | 31.53 | 0.06 |
| AB InBev | BUD | 60.88 | 0.23 |
| AnnalyCap | NLY | 20.31 | 0.20 |
| AnteroResources | AR | 28.78 | 0.89 |
| Aon | AON | 334.38 | 2.89 |
| APi Group | APG | 34.70 | 0.49 |
| ApolloGlblMgmt | APO | 111.61 | 0.61 |
| AppFolio | APPF | 223.58 | 3.88 |
| Apple | AAPL | 225.89 | -0.16 |
| AppliedIndlTechs | AIT | 199.13 | -2.43 |
| AppliedMaterials | AMAT | 210.94 | 3.04 |
| AppLovin | APP | 85.82 | 4.65 |
| Aptargroup | ATR | 146.92 | 0.71 |
| Aptiv | APTV | 70.99 | 2.06 |
| Aramark | ARMK | 35.96 | 0.23 |
| ArcelorMittal | MT | 23.01 | 0.72 |
| ArchCapital | ACGL | 103.00 | 0.45 |
| ADM | ADM | 59.68 | 0.59 |
| AresMgmt | ARES | 144.58 | -0.42 |
| argenx | ARGX | 524.19 | -0.81 |
| AristaNetworks | ANET | 352.06 | -1.83 |
| Arm | ARM | 132.31 | 2.01 |
| AscendisPharma | ASND | 137.82 | -1.02 |
| AspenTech | AZPN | 213.42 | 2.45 |
| Assurant | AIZ | 188.75 | 1.48 |
| AstraZeneca | AZN | 84.78 | 0.37 |
| Atlassian | TEAM | 159.00 | 4.79 |
| AtmosEnergy | ATO | 129.41 | 0.20 |
| Autodesk | ADSK | 251.11 | 2.88 |
| Autoliv | ALV | 101.72 | 1.78 |
| ADP | ADP | 264.65 | 0.56 |
| AutoZone | AZO | 3172.18 | -60.69 |
| Avalonbay | AVB | 216.04 | 0.83 |
| Avangrid | AGR | 35.90 | 0.05 |
| Avantor | AVTR | 25.41 | 0.12 |
| AveryDennison | AVY | 213.26 | 0.29 |
| AxaltaCoating | AXTA | 34.69 | 0.16 |
| AxonEnterprise | AXON | 373.07 | -0.62 |
| BCE | BCE | 34.36 | 0.05 |
| BHP Group | BHP | 53.96 | 0.72 |
| BJ'sWholesale | BJ | 87.25 | 0.60 |
| BP | BP | 34.14 | 0.03 |
| BWX Tech | BWXT | 99.45 | 1.23 |
| BXP | BXP | 71.28 | 1.29 |
| Baidu | BIDU | 90.18 | 1.22 |
| BakerHughes | BKR | 35.16 | 0.22 |
| Ball | BALL | 63.67 | 0.25 |
| BBVA | BBVA | 10.47 | 0.26 |
| **BancoBradesco** | **BBDC** | **2.64** | **0.20** |
| BancodeChile | BCH | 25.06 | 0.30 |
| BancSanBrasil | BSBR | 5.69 | 0.10 |
| BcoSantChile | BSAC | 20.51 | 0.34 |
| BancoSantander | SAN | 4.76 | 0.07 |
| BanColombia | CIB | 34.79 | 0.89 |
| BankofAmerica | BAC | 39.67 | 0.33 |
| BankMontreal | BMO | 86.40 | 0.89 |
| BankNY Mellon | BK | 65.74 | 0.13 |
| BankNovaScotia | BNS | 47.60 | 0.49 |
| Barclays | BCS | 11.98 | 0.11 |
| BarrickGold | GOLD | 20.21 | 0.50 |
| Bath&BodyWks | BBWI | 34.26 | 0.55 |
| BaxterIntl | BAX | 36.46 | 0.34 |
| BectonDickinsn | BDX | 235.90 | -0.43 |
| BeiGene | BGNE | 192.50 | -2.15 |
| BentleySystems | BSY | 50.28 | 0.28 |
| Berkley | WRB | 57.40 | -0.16 |
| BerkHathwy B | BRK.B | 448.77 | 4.26 |
| BerkHathwy A | BRK.A | 672940.00 | 5810.01 |
| BestBuy | BBY | 85.04 | -0.20 |
| Bio-Techne | TECH | 74.99 | 0.55 |
| Bio-RadLab A | BIO | 326.33 | 0.75 |
| Biogen | BIIB | 206.06 | 4.15 |
| BioMarinPharm | BMRN | 92.76 | 3.23 |
| **BioNTech** | **BNTX** | **89.93** | **4.74** |
| Birkenstock | BIRK | 61.95 | -0.94 |
| BlackRock | BLK | 870.21 | -2.28 |
| Blackstone | BX | 134.65 | 0.37 |
| BlockHR | HRB | 65.32 | 0.87 |
| Block | SQ | 66.88 | 1.01 |
| BlueOwlCapital | OWL | 17.87 | 0.07 |
| Boeing | BA | 179.64 | -0.35 |
| Booking | BKNG | 3702.01 | 83.15 |
| BoozAllen | BAH | 148.71 | 1.04 |
| BostonSci | BSX | 78.68 | 0.43 |
| BrightHorizons | BFAM | 135.07 | -0.73 |
| BristolMyers | BMY | 49.30 | -0.06 |
| BritishAmTob | BTI | 36.13 | 0.07 |
| BrixmorProp | BRX | 26.15 | 0.23 |
| Broadcom | AVGO | 167.71 | 1.99 |
| BroadridgeFinl | BR | 209.27 | 0.56 |
| BrookfieldAsset | BAM | 40.69 | 0.51 |
| Brookfield | BN | 46.95 | 0.38 |
| BrookfieldInfr | BIP | 32.00 | 0.59 |
| BrookfieldRenew | BEPC | 28.24 | 0.04 |
| Brown&Brown | BRO | 102.52 | 0.65 |
| Brown-Forman A | BF.A | 45.37 | -0.19 |
| Brown-Forman B | BF.B | 44.89 | -0.29 |
| Bruker | BRKR | 65.08 | 1.65 |
| BuildersFirst | BLDR | 163.31 | 2.18 |
| BungeGlobal | BG | 96.25 | 0.62 |
| BurlingtonStrs | BURL | 264.45 | 0.18 |
| CACI Intl | CACI | 466.62 | 1.33 |
| CAVA | CAVA | 100.20 | 1.24 |
| CBRE Group | CBRE | 112.50 | 0.77 |
| CDW | CDW | 219.20 | -3.56 |
| CF Industries | CF | 81.14 | 0.17 |
| CGI A | GIB | 109.29 | 0.51 |
| CH Robinson | CHRW | 101.05 | 1.83 |
| CME Group | CME | 208.87 | 0.99 |
| CMS Energy | CMS | 66.53 | 0.08 |
| CNA Fin | CNA | 49.78 | 0.27 |
| CNH Indl | CNH | 9.96 | 0.12 |
| CRH | CRH | 84.98 | 0.80 |
| CSX | CSX | 33.64 | 0.22 |
| CVS Health | CVS | 58.80 | 0.45 |
| CadenceDesign | CDNS | 281.96 | 0.96 |
| CaesarsEnt | CZR | 36.80 | -0.18 |
| CamdenProperty | CPT | 119.41 | -0.23 |
| Cameco | CCJ | 41.22 | 0.96 |
| CampbellSoup | CPB | 49.95 | 0.85 |
| CIBC | CM | 53.20 | 0.62 |
| CanNtlRlwy | CNI | 113.73 | 0.81 |
| CanadianNatRscs | CNQ | 36.61 | 0.09 |
| CdnPacKC | CP | 79.65 | 0.61 |
| CapitalOne | COF | 142.93 | 3.37 |
| CardinalHealth | CAH | 109.79 | -0.06 |
| Carlisle | CSL | 408.13 | 4.66 |
| Carlyle | CG | 41.50 | 0.39 |
| CarMax | KMX | 80.31 | 0.45 |
| Carnival | CCL | 15.60 | 0.14 |
| Carnival | CUK | 14.22 | 0.13 |
| CarrierGlobal | CARR | 68.64 | 1.26 |
| Carvana | CVNA | 155.75 | -0.18 |
| CaseysGenStores | CASY | 382.81 | 2.52 |
| Catalent | CTLT | 59.41 | -0.14 |
| Caterpillar | CAT | 344.65 | 1.17 |
| Celanese | CE | 129.71 | 0.65 |
