# EXHIBIT A

## EXHIBIT A

*Johnny R. Shafer v. Lightning eMotors, Inc., et al.*, No. 1:21-cv-02774-RMR-KAS
Robbins Geller Rudman & Dowd LLP
Inception through August 08, 2024

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Cochran, Brian E. | (P) | 26.30 | 835 | $     21,960.50 |
| Drosman, Daniel S. | (P) | 311.70 | 1275 | 397,417.50 |
| Gusikoff Stewart, Ellen A. | (P) | 46.20 | 1200 | 55,440.00 |
| Robbins, Darren J. | (P) | 20.20 | 1400 | 28,280.00 |
| Sanchez, Juan Carlos | (P) | 20.10 | 785 | 15,778.50 |
| Stakem, Hillary B. | (P) | 946.60 | 835 | 790,411.00 |
| Geiger, Heather G. | (A) | 489.40 | 540 | 264,276.00 |
| Robertson, Jessica E. | (A) | 25.30 | 375 | 9,487.50 |
| Diamond, Vicki M. | (OC) | 30.60 | 1095 | 33,507.00 |
| Barhoum, Anthony J. | (EA) | 13.80 | 470 | 6,486.00 |
| Hensley, Austin B. | (EA) | 16.00 | 315 | 5,040.00 |
| Topp, Jennifer M. | (EA) | 30.20 | 370 | 11,174.00 |
| Roelen, Scott R. | (RA) | 25.10 | 325 | 8,157.50 |
| Paralegals | | 168.20 | 350-410 | 65,510.00 |
| Shareholder Relations | | 9.70 | 110 | 1,067.00 |
| *TOTAL* | | *2,179.40* | | *$ 1,713,992.50* |

(P) Partner

(A) Associate

(OC) Of Counsel

(EA) Economic Analyst

(RA) Research Analyst