# EXHIBIT B

**EXHIBIT B**

*Johnny R. Shafer v. Lightning eMotors, Inc., et al.*, No. 1:21-cv-02774-RMR-KAS
Robbins Geller Rudman & Dowd LLP
Expense Summary
Inception through August 03, 2024

| *CATEGORY* | | *AMOUNT* |
|---|---|---|
| Filing and Other Fees | | $     1,079.85 |
| Business Wire | | 150.00 |
| Experts | | 29,142.50 |
|    Cain Advisory Services, LLC | $  26,120.00 | |
|    Peregrine Economics | 3,022.50 | |
| Outside Bankruptcy Counsel (Lowenstein Sandler LLP) | | 59,262.82 |
| Photocopies (Outside) | | 164.00 |
| Online Legal and Financial Research | | 2,843.18 |
| Litigation Fund Contributions | | 92,500.00 |
| *TOTAL* | | *$  185,142.35* |