# EXHIBIT C

**EXHIBIT C**

*Johnny R. Shafer v. Lightning eMotors, Inc., et al.*, No. 1:21-cv-02774-RMR-KAS
Robbins Geller Rudman & Dowd LLP

Filing and Other Fees: $1,079.85

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 04/27/22 | CLERK OF THE COURT | *PRO HAC VICE* APPLICATION FOR H. STAKEM |
| 04/27/22 | CLERK OF THE COURT | *PRO HAC VICE* APPLICATION FOR H. SCHLESIER |
| 04/27/22 | CLERK OF THE COURT | *PRO HAC VICE* APPLICATION FOR D. DROSMAN |
| 07/25/22 | FSX HOLDINGS, LLC | REPORT DOCUMENTS BY CASE |
| 07/25/22 | FSX HOLDINGS, LLC | REPORT CASES |
| 11/03/22 | CLERK OF THE COURT | FILING FEE FOR *PRO HAC VICE* MOTION FOR H. STAKEM |
| 11/03/22 | CLERK OF THE COURT | FILING FEE FOR *PRO HAC VICE* MOTION FOR H. GEIGER |
| 11/03/22 | CLERK OF THE COURT | FILING FEE FOR *PRO HAC VICE* MOTION FOR D. DROSMAN |
| 02/23/24 | FSX HOLDINGS, LLC | FILING, ONLINE SERVICE, STATUTORY FILING FEE |
| 02/23/24 | FSX HOLDINGS, LLC | FILING, ONLINE SERVICE, STATUTORY FILING FEE |
| 03/07/24 | FSX HOLDINGS, LLC | REPORT - CASES |
| 03/07/24 | FSX HOLDINGS, LLC | REPORT - CASES |
| 03/08/24 | FSX HOLDINGS, LLC | FILING, ONLINE SERVICE, STATUTORY FILING FEE |
| 03/14/24 | FSX HOLDINGS, LLC | 03/07/24 REPORT - CASES |
| 03/14/24 | FSX HOLDINGS, LLC | FILING, ONLINE SERVICE, STATUTORY FILING FEE |
| 03/31/24 | FSX HOLDINGS, LLC | PER PAGE STATUTORY FILING FEE OF EVERY DOCUMENT FILED FROM 01/01/24 - 03/31/24 ACCORDING TO RULE 3(BB) |