# EXHIBIT D

Case No. 1:21-cv-02774-RMR-KAS   Document 141-4   filed 10/04/24   USDC Colorado
pg 1 of 3

**EXHIBIT D**

*Johnny R. Shafer v. Lightning eMotors, Inc., et al.*, No. 1:21-cv-02774-RMR-KAS
Robbins Geller Rudman & Dowd LLP

***LITIGATION EXPENSE FUND BREAKDOWN***

*CONTRIBUTIONS:*

| | |
|---|---|
| Robbins Geller Rudman & Dowd LLP | $   92,500.00 |
| Johnson Fistel, LLP | $   92,500.00 |
| ***TOTAL CONTRIBUTIONS:*** | ***$  185,000.00*** |

*PAYMENTS FROM THE FUND:*

| *CATEGORY* | *VENDOR* | *AMOUNT* |
|---|---|---|
| Expert | Cain Advisory Services, LLC[1] | $   72,256.25 |
| Attorney Service | Class Action Research & Litigation Services LLC[2] | 467.65 |
| Outside Counsel | Cooch and Taylor[3] | 4,889.95 |
| Investigator | L.R. Hodges & Associates, Ltd.[4] | 61,758.50 |

---

[1]    This amount represents additional payments made to Matthew D. Cain for expert analysis on damages in the Federal Action and State Action, as well as consultation on and creation of the Plan of Allocation to ensure equitable division of the Settlement Amount among Settlement Class members on a pro rata basis.

[2]    This amount is for payment of serving three individuals the summons and complaint.

[3]    This amount represents payments made for the legal services of R. Bruce McNew, Esq., Director of Cooch and Taylor, P.A., who provided legal advice (and whose office provided litigation support) to Federal Plaintiffs in connection with their motion seeking to unseal documents filed in a related action against certain Defendants then pending in the Delaware Court of Chancery.

[4]    Over a seven-month period (January through May 2022 and March and April 2024) in which LRH&A provided investigative services to Lead Counsel, LRH&A expended 264.4 hours for combined fees of $59,494.50, and incurred related expenses of $2,264.00 for a total of $61,758.50. LRH&A's research staff expended 27.7 hours to research, identify, and confirm the employment status of prospective witnesses, locating all key targets, as well as maintaining and updating an evolving witness list to support other investigative team members.  This also involved research, retrieval and analysis of relevant documents, including SEC filings, media articles, court filings, as well as other materials related to the case issues.  The case manager and interviewing investigators expended a combined 236.7 hours to research, review and analyze materials in preparation for the investigation; contacting and conducting interviews with targeted third-party witnesses; and thereafter, preparing comprehensive interview summaries and other case reports. In addition, these team members were involved in analyzing key case issues, as well as establishing

| CATEGORY | VENDOR | AMOUNT |
|---|---|---|
| Outside Bankruptcy Counsel | Lowenstein Sandler LLP[5] | 195.78 |
| Outside Photocopies | Parcels Inc.[6] | 15.48 |
| Mediation | Phillips ADR[7] | 45,416.39 |
| TOTAL PAYMENTS | | $185,000.00 |

and executing the joint litigation-investigation team plan, and participating in numerous strategy sessions and investigation briefings with our client.

[5]    This amount represents payment of a final invoice to Outside Bankruptcy Counsel.

[6]    This amount represents payment to an outside vendor for photocopies.

[7]    - This amount represents payments made to Phillips ADR for mediation services rendered by experienced mediator David M. Murphy, Esq. These services included review of mediation statements and case filings, an all-day in-person mediation session, numerous ex parte conversations with Lead Counsel, State Counsel and defense counsel, development of a mediator's proposal for resolving the action, and analysis of and determinations regarding disputed terms in the Settlement Agreement.