# EXHIBIT A

*Johnny R. Shafer v. Lightning eMotors, Inc., et al.*, No. 1:21-cv-02774-RMR-KAS
(consolidated with 1:21-cv-3215-RMR-KAS)
Johnson Fistel, LLP
Inception through September 10, 2024

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Frank J. Johnson | (P) | 29.7 | $1,275.00 | $37,867.50 |
| Michael I. Fistel, Jr. | (P) | 259.3 | $1,125.00 | $291,712.50 |
| Mary Ellen Conner | (P) | 124 | $795.00 | $98,580.00 |
| Jeffrey A. Berens | (OC) | 438.9 | $995.00 | $436,705.50 |
| James M. Baker | (SA) | 6.3 | $700.00 | $4,410.00 |
| Paralegals | | 162.6 | $330.00-$450.00 | $63,180.00 |
| **TOTAL** | | **1020.8** | | **$932,455.50** |

(P) Partner
(A) Associate
(OC) Of Counsel
(SA) Securities Analyst