# EXHIBIT B

*Johnny R. Shafer v. Lightning eMotors, Inc., et al.*, No. 1:21-cv-02774-RMR-KAS
(consolidated with 1:21-cv-3215-RMR-KAS)
Johnson Fistel, LLP

| CATEGORY | AMOUNT |
|---|---|
| Filing Fees | $402.00 |
| Transportation, Hotels, and Meals | $3,276.53 |
| Online Legal and Financial Research | $2,125.78 |
| Litigation Expense Fund Contributions | $92,500.00 |
| **TOTAL** | **$98,304.31** |