# EXHIBIT C

*Johnny R. Shafer v. Lightning eMotors, Inc., et al.*, No. 1:21-cv-02774-RMR-KAS
(consolidated with 1:21-cv-3215-RMR-KAS)
Johnson Fistel, LLP

Filing, Witness, and Other Fees: **$402.00**

| DATE | VENDOR | PURPOSE | COST |
|---|---|---|---|
| 12/7/2021 | Colorado District Court | Complaint filing fee | $402.00 |