# EXHIBIT D

*Johnny R. Shafer v. Lightning eMotors, Inc., et al.*, No. 1:21-cv-02774-RMR-KAS
(consolidated with 1:21-cv-3215-RMR-KAS)
Johnson Fistel, LLP

Transportation, Hotels, and Meals: **$3,276.53**

| NAME | DATE | DESTINATION | PURPOSE | COST |
|---|---|---|---|---|
| Michael I. Fistel, Jr. | 3/28/2023 | Los Angeles, CA | Travel costs associated with attending mediation | $2,378.77 |
| Frank J. Johnson | 3/28/2023 | Los Angeles, CA | Travel costs associated with attending mediation | $104.80 |
| Michael I. Fistel, Jr. | 11/19/2024 | Denver, Colorado | Travel to final approval hearing | $792.96 |