# EXHIBIT A

 Grant & Eisenhofer P.A.

485 Lexington Avenue
29th Floor
New York, NY 10017
tel: 646.722.8500
fax: 646.722.8501

30 N. LaSalle Street
Suite 2350
Chicago, IL 60602
tel: 312.610.5350
fax: 312.214.0001

123 Justison Street, 7th Floor, Wilmington, DE 19801     tel: 302.622.7000   fax: 302.622.7100

2325 3rd Street
Suite 329
San Francisco, CA 94107
tel: 415.229.9720
fax: 415.789.4367

Richard Delman
607 Lyon Farm Drive
Greenwich, CT 06831

October 01, 2024
Account No. 31930

3600 Clipper Mill Road
Suite 240
Baltimore, MD 21211
tel: 410.204.1045

www.gelaw.com

**GigCapital3**

## Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Michael J. Barry | Partner | 192.50 | 1,100.00 | 211,750.00 |
| Kelly Tucker | Partner | 18.30 | 1,000.00 | 18,300.00 |
| David Wissbroecker | Of Counsel | 11.50 | 1,000.00 | 11,500.00 |
| Jason Avellino | Associate | 205.90 | 725.00 | 149,277.50 |
| Michael Bell | Associate | 302.50 | 675.00 | 204,187.50 |
| Charles Sweedler | Associate | 66.50 | 540.00 | 35,910.00 |
| Demetrius Davis | Associate | 169.50 | 425.00 | 72,037.50 |
| Michael Stein | Paralegal | 117.80 | 375.00 | 44,175.00 |
| Valisity Beal | Paralegal | 5.10 | 375.00 | 1,912.50 |
| Jay Layfield | Paralegal | 22.40 | 220.00 | 4,928.00 |
| | | **1,112.00** | | **753,978.00** |