# EXHIBIT B

Richard Delman
607 Lyon Farm Drive
Greenwich, CT 06831

October 01, 2024
Account No. 31930
Page 2

GigCapital3

## Cost Detail

| | |
|---|---:|
| Arbitration Mediation Exp | $8,583.33 |
| Case-Related Research | $12,817.03 |
| Duplication Services | $3,243.79 |
| E-Discovery Data Hosting & Processing Services | $8,459.60 |
| Expert | $12,800.71 |
| Filing Fee | $2,531.51 |
| Postage & Delivery | $129.12 |
| Service Fees | $202.50 |
| Transcription Services | $91.67 |
| Total Disbursements | $48,859.26 |
| **Total** | **$802,837.26** |