# EXHIBIT A

Case No. 1:21-cv-02774-RMR-KAS     Document 144-1     filed 10/04/24     USDC Colorado
pg 1 of 2

*Delman v. GigAcquisitions3, LLC, et al.,*

C.A. No. 2021-0679-LWW

Time Report for Greenwich Legal Associates LLC

| TIMEKEEPER | TOTAL HOURS | RATE | TOTAL LODESTAR |
|---|---|---|---|
| Of Counsel | | | |
| Michele S. Carino | 50 | $750/hr | $37,500 |
| Paralegal | | | |
| Inga Nogueira | 30 | $300/hr | $9,000 |
| TOTAL | 80 | | $46,500 |