# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02774-RMR-KAS
      Consolidated with 1:21-cv-3215-RMR-KAS

JOHNNY R. SHAFER,
DAVID P. SARRO,
KEVIN L. TYE,
JESS Q. WILLIAMS,
JUSTIN COHEN,
      Individually and On Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

LIGHTNING EMOTORS, INC.,
TIMOTHY R. REESER,
TERESA P. COVINGTON,
GIGACQUISITIONS3 LLC,
GIGCAPITAL GLOBAL,
AVI S. KATZ,
RALUCA DINU,
NEIL MIOTTO
GIGFOUNDERS LLC
BRAD WEIGHTMAN,
ANDREA BETTI-BERUTTO,
PETER WANG,
JOHN J. MIKULSKY, and
ROBERT FENWICK-SMITH,

      Defendants.

---

**PLAINTIFFS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF: (1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION; AND (2) PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO FEDERAL PLAINTIFFS IN CONNECTION WITH THEIR REPRESENTATION OF THE SETTLEMENT CLASS**

---

4858-5220-7862.v1

## I.    INTRODUCTION

Pursuant to the Court's July 23, 2024 Order preliminarily approving the proposed Settlement (ECF 130) ("Preliminary Approval Order"), David P. Sarro, Kevin L. Tye, and Jess Q. Williams ("Federal Plaintiffs"), and the plaintiff in the related Delaware Court of Chancery action, Richard Delman ("State Plaintiff") (together, "Plaintiffs"), respectfully submit this reply in further support of: (i) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation (ECF 133); and (ii) Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Federal Plaintiffs in Connection with Their Representation of the Settlement Class (ECF 134).[1]

In accordance with the Preliminary Approval Order, the Court-appointed Claims Administrator widely published notice of the Settlement and mailed or emailed over 28,300 copies of the Notice of: (I) Proposed Settlement and Plan of Allocation; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Expenses ("Notice") and Proof of Claim and Release form ("Proof of Claim") (collectively, "Notice Packet") to potential Settlement Class Members as well as to brokers and nominees.  In response, ***not a single Settlement Class Member*** has objected to the Settlement, the Plan of Allocation, or the requested attorneys' fees, expenses, or the Federal Plaintiffs' award.  Moreover, ***not a single Settlement Class Member*** has opted out of the Settlement Class.

Based on this overwhelmingly positive reaction, and for the reasons set forth in Plaintiffs' opening papers (ECFs 133-145), Plaintiffs respectfully request that the Court

---

[1]    Unless otherwise noted, all capitalized terms used herein are defined in the Stipulation of Settlement (ECF 127) (the "Stipulation"), and all emphasis is added and citations are omitted.

- 1 -

4858-5220-7862.v1

approve the Settlement and Plan of Allocation, the requested award of attorneys' fees and expenses, and the Federal Plaintiffs' award.

## II.    THE NOTICE PROGRAM

Pursuant to the Preliminary Approval Order, a total of 28,373 Notice Packets were sent to potential Settlement Class Members and nominees.  *See* Supplemental Declaration of Ross D. Murray Regarding: (A) Continued Dissemination of Notice; (B) Update on Call Center Services and Website; and (C) Requests for Exclusion Received ("Supplemental Murray Decl."), ¶4, submitted herewith.  In addition to the mailed notice, the Summary Notice was published in *The Wall Street Journal* and transmitted over *Business Wire* on August 20, 2024.  *See* Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date (ECF 140), ¶12.  The Notice, Proof of Claim, Stipulation, Preliminary Approval Order, and other documents in support of the Settlement were also posted on the Settlement website.  *Id.*, ¶14; Supplemental Murray Decl., ¶6.  As a result, Settlement Class Members have been made fully aware of the terms of the Settlement, the Plan of Allocation, and the request for an award of attorneys' fees and expenses and Federal Plaintiffs' award.

## III.    THE POSITIVE REACTION OF THE SETTLEMENT CLASS

The reaction of the Settlement Class has been overwhelmingly positive.  In response to the Notice, not a single Settlement Class Member has objected to the Settlement, the Plan of Allocation, the requested award of attorneys' fees and expenses, or the requested award to Federal Plaintiffs.  *See Oregon Laborers Emps. Pension Tr. Fund v. Maxar Techs. Inc.*, 2024 WL 98387, at *5 (D. Colo. Jan. 9, 2024) ("the Court has considered and ***gives***

- 2 -

4858-5220-7862.v1

***great weight*** to the fact that no class member has objected to any aspect of the settlement"); *see also id.* at *8 (the fact that "none of the class members objected to the requested attorneys' fees, [] weighs in favor of the requested award"); *Peace Officers' Annuity & Benefit Fund of Georgia v. DaVita Inc.*, 2021 WL 2981970, at *4 (D. Colo. July 15, 2021) (same); *In re Crocs, Inc. Sec. Litig.*, 2014 WL 4670886, at *5 (D. Colo. Sept. 18, 2014) (lack of objections to attorneys' fee request "is significant and weighs in favor of the requested award"); *Make a Difference Found., Inc. v. Hopkins*, 2012 WL 917283, at *3 (D. Colo. Mar. 19, 2012) (finding that only three objections out of 47,000 notices "weighs heavily in favor of approval of the . . . litigation settlement" and requested fee). Particularly given the scope of the notice program here, with over 28,300 Notice Packets mailed or emailed to potential Settlement Class Members and nominees, the fact that no Settlement Class Member has objected to any aspect of the Settlement strongly supports the final approval of the Settlement and Plan of Allocation and the award of attorneys' fees and expenses and Federal Plaintiffs' award.

## IV.    CONCLUSION

For the foregoing reasons, and as set forth in the opening papers, Plaintiffs respectfully request that the Court approve the Settlement and Plan of Allocation and the award of attorneys' fees and expenses and Federal Plaintiffs' award. Proposed orders are submitted herewith.

- 3 -

4858-5220-7862.v1

DATED: November 12, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
ELLEN GUSIKOFF STEWART
HILLARY B. STAKEM
HEATHER G. GEIGER

s/ Hillary B. Stakem
HILLARY B. STAKEM

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
elleng@rgrdlaw.com
hstakem@rgrdlaw.com
hgeiger@rgrdlaw.com

JOHNSON FISTEL, LLP
JEFFREY A. BERENS
2373 Central Park Boulevard, Suite 100
Denver, CO 80238-2300
Telephone: 303/861-1764
303/861-1764 (fax)
jeffb@johnsonfistel.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

Lead Counsel for Lead Plaintiffs

- 4 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

s/ Hillary B. Stakem
HILLARY B. STAKEM

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
hstakem@rgrdlaw.com