IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02774-RMR-KLM

JOHNNY R. SHAFER, Individually and On
Behalf of All Others Similarly Situated,

                Plaintiff,

v.

LIGHTNING EMOTORS, INC., et al.,

                Defendants.

**Lightning Defendants' Response to Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation**

       The Lightning Defendants respectfully submit this Response to Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, filed on October 4, 2024. Docket No. 133.

       As noted in the Stipulation of Settlement, dated July 1, 2024 (Docket No. 127), the Lightning Defendants support the entry of a final order approving the settlement, along with entry of the proposed Final Judgment. Since the Court entered its Order Granting Preliminary Approval on July 23, 2024, nothing has changed to change this position. Docket No. 130.

       With respect to attorneys' fees and the plan of allocation, Lightning Defendants take no position and defer to the Court.

DATED: November 12, 2024        FRESHFIELDS US LLP

                                    */s Boris Feldman*              .
                                    Boris Feldman

Freshfields US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
boris.feldman@freshfields.com

*Attorneys for Defendants Lightning eMotors, Inc., Timothy R. Reeser, Teresa P. Covington, and Robert Fenwick-Smith*

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2024, I caused to be electronically filed the foregoing LIGHTNING DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all registered participants.

*/s Boris Feldman*
Boris Feldman