| CelsiusHldg | CELH | 41.56 | 1.39 |
| Cemex | CX | 6.66 | -0.02 |
| Cencora | COR | 238.85 | 0.74 |
| CenovusEnergy | CVE | 19.50 | -0.11 |
| Centene | CNC | 78.30 | 0.19 |
| CenterPointEner | CNP | 26.04 | 0.25 |
| CentraisElBras | EBR | 7.71 | 0.29 |
| CharlesRiverLabs | CRL | 240.62 | 11.29 |
| CharterComms | CHTR | 355.06 | 1.75 |
| CheckPoint | CHKP | 187.25 | 1.84 |
| Chemed | CHE | 577.57 | 1.29 |
| CheniereEnergy | LNG | 186.09 | 1.11 |
| ChenierePtrs | CQP | 49.72 | 0.27 |
| ChesapeakeEner | CHK | 74.18 | 1.25 |
| Chevron | CVX | 146.83 | 1.19 |
| Chewy | CHWY | 27.27 | 0.17 |
| Chipotle | CMG | 52.64 | 0.17 |
| ChordEnergy | CHRD | 153.40 | 0.39 |
| Chubb | CB | 274.03 | 0.62 |
| ChunghwaTel | CHT | 38.64 | 0.52 |
| Church&Dwight | CHD | 100.16 | 0.15 |
| ChurchillDowns | CHDN | 136.67 | -0.24 |
| Ciena | CIEN | 53.94 | 0.14 |
| Cigna | CI | 342.33 | 0.01 |
| CincinnatiFinl | CINF | 131.32 | -0.20 |
| Cintas | CTAS | 772.98 | 8.12 |
| CirrusLogic | CRUS | 140.49 | -0.94 |
| CiscoSystems | CSCO | 49.98 | 0.52 |
| Citigroup | C | 62.03 | 0.63 |
| CitizensFin | CFG | 41.60 | 0.37 |
| CleanHarbors | CLH | 241.51 | 4.86 |
| Clorox | CLX | 149.18 | 3.78 |
| Cloudflare | NET | 84.07 | 1.69 |
| Coca-Cola | KO | 68.98 | -0.20 |
| CocaColaCon | COKE | 1274.02 | 13.12 |
| Coca-ColaEuro | CCEP | 77.15 | 0.73 |
| CognizantTech | CTSH | 75.99 | 0.13 |
| Coherent | COHR | 77.46 | 0.83 |
| CoinbaseGlbl | COIN | 204.46 | -0.85 |
| ColgatePalm | CL | 101.85 | -0.14 |
| Comcast A | CMCSA | 40.26 | 0.64 |
| ComfortSystems | FIX | 332.83 | 2.20 |
| CommerceBcshs | CBSH | 62.29 | 0.33 |
| SABESP | SBS | 18.09 | -0.01 |
| ConagraBrands | CAG | 31.09 | 0.67 |
| ConocoPhillips | COP | 113.74 | 0.56 |
| ConEd | ED | 100.41 | 0.31 |
| ConstBrands A | STZ | 242.96 | -2.74 |
| ConstellationEner | CEG | 192.78 | 2.80 |
| Cooper | COO | 95.22 | 1.08 |
| Copart | CPRT | 51.59 | 0.28 |
| Core&Main | CNM | 50.90 | -0.13 |
| CorebridgeFin | CRBG | 28.37 | 0.07 |
| Corning | GLW | 40.61 | 0.41 |
| Corpay | CPAY | 294.82 | 1.73 |
| Corteva | CTVA | 54.31 | 0.51 |
| CoStar | CSGP | 74.91 | 0.87 |
| Costco | COST | 872.35 | 1.76 |
| CoterraEnergy | CTRA | 24.50 | 0.47 |
| Coty | COTY | 9.55 | -0.08 |
| **Coupang** | **CPNG** | **23.59** | **1.14** |
| Crane | CR | 149.60 | 0.26 |
| Credicorp | BAP | 169.09 | 2.10 |
| CrowdStrike | CRWD | 266.78 | 4.24 |
| CrownCastle | CCI | 109.50 | -0.34 |
| Crown Holdings | CCK | 89.13 | 1.16 |
| CubeSmart | CUBE | 49.20 | 0.58 |
| Cummins | CMI | 301.32 | -0.33 |
| Curtiss-Wright | CW | 302.49 | 1.27 |
| CyberArkSoftware | CYBR | 281.41 | 1.40 |
| **D E F** | | | |
| DTE Energy | DTE | 123.27 | 1.38 |
| Danaher | DHR | 271.27 | 1.95 |
| Darden | DRI | 149.68 | 6.32 |
| Datadog | DDOG | 117.21 | 2.23 |
| DaVita | DVA | 152.17 | 1.87 |
| Dayforce | DAY | 55.57 | 0.17 |
| DeckersOutdoor | DECK | 963.22 | 12.69 |
| Deere | DE | 372.91 | -5.01 |
| DellTechC | DELL | 111.87 | 0.57 |
| DeltaAir | DAL | 40.47 | 0.32 |
| DescartesSystems | DSGX | 100.58 | 0.49 |
| DeutscheBank | DB | 15.69 | 0.19 |
| DevonEnergy | DVN | 45.19 | 0.10 |
| DexCom | DXCM | 77.69 | 3.04 |
| Diageo | DEO | 129.36 | 0.74 |
| DiamondbkEner | FANG | 195.84 | 1.02 |
| Dick's | DKS | 226.60 | 1.96 |
| DigitalRealty | DLR | 148.62 | -0.98 |
| DiscoverFinSvcs | DFS | 136.63 | 2.83 |
| Disney | DIS | 90.82 | 1.52 |
| DocuSign | DOCU | 57.19 | 0.39 |
| DollarGeneral | DG | 122.09 | -1.18 |
| DollarTree | DLTR | 100.51 | 1.73 |
| DominionEner | D | 56.29 | 0.28 |
| Domino's | DPZ | 432.84 | -10.07 |
| Donaldson | DCI | 72.79 | 0.18 |
| DoorDash | DASH | 129.56 | 0.53 |
| Dover | DOV | 181.70 | 1.28 |
| Dow | DOW | 53.65 | -0.26 |
| DrReddy'sLab | RDY | 82.77 | 1.00 |
| DraftKings | DKNG | 34.41 | 0.27 |
| DukeEnergy | DUK | 112.72 | 0.42 |
| Duolingo | DUOL | 207.18 | 4.02 |
| DuPont | DD | 80.14 | -0.04 |
| Dynatrace | DT | 49.93 | 0.35 |
| elfBeauty | ELF | 160.09 | 0.89 |
| EMCOR | EME | 368.54 | 1.95 |
| ENI | E | 32.28 | 0.30 |
| EOG Rscs | EOG | 128.20 | 0.18 |
| EPAM Systems | EPAM | 202.99 | 0.94 |
| EQT | EQT | 33.72 | 1.57 |
| EagleMaterials | EXP | 249.72 | 2.57 |
| EastWestBncp | EWBC | 81.83 | 0.89 |
| EastGroup | EGP | 183.00 | 2.02 |
| EastmanChem | EMN | 97.60 | -0.17 |
| Eaton | ETN | 297.05 | 0.37 |
| eBay | EBAY | 56.68 | 1.18 |
| Ecolab | ECL | 242.21 | 1.55 |
| Ecopetrol | EC | 10.41 | 0.04 |
| EdisonIntl | EIX | 83.89 | 0.48 |
| EdwardsLife | EW | 68.26 | -0.66 |
| Elastic | ESTC | 110.94 | 2.13 |
| ElbitSystems | ESLT | 199.71 | -0.46 |
| ElectronicArts | EA | 149.67 | 1.31 |
| ElevanceHealth | ELV | 543.39 | -0.31 |
| EmersonElec | EMR | 103.84 | 0.75 |
| Enbridge | ENB | 39.13 | 0.43 |
| EncompassHealth | EHC | 88.60 | -0.02 |
| Endeavor | EDR | 27.47 | -0.01 |
| EnergyTransfer | ET | 16.30 | |
| EnphaseEnergy | ENPH | 119.71 | 3.32 |
| EnsignGroup | ENSG | 141.92 | 0.37 |
| Entegris | ENTG | 114.59 | 1.39 |
| Entergy | ETR | 113.39 | 0.79 |
| EnterpriseProd | EPD | 29.44 | 0.27 |
| Equifax | EFX | 295.07 | 2.80 |
| Equinix | EQIX | 830.38 | 1.72 |
| Equinor | EQNR | 27.64 | 0.51 |
| Equitable | EQH | 41.02 | 0.26 |
| EquityLife | ELS | 70.85 | 0.46 |
| EquityResdntl | EQR | 71.59 | 0.18 |
| EssentialUtil | WTRG | 39.72 | 0.03 |
| EssexProp | ESS | 285.41 | 1.40 |
| EsteeLauder | EL | 92.85 | -2.12 |
| EvercoreA | EVR | 240.92 | 0.27 |
| Everest | EG | 378.74 | 4.20 |
| Evergy | EVRG | 58.93 | 0.17 |
| EversourceEner | ES | 65.84 | 0.73 |
| ExactSciences | EXAS | 58.97 | 0.22 |
| Exelixis | EXEL | 26.59 | 0.24 |
| Exelon | EXC | 37.61 | |
| Expedia | EXPE | 135.46 | 4.42 |
| ExpeditorsIntl | EXPD | 121.30 | 1.24 |
| ExtraSpaceSt | EXR | 169.23 | 1.96 |
| ExxonMobil | XOM | 118.53 | 0.36 |
| F5 | FFIV | 196.37 | 0.80 |
| FMC | FMC | 65.20 | 2.00 |
| FTAI Aviation | FTAI | 115.13 | 1.61 |
| FTI Consulting | FCN | 223.52 | -1.45 |
| Fabrinet | FN | 231.55 | 0.47 |
| FactSet | FDS | 413.04 | 2.17 |
| FairIsaac | FICO | 1753.70 | 2.00 |
| Fastenal | FAST | 66.55 | -0.90 |
| FederalRealty | FRT | 112.94 | -0.37 |
| FedEx | FDX | 288.42 | 3.02 |
| FergusonEnts | FERG | 206.75 | 0.68 |
| Ferrari | RACE | 463.06 | 3.36 |
| Ferrovial | FER | 40.71 | 0.52 |
| FidNatlFinl | FNF | 57.43 | 0.48 |
| FidNatlInfo | FIS | 79.16 | 0.16 |
| FifthThirdBncp | FITB | 41.07 | 0.39 |
| FirstCitizBcshA | FCNCA | 2023.50 | -24.79 |
| FirstHorizon | FHN | 15.94 | 0.14 |
| FirstSolar | FSLR | 228.38 | 2.98 |
| FirstEnergy | FE | 42.86 | 0.29 |
| FirstService | FSV | 174.81 | 3.36 |
| Fiserv | FI | 167.91 | 0.59 |
| Flex | FLEX | 31.97 | 0.35 |
| Floor&Decor | FND | 107.25 | 2.08 |
| Fluor | FLR | 48.60 | 0.17 |
| FlutterEnt | FLUT | 208.46 | 0.46 |
| FomentoEconMex | FMX | 113.54 | 0.54 |
| FordMotor | F | 10.72 | 0.21 |
| Fortinet | FTNT | 74.77 | 0.05 |
| Fortis | FTS | 44.02 | 0.25 |
| Fortive | FTV | 70.56 | 0.98 |
| FortuneBrands | FBIN | 77.05 | -0.02 |
| FoxA | FOXA | 39.70 | 0.16 |
| FoxB | FOX | 36.88 | 0.12 |
| Franco-Nevada | FNV | 123.27 | 1.48 |
| FranklinRscs | BEN | 22.73 | -0.03 |
| FreeportMcM | FCX | 44.25 | 0.81 |
| FreseniusMedCare | FMS | 19.09 | 0.12 |
| FullTruck | YMM | 7.65 | 0.16 |
| **G H I** | | | |
| GE Aerospace | GE | 170.93 | 1.51 |
| GE HealthCare | GEHC | 85.59 | 0.79 |
| GE Vernova | GEV | 185.40 | 1.34 |
| GFLEnvironmental | GFL | 41.54 | 0.28 |
| GSK | GSK | 41.52 | 0.24 |
| Gallagher | AJG | 286.55 | 1.47 |
| GameStop | GME | 22.66 | 0.26 |
| Gaming&Leisure | GLPI | 49.81 | 0.67 |
| Gap | GPS | 23.68 | -0.54 |
| Garmin | GRMN | 175.91 | 3.85 |
| Gartner | IT | 485.00 | 2.30 |
| GenDigital | GEN | 25.48 | 0.34 |
| Generac | GNRC | 155.10 | -4.48 |
| GeneralDynamics | GD | 295.60 | -0.99 |
| GeneralMills | GIS | 69.82 | 0.79 |
| GeneralMotors | GM | 45.76 | 0.44 |
| Genmab | GMAB | 27.75 | 0.80 |
| GenuineParts | GPC | 138.68 | -0.18 |
| GileadSciences | GILD | 74.45 | 0.67 |
| GlobalPayments | GPN | 109.90 | 1.07 |
| GlobalFoundries | GFS | 46.29 | 0.66 |
| Globant | GLOB | 201.98 | -2.26 |
| GlobeLife | GL | 90.14 | 1.25 |
| GlobusMedical | GMED | 70.01 | 0.15 |
| GoDaddy | GDDY | 163.94 | 0.34 |
| GoldFields | GFI | 17.15 | 0.41 |
| GoldmanSachs | GS | 504.60 | 0.42 |
| **Grab** | **GRAB** | **3.33** | **0.16** |
| Graco | GGG | 80.82 | 0.19 |
| Grainger | GWW | 958.14 | -8.23 |
| GraphicPkg | GPK | 28.40 | -0.17 |
| GpoAeroportuar | PAC | 167.58 | -0.26 |
| GpoAeroportSur | ASR | 284.51 | 2.05 |
| Guidewire | GWRE | 148.40 | 0.56 |
| HCA Healthcare | HCA | 374.21 | 0.44 |
| HDFC Bank | HDB | 60.27 | 0.16 |
| HF Sinclair | DINO | 49.04 | 0.26 |
| HP | HPQ | 34.60 | 0.31 |
| HSBC | HSBC | 43.49 | 0.73 |
| H World | HTHT | 29.02 | 0.21 |
| Haleon | HLN | 9.77 | 0.09 |
| Halliburton | HAL | 31.85 | 0.47 |
| HalozymeTherap | HALO | 61.74 | 2.32 |
| HamiltonLane | HLNE | 145.15 | 2.06 |
| HartfordFinl | HIG | 111.19 | 0.73 |
| Hasbro | HAS | 66.33 | -0.01 |
| HealthpeakProp | DOC | 21.70 | 0.22 |
| Heico A | HEI.A | 186.27 | -0.92 |
| Heico | HEI | 238.91 | -1.70 |
| HenrySchein | HSIC | 69.82 | 0.03 |
| Hershey | HSY | 197.17 | 3.68 |
| Hess | HES | 138.18 | 1.59 |
| HessMidstream | HESM | 36.99 | 0.39 |
| HewlettPackard | HPE | 18.88 | 0.21 |
| Hilton | HLT | 214.55 | 2.09 |
| Hologic | HOLX | 81.35 | -0.13 |
| HomeDepot | HD | 363.07 | 1.01 |
| HondaMotor | HMC | 32.47 | 0.75 |
| Honeywell | HON | 199.04 | 0.54 |
| HormelFoods | HRL | 32.68 | 0.32 |
| DR Horton | DHI | 181.45 | 3.43 |
| HostHotels | HST | 16.83 | 0.38 |
| HoulihanLokey | HLI | 152.73 | 0.08 |
| HowmetAerospace | HWM | 96.37 | 0.55 |
| Hubbell | HUBB | 375.72 | 1.89 |
| HubSpot | HUBS | 497.26 | -0.61 |
| Humana | HUM | 353.25 | 2.89 |
| JBHunt | JBHT | 175.80 | 1.48 |
| HuntingtonBcshs | HBAN | 14.03 | 0.13 |
| HuntingtonIngalls | HII | 270.90 | 0.33 |
| HyattHotels | H | 146.67 | 3.57 |
| ICICI Bank | IBN | 28.02 | -0.17 |
| IdexxLab | IDXX | 496.99 | 4.73 |
| ING Groep | ING | 17.62 | 0.27 |
| Invesco | IVZ | 16.94 | 0.08 |
| IQVIA | IQV | 243.11 | 3.48 |
| ITT | ITT | 134.96 | -0.08 |
| IcahnEnterprises | IEP | 16.18 | 0.20 |
| Icon | ICLR | 324.91 | 2.42 |
| IDEX | IEX | 199.18 | 2.60 |
| IllinoisToolWks | ITW | 242.66 | 0.72 |
| Illumina | ILMN | 135.90 | 5.59 |
| ImperialOil | IMO | 75.96 | -0.68 |
| Incyte | INCY | 63.26 | 1.10 |
| Informatica | INFA | 24.22 | 0.21 |
| Infosys | INFY | 22.26 | 0.25 |
| IngersollRand | IR | 90.95 | -0.06 |
| Ingredion | INGR | 132.36 | 1.37 |
| Insmed | INSM | 77.59 | 1.39 |
| Insulet | PODD | 195.92 | 2.41 |
| Intel | INTC | 21.52 | 0.65 |
| InteractiveBrkrs | IBKR | 121.95 | 1.09 |
| ICE | ICE | 157.27 | 0.73 |
| InterContHtls | IHG | 97.72 | 1.45 |
| IBM | IBM | 194.73 | 0.95 |
| IntlFlavors | IFF | 98.91 | 0.33 |
| IntlPaper | IP | 47.63 | 0.55 |
| Interpublic | IPG | 31.36 | 0.14 |
| Intra-Cellular | ITCI | 75.73 | 0.90 |
| Intuit | INTU | 663.30 | 9.77 |
| IntuitiveSurgical | ISRG | 482.16 | 3.18 |
| InvitatHomes | INVH | 35.63 | 0.35 |
| IronMountain | IRM | 109.64 | 1.34 |
| ItauUnibanco | ITUB | 6.87 | 0.13 |
| **J K L** | | | |
| JD.com | JD | 29.54 | 0.25 |
| JPMorganChase | JPM | 215.45 | 1.48 |
| Jabil | JBL | 107.46 | 1.11 |
| JackHenry | JKHY | 164.09 | -0.98 |
| JacobsSolns | J | 148.05 | 1.14 |
| JamesHardie | JHX | 34.31 | 0.06 |
| JefferiesFinl | JEF | 57.58 | 0.39 |
| J&J | JNJ | 159.63 | 0.24 |
| JohnsonControls | JCI | 70.53 | 1.15 |
| JonesLang | JLL | 248.51 | 2.18 |
| JuniperNetworks | JNPR | 38.99 | 0.13 |
| **KB Financial** | **KB** | **66.00** | **3.26** |
| KBR | KBR | 66.53 | 1.08 |
| KE Holdings | BEKE | 15.23 | 0.35 |
| KKR | KKR | 120.18 | 1.10 |
| KLA | KLAC | 820.45 | 0.88 |
| Kaspi.kz | KSPI | 128.12 | 1.58 |
| Kellanova | K | 80.26 | -0.03 |
| Kenvue | KVUE | 21.64 | -0.03 |
| KeurigDrPepper | KDP | 35.62 | 0.23 |
| KeyCorp | KEY | 16.70 | 0.31 |
| KeysightTech | KEYS | 138.50 | 3.20 |
| KimberlyClark | KMB | 143.46 | 1.00 |
| KimcoRealty | KIM | 22.30 | 0.01 |
| KinderMorgan | KMI | 21.86 | 0.21 |
| KinrossGold | KGC | 9.36 | 0.19 |
| KinsaleCapital | KNSL | 436.41 | 2.93 |
| Klaviyo | KVYO | 32.26 | 0.48 |
| Knight-Swift | KNX | 53.91 | 0.46 |
| Philips | PHG | 29.33 | 0.24 |
| KoreaElecPwr | KEP | 7.27 | 0.05 |
| KraftHeinz | KHC | 35.36 | 0.74 |
| Kroger | KR | 52.76 | -0.43 |
| LKQ | LKQ | 41.12 | 0.83 |
| LPL Financial | LPLA | 221.43 | 0.93 |
| L3HarrisTech | LHX | 230.48 | 1.98 |
| Labcorp | LH | 226.16 | -1.34 |
| LamResearch | LRCX | 831.28 | 10.14 |
| LamarAdv | LAMR | 119.70 | 0.50 |
| LambWeston | LW | 62.93 | 2.00 |
| LasVegasSands | LVS | 40.05 | 0.48 |
| LegendBiotech | LEGN | 56.95 | 0.06 |
| Leidos | LDOS | 150.14 | 2.12 |
| Lennar A | LEN | 175.47 | 3.71 |
| Lennar B | LEN.B | 162.87 | 3.26 |
| LennoxIntl | LII | 578.14 | 8.85 |
| LeviStrauss | LEVI | 19.36 | 0.37 |
| LiAuto | LI | 21.47 | 0.94 |
| LibertyBroadbandC | LBRDK | 62.82 | 0.16 |
| LibertyBroadbandA | LBRDA | 61.59 | |
| LibertyLiveA | LLYVA | 39.35 | 0.79 |
| LibertyLiveC | LLYVK | 40.17 | 0.73 |
| LibertyFormOne C | FWONK | 78.81 | 1.81 |
| LibertyFormOne A | FWONA | 71.69 | 1.47 |
| LibertySirius C | LSXMK | 22.67 | 0.67 |
| LibertySirius A | LSXMA | 22.68 | 0.66 |
| LibertySirius B | LSXMB | 22.30 | 0.34 |
| Light&Wonder | LNW | 107.15 | 1.65 |
| EliLilly | LLY | 921.01 | -0.31 |
| LincolnElectric | LECO | 194.87 | 1.41 |
| Linde | LIN | 458.58 | 1.76 |
| Lineage | LINE | 87.68 | 3.71 |
| LithiaMotors | LAD | 286.35 | -3.45 |
| LiveNationEnt | LYV | 96.53 | 1.35 |
| LloydsBanking | LYG | 3.05 | 0.03 |
| LockheedMartin | LMT | 558.39 | -1.74 |
| Loews | L | 79.37 | 0.40 |
| LogitechIntl | LOGI | 91.26 | 1.03 |
| Lowe's | LOW | 243.21 | 2.06 |
| lululemon | LULU | 259.12 | 1.02 |
| LyondellBasell | LYB | 96.96 | -0.11 |
| **M N** | | | |
| Macom Tech | MTSI | 106.21 | -0.10 |
| M&T Bank | MTB | 164.40 | 1.31 |
| MGM Resorts | MGM | 40.07 | 1.17 |
| MKS Instrum | MKSI | 120.38 | 1.29 |
| MPLX | MPLX | 42.60 | 0.21 |
| MSCI | MSCI | 560.53 | -1.13 |
| MagnaIntl | MGA | 41.33 | 0.55 |
| MakeMyTrip | MMYT | 97.44 | 2.81 |
| ManhattanAssoc | MANH | 259.74 | 3.78 |
| ManulifeFinl | MFC | 26.31 | 0.17 |
| Maplebear | CART | 33.57 | 1.40 |
| MarathonOil | MRO | 28.38 | 0.22 |
| MarathonPetrol | MPC | 178.90 | -1.13 |
| Markel | MKL | 1557.47 | 8.90 |
| MarketAxess | MKTX | 235.20 | 1.22 |
| Marriott | MAR | 225.15 | 4.59 |
| Marsh&McLen | MMC | 223.18 | 1.27 |
| MartinMarietta | MLM | 534.51 | -0.42 |
| MarvellTech | MRVL | 71.04 | 1.72 |
| Masco | MAS | 76.77 | 0.70 |
| MasTec | MTZ | 113.18 | 2.38 |
| Mastercard | MA | 466.98 | -1.90 |
| MatchGroup | MTCH | 36.58 | 1.39 |
| McCormickVtg | MKC.V | 77.45 | 0.46 |
| McCormick | MKC | 78.16 | 0.98 |
| McDonald's | MCD | 287.55 | 0.06 |
| McKesson | MCK | 548.40 | 0.69 |
| Medpace | MEDP | 392.01 | 4.89 |
| Medtronic | MDT | 84.82 | 0.22 |
| MercadoLibre | MELI | 2028.00 | 50.03 |
| Merck | MRK | 114.42 | 0.75 |
| MetaPlatforms | META | 529.28 | 1.86 |
| MetLife | MET | 73.25 | 0.20 |
| Mettler-Toledo | MTD | 1434.79 | 17.21 |
| MicrochipTech | MCHP | 82.03 | 1.18 |
| MicronTech | MU | 108.63 | 0.64 |
| Microsoft | MSFT | 421.53 | 3.06 |
| MicroStrategy | MSTR | 135.35 | 2.31 |
| MidAmApt | MAA | 152.65 | -0.19 |
| Middleby | MIDD | 139.84 | 0.40 |
| MitsubishiUFJ | MUFG | 10.62 | 0.18 |
| MizuhoFin | MFG | 4.31 | 0.05 |
| Mobileye | MBLY | 14.88 | 0.58 |
| Moderna | MRNA | 89.96 | 3.12 |
| MohawkInds | MHK | 149.38 | 2.96 |
| MolinaHealthcare | MOH | 346.18 | -3.79 |
| MolsonCoorsB | TAP | 54.04 | 0.41 |
| monday.com | MNDY | 270.00 | 6.62 |
| Mondelez | MDLZ | 70.89 | 0.77 |
| MongoDB | MDB | 256.95 | 5.90 |
| MonolithicPower | MPWR | 917.21 | 2.55 |
| MonsterBev | MNST | 46.60 | -0.14 |
| Moody's | MCO | 470.08 | 3.36 |
| MorganStanley | MS | 101.75 | 0.31 |
| Morningstar | MORN | 315.47 | -0.86 |
| Mosaic | MOS | 27.95 | 0.23 |
| MotorolaSol | MSI | 422.44 | 1.07 |
| MuellerIndustries | MLI | 69.00 | 0.54 |
| MurphyUSA | MUSA | 517.74 | 6.26 |
| NICE | NICE | 184.96 | 7.66 |
| NIO | NIO | 4.67 | 0.12 |
| NNN REIT | NNN | 45.99 | 0.91 |
| NRG Energy | NRG | 82.34 | -0.44 |
| NVR | NVR | 8854.82 | 185.89 |
| NXP Semicon | NXPI | 258.24 | 3.80 |
| Nasdaq | NDAQ | 69.97 | 0.14 |
| Natera | NTRA | 123.78 | -0.20 |
| NationalGrid | NGG | 65.00 | 0.57 |
| NatWest | NWG | 9.29 | 0.13 |
| NetApp | NTAP | 131.70 | 1.20 |
| NetEase | NTES | 92.55 | 2.64 |
| Netflix | NFLX | 688.53 | 14.46 |
| Neurocrine | NBIX | 148.24 | 3.23 |
| NewOrientalEduc | EDU | 70.00 | -1.41 |
| NYTimes A | NYT | 54.99 | 0.71 |
| Newmont | NEM | 51.19 | 0.98 |
| NewsCorp B | NWS | 28.90 | 0.45 |
| NewsCorp A | NWSA | 27.82 | 0.42 |
| NextEraEnergy | NEE | 79.35 | 0.78 |
| Nike | NKE | 83.28 | 0.05 |
| NiSource | NI | 32.13 | 0.23 |
| Nokia | NOK | 4.16 | 0.12 |
| Nomura | NMR | 5.80 | 0.03 |
| Nordson | NDSN | 239.65 | -0.01 |
| NorfolkSouthern | NSC | 241.17 | 0.73 |
| NorthernTrust | NTRS | 87.18 | -0.02 |
| NorthropGrum | NOC | 504.87 | -1.79 |
| Novartis | NVS | 115.93 | 1.23 |
| NovoNordisk | NVO | 135.25 | 0.36 |
| NuHoldings | NU | 14.45 | 0.36 |
| Nucor | NUE | 144.07 | -1.16 |
| Nutanix | NTNX | 52.01 | 0.03 |
| Nutrien | NTR | 47.34 | 0.56 |
| nVentElectric | NVT | 65.91 | -0.27 |
| NVIDIA | NVDA | 130.00 | 5.42 |
| **O P Q** | | | |
| OGE Energy | OGE | 39.30 | 0.02 |
| ONEOK | OKE | 88.40 | 0.94 |
| ON Semi | ON | 77.72 | 1.88 |
| O'ReillyAuto | ORLY | 1121.50 | 1.98 |
| OccidentalPetrol | OXY | 57.39 | -0.22 |
| Okta | OKTA | 97.93 | 1.24 |
| OldDomFreight | ODFL | 200.16 | -0.01 |
| OldRepublic | ORI | 34.86 | 0.12 |
| OmegaHealthcare | OHI | 37.70 | 0.27 |
| Omnicom | OMC | 96.91 | 0.33 |
| OnHolding | ONON | 42.45 | -0.09 |
| OntoInnovation | ONTO | 213.97 | 4.83 |
| OpenText | OTEX | 32.45 | 0.44 |
| Oracle | ORCL | 137.92 | 0.45 |
| Orange | ORAN | 11.47 | 0.14 |
| Orix | IX | 118.68 | 0.91 |
| OtisWorldwide | OTIS | 92.66 | 0.54 |
| Ovintiv | OVV | 43.62 | 0.42 |
| OwensCorning | OC | 162.58 | 3.00 |
| PDD | PDD | 151.11 | 1.82 |
| PG&E | PCG | 18.57 | 0.16 |
| PNC Finl | PNC | 174.50 | 1.50 |
| POSCO | PKX | 60.86 | -0.51 |
| PPG Ind | PPG | 123.25 | 0.85 |
| PPL | PPL | 31.38 | 0.21 |
| PTC | PTC | 176.34 | 2.78 |
| Paccar | PCAR | 95.97 | 0.80 |
| PackagingCpAm | PKG | 197.01 | 0.41 |
| PalantirTech | PLTR | 32.50 | 0.42 |
| PaloAltoNtwks | PANW | 343.36 | 9.25 |
| ParamountA | PARAA | 23.28 | -0.09 |
| ParamountB | PARA | 11.07 | 0.23 |
| ParkerHannifin | PH | 586.50 | 3.10 |
| Parsons | PSN | 93.97 | 0.86 |
| Paychex | PAYX | 125.21 | 0.01 |
| PaycomSoftware | PAYC | 158.90 | -1.10 |
| Paylocity | PCTY | 152.01 | -1.76 |
| PayPal | PYPL | 69.43 | 1.47 |
| Pearson | PSO | 13.53 | 0.07 |
| PembinaPipeline | PBA | 38.65 | 0.28 |
| PenskeAuto | PAG | 164.91 | -0.53 |
| Pentair | PNR | 84.89 | 0.37 |
| PepsiCo | PEP | 173.82 | 1.20 |
| PerformanceFood | PFGC | 73.57 | 0.09 |
| PermianRscs | PR | 14.63 | -0.03 |
| PetroleoBrasil | PBR | 15.28 | 0.12 |
| PetroleoBrasilA | PBR.A | 14.18 | 0.11 |
| Pfizer | PFE | 28.80 | 0.50 |
| PhilipMorris | PM | 118.45 | 0.39 |
| Phillips66 | PSX | 139.34 | 0.42 |
| Pilgrim'sPride | PPC | 43.74 | 0.44 |
| PinnacleWest | PNW | 87.02 | 0.57 |
| Pinterest | PINS | 31.77 | 0.76 |
| PlainsAllAmPipe | PAA | 17.76 | 0.22 |
| PlainsGP | PAGP | 18.93 | 0.21 |
| Pool | POOL | 345.59 | 0.31 |
| Primerica | PRI | 260.94 | 3.28 |
| PrincipalFinl | PFG | 78.16 | 0.62 |
| ProcoreTech | PCOR | 60.14 | 2.61 |
| Procter&Gamble | PG | 168.42 | 0.53 |
| Progressive | PGR | 237.78 | 1.90 |
| Prologis | PLD | 124.70 | 1.85 |
| PrudentialFinl | PRU | 115.77 | 0.88 |
| Prudential | PUK | 17.16 | 0.14 |
| PublicServiceEnt | PEG | 80.88 | 0.28 |
| PublicStorage | PSA | 323.80 | 3.67 |
| PulteGroup | PHM | 125.18 | 2.59 |
| PureStorage | PSTG | 61.96 | -0.46 |
| Qiagen | QGEN | 46.95 | 0.27 |
| Qorvo | QRVO | 112.34 | 1.16 |
| Qualcomm | QCOM | 174.26 | 2.08 |
| QuantaServices | PWR | 268.10 | 2.21 |
| QuestDiag | DGX | 151.12 | -0.26 |
| **R S** | | | |
| RBC Bearings | RBC | 287.68 | 1.70 |
| RB Global | RBA | 83.12 | 0.86 |
| RELX | RELX | 46.03 | 0.45 |
| RPM | RPM | 116.27 | -0.17 |
| RTX | RTX | 118.35 | 0.40 |
| RalphLauren | RL | 167.01 | 3.73 |
| RaymondJames | RJF | 115.93 | -0.02 |
| RealtyIncome | O | 60.86 | 0.81 |
| Reddit | RDDT | 54.36 | -0.56 |

Continued on Page B8

## Bonds | wsj.com/market-data/bonds/benchmarks

### Global Government Bonds: Mapping Yields

Yields and spreads over or under U.S. Treasurys on benchmark two-year and 10-year government bonds in selected other countries; arrows indicate whether the yield rose(▲) or fell (▼) in the latest session

| Coupon (%) | Country/ Maturity, in years | Latest (%) | Previous | Month ago | Year ago | Spread Under/Over U.S. Treasurys, in basis points: Latest | Prev | Year ago |
|---|---|---|---|---|---|---|---|---|
| 4.375 | U.S. 2 | 4.067 ▲ | 4.064 | 4.507 | 4.934 | | | |
| 3.875 | 10 | 3.868 ▼ | 3.891 | 4.238 | 4.251 | | | |
| 4.250 | Australia 2 | 3.690 ▼ | 3.705 | 4.114 | 3.931 | -38.7 | -35.5 | -101.8 |
| 3.750 | 10 | 3.926 ▼ | 3.939 | 4.250 | 4.243 | 5.4 | 5.4 | -0.9 |
| 2.500 | France 2 | 2.676 ▼ | 2.680 | 2.936 | 3.292 | -140 | -138.0 | -165.7 |
| 3.000 | 10 | 2.981 ▼ | 2.990 | 3.130 | 3.166 | -89.1 | -89.5 | -108.7 |
| 2.700 | Germany 2 | 2.439 ▼ | 2.443 | 2.796 | 3.044 | -163 | -161.7 | -190.5 |
| 2.600 | 10 | 2.251 | 2.251 | 2.470 | 2.622 | -162 | -163.4 | -163.1 |
| 3.100 | Italy 2 | 3.653 ▼ | 3.667 | 3.276 | 3.766 | -42.4 | -39.3 | -118.3 |
| 3.850 | 10 | 3.626 ▼ | 3.645 | 3.773 | 4.329 | -24.6 | -24.0 | 7.7 |
| 0.400 | Japan 2 | 0.367 ▲ | 0.355 | 0.345 | 0.028 | -371.0 | -370.5 | -492.1 |
| 1.100 | 10 | 0.890 ▲ | 0.875 | 1.042 | 0.631 | -298.2 | -301.0 | -362.2 |
| 2.800 | Spain 2 | 2.756 ▲ | 2.733 | 3.007 | 3.420 | -132.1 | -132.7 | -152.9 |
| 3.450 | 10 | 3.087 ▲ | 3.087 | 3.236 | 3.673 | -78.5 | -79.8 | -57.9 |
| 0.125 | U.K. 2 | 3.685 ▲ | 3.676 | 3.998 | 5.189 | -39.2 | -38.4 | 24.0 |
| 4.250 | 10 | 3.926 ▼ | 3.931 | 4.129 | 4.674 | 5.4 | 4.6 | 42.1 |

Source: Tullett Prebon, Tradeweb FTSE U.S. Treasury Close

### Corporate Debt

Prices of firms' bonds reflect factors including investors' economic, sectoral and company-specific expectations

#### Investment-grade spreads that tightened the most...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Spread*, in basis points: Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Citigroup | C | 4.450 | 4.22 | Sept. 29, '27 | 35 | –55 | 99 |
| Mizuho Financial | ... | 2.839 | 4.66 | Sept. 13, '26 | 61 | –7 | n.a. |
| BlackRock | BLK | 3.200 | 4.19 | March 15, '27 | 35 | –6 | 35 |
| Barrick North America Finance | ... | 5.750 | 5.40 | May 1, '43 | 117 | –5 | n.a. |
| Chubb INA Holdings | ... | 4.150 | 5.11 | March 13, '43 | 89 | –5 | 94 |
| Bank of Montreal | BMO | 5.266 | 4.51 | Dec. 11, '26 | 45 | –4 | n.a. |
| Berkshire Hathaway | ... | 4.500 | 4.64 | Feb. 11, '43 | 39 | –4 | n.a. |
| Societe Generale | ... | 7.367 | 6.98 | Jan. 10, '53 | 283 | –4 | n.a. |

#### ...And spreads that widened the most

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Banco Santander | ... | 5.588 | 4.68 | Aug. 8, '28 | 92 | 12 | 100 |
| Metropolitan Life Global Funding I | ... | 2.950 | 4.59 | April 9, '30 | 83 | 9 | n.a. |
| Deutsche Bank | DB | 5.414 | 4.69 | May 10, '29 | 95 | 7 | n.a. |
| Lloyds Banking | ... | 3.750 | 4.67 | Jan. 11, '27 | 79 | 7 | 88 |
| New York Life Global Funding | ... | 1.200 | 4.46 | Aug. 7, '30 | 71 | 7 | n.a. |
| Banco Bilbao Vizcaya Argentaria | ... | 5.381 | 4.63 | March 13, '29 | 87 | 5 | 93 |
| Home Depot | HD | 5.875 | 4.73 | Dec. 16, '36 | 86 | 5 | 94 |
| Morgan Stanley | MS | 6.375 | 5.07 | July 24, '42 | 84 | 4 | n.a. |

#### High-yield issues with the biggest price increases...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Bond Price as % of face value: Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Lumen Technologies | LUMN | 6.875 | 19.10 | Jan. 15, '28 | 70.375 | 2.18 | n.a. |
| Bath & Body Works | BBWI | 6.875 | 6.59 | Nov. 1, '35 | 102.250 | 0.71 | 100.720 |
| Prime Security Services Borrower | ... | 5.750 | 5.51 | April 15, '26 | 100.375 | 0.63 | 99.860 |
| Transocean | RIG | 7.500 | 8.03 | April 15, '31 | 97.298 | 0.62 | n.a. |
| Mauser Packaging Solutions Holding | ... | 7.875 | 6.38 | April 15, '27 | 103.607 | 0.36 | 102.750 |
| Walgreens | WBA | 4.400 | 7.29 | Sept. 15, '42 | 71.219 | 0.31 | 69.500 |
| Telecom Italia Capital | ... | 7.200 | 6.89 | July 18, '36 | 102.500 | 0.25 | 100.947 |
| Rakuten | ... | 11.250 | 7.28 | Feb. 15, '27 | 108.875 | 0.19 | 108.250 |

#### ...And with the biggest price decreases

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Rakuten | ... | 11.250 | 7.23 | Feb. 15, '27 | 109.000 | –0.78 | 108.225 |
| Telecom Italia Capital | ... | 6.000 | 6.46 | Sept. 30, '34 | 96.600 | –0.40 | 94.212 |

*Estimated spread over 2-year, 3-year, 5-year, 10-year or 30-year hot-run Treasury; 100 basis points=one percentage pt.; change in spread shown is for Z-spread.
Note: Data are for the most active issue of bonds with maturities of two years or more

Source: MarketAxess

ADVERTISEMENT

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

CLASS ACTION

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KAS (consolidated with 1:21-cv-3215-RMR-KAS)

JOHNNY R. SHAFER, DAVID P. SARRO, KEVIN L. TYE, JESS Q. WILLIAMS, JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,
Plaintiffs,

v.

LIGHTNING EMOTORS, INC., TIMOTHY R. REESER, TERESA P. COVINGTON, GIGACQUISITIONS3 LLC, GIGCAPITAL GLOBAL, AVI S. KATZ, RALUCA DINU, NEIL MIOTTO GIGFOUNDERS LLC, BRAD WEIGHTMAN, ANDREA BETTI-BERUTTO, PETER WANG, JOHN J. MIKULSKY, and ROBERT FENWICK-SMITH,
Defendants.

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

RICHARD DELMAN, Plaintiff, v. GIGACQUISITIONS3, LLC, AVI KATZ, RALUCA DINU, NEIL MIOTTO, JOHN MIKULSKY, ANDREA BETTI-BERUTTO, and PETER WANG, Defendants.

C.A. No. 2021-0679-LWW

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**

**TO: ALL PERSONS AND ENTITIES WHO:**

**(i) PURCHASED OR OTHERWISE ACQUIRED PUBLICLY TRADED SECURITIES ISSUED PURSUANT TO GIGCAPITAL3, INC.'S FORM S-1 REGISTRATION STATEMENT DECLARED EFFECTIVE ON MAY 5, 2020 WITH THE SECURITIES AND EXCHANGE COMMISSION, AS AMENDED BY POST-EFFECTIVE AMENDMENT NO. 1, FILED ON MAY 13, 2020;**

**(ii) ALL STOCKHOLDERS OF GIGCAPITAL3, INC. AS OF THE MARCH 15, 2021 RECORD DATE THAT WERE ENTITLED TO VOTE ON GIGCAPITAL3, INC.'S PROPOSED TRANSACTION TO ACQUIRE LIGHTNING SYSTEMS;**

**(iii) PURCHASED OR OTHERWISE ACQUIRED GIGCAPITAL3, INC. OR LIGHTNING EMOTORS SECURITIES DURING THE PERIOD FROM MAY 18, 2020 THROUGH AUGUST 16, 2021, INCLUSIVE, AND WERE DAMAGED THEREBY; OR**

**(iv) WERE RECORD AND BENEFICIAL HOLDERS OF GIGCAPITAL3, INC. COMMON STOCK WHO HELD SUCH STOCK DURING THE TIME PERIOD FROM THE RECORD DATE (MARCH 15, 2021) THROUGH THE CLOSING DATE (MAY 6, 2021) (THE "SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS") AND ARE NOT OTHERWISE EXCLUDED FROM THE SETTLEMENT CLASS.**

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT JUNK MAIL, AN ADVERTISEMENT, OR SOLICITATION FROM A LAWYER.

PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THE LITIGATION. PLEASE NOTE THAT IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MAY BE ENTITLED TO SHARE IN THE PROCEEDS OF THE SETTLEMENT DESCRIBED IN THIS NOTICE. TO CLAIM YOUR SHARE OF THE SETTLEMENT PROCEEDS, YOU MUST SUBMIT A VALID PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") **POSTMARKED OR SUBMITTED ONLINE ON OR BEFORE NOVEMBER 11, 2024.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on November 19, 2024, at 3:00 p.m. MST, before the Honorable Regina M. Rodriguez, U.S. District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294, to determine whether: (1) the proposed settlement (the "Settlement") of the action pending in the United States District Court for the District of Colorado styled as *Shafer v. Lightning eMotors, Inc., et al.*, No. 1:21-cv-02774-RMR-KAS (the "Federal Action"), as well as the action pending in the Delaware Court of Chancery styled as *Delman v. GigAcquisitions3, LLC, et al.*, C.A. No. 2021-0679-LWW (the "State Action," and together with the Federal Action, the "Actions") as set forth in the Stipulation of Settlement dated July 1, 2024 ("Stipulation")[1] for $13,350,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered with prejudice; (3) to award Plaintiffs' Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of: (I) Proposed Settlement and Plan of Allocation; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Expenses ("Notice"), which is discussed below), and, if so, in what amount; (4) to award Plaintiffs for representing the Settlement Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

This Summary Notice relates to a proposed settlement of claims in two pending class actions brought by investors in GigCapital3, Inc. and/or Lightning eMotors, Inc. securities. The Federal Action alleges that Defendants violated the federal securities laws by engaging in a fraudulent scheme, including by making false and misleading statements and omissions regarding, among other things, Lightning eMotors' growth and revenue projections, supply chain capabilities, and ability to scale during the Class Period. The Federal Action alleges that Defendants' misrepresentations and omissions artificially inflated the prices of Lightning Securities during the Class Period, resulting in damage to Settlement Class Members when the truth was revealed. The State Action alleges that certain Defendants violated Delaware state law by impairing GigCapital3 shareholders' redemption rights, including through proxy solicitation materials containing false and misleading misrepresentations and omissions, resulting in damage to Settlement Class Members. Defendants deny each and every claim and contention alleged in the Actions and deny any misconduct or wrongdoing whatsoever.

IF YOU PURCHASED OR OTHERWISE ACQUIRED GIGCAPITAL3 OR LIGHTNING EMOTORS SECURITIES FROM MAY 18, 2020 THROUGH AND INCLUDING AUGUST 16, 2021, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE FEDERAL ACTION AND THE STATE ACTION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail (**postmarked no later than November 11, 2024**) or electronically (**no later than November 11, 2024**). Your failure to submit your Proof of Claim by November 11, 2024, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of the Federal Action and the State Action. If you are a member of the Settlement Class and do not request exclusion therefrom as instructed, you will be bound by the Settlement and any judgment and release entered in the Federal Action and the State Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other settlement documents, online at www.LightningeMotorsSecuritiesSettlement.com, or by writing to:

*Lightning eMotors Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301170
Los Angeles, CA 90030-1170

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court. Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to:

Plaintiffs' Counsel:

| ROBBINS GELLER RUDMAN & DOWD LLP | JOHNSON FISTEL, LLP | GRANT & EISENHOFER P.A. |
|---|---|---|
| Ellen Gusikoff Stewart<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101 | Michael I. Fistel, Jr.<br>40 Powder Springs Street<br>Marietta, GA 30064 | Michael J. Barry<br>123 Justison Street<br>7th Floor<br>Wilmington, DE 19801 |

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY OCTOBER 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL MEMBERS OF THE SETTLEMENT CLASS WHO HAVE NOT REQUESTED EXCLUSION FROM THE SETTLEMENT CLASS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND/OR THE AWARD TO PLAINTIFFS FOR REPRESENTING THE SETTLEMENT CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO PLAINTIFFS' COUNSEL AND DEFENDANTS' COUNSEL **BY OCTOBER 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: July 23, 2024

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

[1] The Stipulation can be viewed and/or obtained at www.LightningeMotorsSecuritiesSettlement.com. All capitalized terms used herein and not otherwise defined shall have the same meaning as ascribed to them in the Stipulation.

THE WALL STREET JOURNAL.
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds
© 2024 Dow Jones & Company, Inc. All Rights Reserved.
DOW JONES

FOR SALE
SOLD

NOTICE OF SALE

**NOTICE OF PUBLIC SALE OF COLLATERAL BY SECURED PARTY**

Water for Commerce Fund Management ("Secured Party") will offer for sale, at a public auction, substantially all assets (the "Collateral") of Gel Blaster, Inc. (the "Debtor"). The Collateral includes, without limitation, the accounts, inventory and intellectual property of Debtor. The auction for qualified bidders will convene on September 16, 2024 at 2 p.m. eastern time and will be conducted via videoconference. Secured Party may sell the Collateral in a single lot or multiple lots, all without representation or warranty, to the highest qualified bidder. Secured Party reserves the right to credit bid for the Collateral. Any purchaser of the Collateral other than Secured Party must pay the full purchase price in immediately available funds. Potential bidders interested in obtaining additional information regarding the Collateral or the auction, including access to the videoconference, may contact by email Britt Terrell (bterrell@palmtreellc.com) or Alex Savitt (asavitt@palmtreellc.com) of Palm Tree LLC or call 310.636.2015. Secured Party reserves the right to cancel or postpone the auction.

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Verita Global LLC f/k/a Gilardi Settlement Administration Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on August 20, 2024:

Name of Publication: The Wall Street Journal

Address: 1211 Avenue of the Americas

City, State, Zip: New York, NY 10036

Phone #: 1-800-568-7625

State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of August 2024, at Sellersville, Pennsylvania.

Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the in the Lightning eMotors Securities Settlement

August 20, 2024 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the Lightning eMotors Securities Settlement:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02774-RMR-KAS (consolidated with 1:21-cv-3215-RMR-KAS)

JOHNNY R. SHAFER, DAVID P. SARRO, KEVIN L. TYE, JESS Q. WILLIAMS, JUSTIN COHEN, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

LIGHTNING EMOTORS, INC., TIMOTHY R. REESER, TERESA P. COVINGTON, GIGACQUISITIONS3 LLC, GIGCAPITAL GLOBAL, AVI S. KATZ, RALUCA DINU, NEIL MIOTTO GIGFOUNDERS LLC, BRAD WEIGHTMAN, ANDREA BETTI-BERUTTO, PETER WANG, JOHN J. MIKULSKY, and ROBERT FENWICK-SMITH,

Defendants.

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | |
|---|---|
| RICHARD DELMAN,<br>Plaintiff,<br>v.<br><br>GIGACQUISITIONS3, LLC, AVI KATZ, RALUCA DINU, NEIL MIOTTO, JOHN MIKULSKY, ANDREA BETTI-BERUTTO, and PETER WANG,<br>Defendants. | C.A. NO. 2021-0679-LWW |

---

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**

---

**TO: ALL PERSONS AND ENTITIES WHO:**

**(i) PURCHASED OR OTHERWISE ACQUIRED PUBLICLY TRADED SECURITIES ISSUED PURSUANT TO GIGCAPITAL3, INC.'S FORM S-1 REGISTRATION STATEMENT DECLARED EFFECTIVE ON MAY 5, 2020 WITH THE SECURITIES AND EXCHANGE COMMISSION, AS AMENDED BY POST-EFFECTIVE AMENDMENT NO. 1, FILED ON MAY 13, 2020;**

**(ii) ALL STOCKHOLDERS OF GIGCAPITAL3, INC. AS OF THE MARCH 15, 2021 RECORD DATE THAT WERE ENTITLED TO VOTE ON GIGCAPITAL3, INC.'S PROPOSED TRANSACTION TO ACQUIRE LIGHTNING SYSTEMS;**

**(iii) PURCHASED OR OTHERWISE ACQUIRED GIGCAPITAL3, INC. OR LIGHTNING EMOTORS SECURITIES DURING THE PERIOD FROM MAY 18, 2020 THROUGH AUGUST 16, 2021, INCLUSIVE, AND WERE DAMAGED THEREBY; OR**

**(iv) WERE RECORD AND BENEFICIAL HOLDERS OF GIGCAPITAL3, INC. COMMON STOCK WHO HELD SUCH STOCK DURING THE TIME PERIOD FROM THE RECORD DATE (MARCH 15, 2021) THROUGH THE CLOSING DATE (MAY 6, 2021) (THE "SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS")**

**AND ARE NOT OTHERWISE EXCLUDED FROM THE SETTLEMENT CLASS.**

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT JUNK MAIL, AN ADVERTISEMENT, OR SOLICITATION FROM A LAWYER.

PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THE LITIGATION. PLEASE NOTE THAT IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MAY BE ENTITLED TO SHARE IN THE PROCEEDS OF THE SETTLEMENT DESCRIBED IN THIS NOTICE. TO CLAIM YOUR SHARE OF THE SETTLEMENT PROCEEDS, YOU MUST SUBMIT A VALID PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") **POSTMARKED OR SUBMITTED ONLINE ON OR BEFORE NOVEMBER 11, 2024**.

YOU ARE HEREBY NOTIFIED that a hearing will be held on November 19, 2024, at 3:00 p.m. MST, before the Honorable Regina M. Rodriguez, U.S. District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294, to determine whether: (1) the proposed settlement (the "Settlement") of the action pending in the United States District Court for the District of Colorado styled as *Shafer v. Lightning eMotors, Inc., et al.*, No. 1:21-cv-02774-RMR-KAS (the "Federal Action"), as well as the action pending in the Delaware Court of Chancery styled as *Delman v. GigAcquisitions3, LLC, et al.*, C.A. No. 2021-0679-LWW (the "State Action," and together with the Federal Action, the "Actions") as set forth in the Stipulation of Settlement dated July 1, 2024 ("Stipulation")[1] for $13,350,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered with prejudice; (3) to award Plaintiffs' Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of: (I) Proposed Settlement and Plan of Allocation; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Expenses ("Notice"), which is discussed below), and, if so, in what amount; (4) to award Plaintiffs for representing the Settlement Class out of the Settlement Fund and, if so, in what amount; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

This Summary Notice relates to a proposed settlement of claims in two pending class actions brought by investors in GigCapital3, Inc. and/or Lightning eMotors, Inc. securities. The Federal Action alleges that Defendants violated the federal securities laws by engaging in a fraudulent scheme, including by making false and misleading statements and omissions regarding, among other things, Lightning eMotors' growth and revenue projections, supply chain capabilities, and ability to scale during the Class Period. The Federal Action alleges that Defendants' misrepresentations and omissions artificially inflated the prices of Lightning Securities during the Class Period, resulting in damage to Settlement Class Members when the truth was revealed. The State Action alleges that certain Defendants violated Delaware state law by impairing GigCapital3 shareholders' redemption rights, including through proxy solicitation materials containing false and misleading misrepresentations and omissions, resulting in damage to Settlement Class Members. Defendants deny each and every claim and contention alleged in the Actions and deny any misconduct or wrongdoing whatsoever.

IF YOU PURCHASED OR OTHERWISE ACQUIRED GIGCAPITAL3 OR LIGHTNING EMOTORS SECURITIES FROM MAY 18, 2020 THROUGH AND INCLUDING AUGUST 16, 2021, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE FEDERAL ACTION AND THE STATE ACTION.

To share in the distribution of the Net Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail (**postmarked no later than November 11, 2024**) or electronically (**no later than November 11, 2024**). Your failure to submit your Proof of Claim by November 11, 2024, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of the Federal Action and the State Action. If you are a member of the Settlement Class and do not request exclusion therefrom as instructed, you will be bound by the Settlement and any judgment and release entered in the Federal Action and the State Action, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other settlement documents, online at www.LightningeMotorsSecuritiesSettlement.com, or by writing to:

*Lightning eMotors Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301170
Los Angeles, CA 90030-1170

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court. Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to:

Plaintiffs' Counsel:

| ROBBINS GELLER RUDMAN & DOWD LLP<br>Ellen Gusikoff Stewart<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101 | JOHNSON FISTEL, LLP<br>Michael I. Fistel, Jr.<br>40 Powder Springs Street<br>Marietta, GA 30064 | GRANT & EISENHOFER P.A.<br>Michael J. Barry<br>123 Justison Street<br>7th Floor<br>Wilmington, DE 19801 |
|---|---|---|

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY OCTOBER 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL MEMBERS OF THE SETTLEMENT CLASS WHO HAVE NOT REQUESTED EXCLUSION FROM THE SETTLEMENT CLASS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY PLAINTIFFS' COUNSEL FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND/OR THE AWARD TO PLAINTIFFS FOR REPRESENTING THE SETTLEMENT CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO PLAINTIFFS' COUNSEL AND DEFENDANTS' COUNSEL **BY OCTOBER 18, 2024**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: July 23, 2024

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

[1]The Stipulation can be viewed and/or obtained at www.LightningeMotorsSecuritiesSettlement.com. All capitalized terms used herein and not otherwise defined shall have the same meaning as ascribed to them in the Stipulation.

## Contacts

Media Contact:
Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Verita Global LLC f/k/a Gilardi Settlement Administration Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire
Address: 101 California Street 20th Floor
City, ST Zip: San Francisco, CA 94111
Phone #: 415-986-4422
State of: California

The press release was distributed on August 20, 2024 to the following media circuits offered by the above-referenced wire service:

1. National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of August 2024, at Sellersville, Pennsylvania.

Carla Peak
Carla Peak