IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02774-RMR-KAS
        Consolidated with 1:21-cv-3215-RMR-KAS

JOHNNY R. SHAFER,
DAVID P. SARRO,
KEVIN L. TYE,
JESS Q. WILLIAMS,
JUSTIN COHEN,
        Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

v.

LIGHTNING EMOTORS, INC.,
TIMOTHY R. REESER,
TERESA P. COVINGTON,
GIGACQUISITIONS3 LLC,
GIGCAPITAL GLOBAL,
AVI S. KATZ,
RALUCA DINU,
NEIL MIOTTO
GIGFOUNDERS LLC
BRAD WEIGHTMAN,
ANDREA BETTI-BERUTTO,
PETER WANG,
JOHN J. MIKULSKY, and
ROBERT FENWICK-SMITH,

        Defendants.

---

**PLAINTIFFS' RESPONSE TO DECEMBER 9, 2024 ORDER TO SHOW CAUSE**

---

4934-1796-1478.v1

Plaintiffs' Counsel respectfully respond to the Court's December 9, 2024 Order to Show Cause.

As an initial matter, Plaintiffs' Counsel apologizes to the Court that Mr. Nauman did not receive his notice of the proposed Settlement prior to the deadline to exclude himself from the Class or to submit a claim.  Plaintiffs' Counsel contacted Mr. Nauman to apologize and explain the reason for the delay in receiving his notice.  *See* Exhibit A hereto.  No response has been received.

The notice program, approved by the Court, was executed in accordance with the Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Settlement Class (ECF 130) (the "Preliminary Approval Order").  As detailed in the previously-submitted Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date ("Murray Declaration") (ECF 140), in accordance with the Preliminary Approval Order (ECF 130), on August 13, 2024, the Claims Administrator, Gilardi & Co. LLC ("Gilardi"), mailed Claim Packages to the 37 names provided to it by Lightning eMotors' transfer agent (Murray Declaration, ¶5), and on August 14, 2024, delivered 608 Claim Packages to brokerages, custodial banks, and other institutions and registered electronic claims filers.  *Id.* at ¶¶6-7.  Gilardi also sent Claim Packages and cover letters to the 4,420 institutions included on the U.S. Securities and Exchange Commission's list of then-active brokers and dealers.  *Id.* at ¶6.  Gilardi thereafter acted as a repository for shareholder and nominee inquiries and forwarded Claim Packages to nominees who purchased shares on behalf of others or directly to shareholders when names and addresses were provided to it.  *Id.* at ¶¶9-10.  *See also*

- 1 -

4934-1796-1478.v1

Supplemental Declaration of Ross D. Murray Regarding: (A) Continued Dissemination of Notice; (B) Update on Call Center Services and Website; and (C) Requests for Exclusion Received (ECF 149) at ¶4.

Notice through these entities is common and customary in securities litigation where, given the anonymous nature of securities trading, the identity of class members is unknown to the Parties or the Claims Administrator.  *See DeJulius v. New England Healthcare Employees Pension Fund*, 429 F.3d 935, 939, 947 (10th Cir. 2005) (finding procedures for notifying class through brokers and nominees in securities actions necessary given that most shares are held by such brokers and nominees "in street name" and that such a notice program satisfies the requirements of the Due Process Clause and Rule 23).  *See also In re Activision Blizzard, Inc. Stockholder Litig.*, 124 A.3d 1025, 1061 (Del. Ch. 2015) ("'If an owner of stock chooses to register his shares in the name of a nominee, he takes the risks attendant upon such an arrangement, including the risk that he may not receive notice of corporate proceedings.'") (quoting *Am. Hardware Corp. v. Savage Arms Corp.*, 136 A.2d 690, 692 (Del. 1957)).

It appears from the postmark on the envelope provided by Mr. Nauman (ECF 154) that his notice was provided directly to him by Broadridge Financial Services ("Broadridge"), a large third-party filer.  Broadridge provides notification services and submits claims on behalf of individuals and institutions which it represents as clients.  Gilardi has informed the undersigned that Broadridge has already filed two claims on Mr. Nauman's behalf, and they are currently being processed by the Claims Administrator.

- 2 -

As noted in Exhibit A hereto, the undersigned contacted Mr. Nauman *via* email and informed him: (i) two claims were filed on his behalf, and (ii) if there were additional accounts in which he purchased Lightning eMotors securities during the Class Period, he should submit a Proof of Claim form for those transactions and it will be processed.

With respect to other claims submitted by Settlement Class Members after November 11, 2024, Plaintiffs' Counsel have the discretion (and will continue to) accept for processing these late-submitted claims "so long as the distribution of the Net Settlement to Authorized Claimants is not materially delayed." *See* Stipulation of Settlement (ECF 127), ¶7.2. Because claims administration is still ongoing, and distribution of the Net Settlement Fund is several months away, late-filed claims, including Mr. Nauman's claims that are subject to this Order to Show Cause, will continue to be accepted for processing. At some point, however, significantly late-filed claims will cause a delay in distribution and will thereafter be rejected on that ground.

Should the Court require further explanation, Plaintiffs' Counsel would gladly provide it.

DATED:  December 20, 2024          Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
ELLEN GUSIKOFF STEWART
HILLARY B. STAKEM
HEATHER G. GEIGER


                    s/ Ellen Gusikoff Stewart
                    ELLEN GUSIKOFF STEWART

- 3 -

4934-1796-1478.v1

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
elleng@rgrdlaw.com
hstakem@rgrdlaw.com
hgeiger@rgrdlaw.com

JOHNSON FISTEL, LLP
JEFFREY A. BERENS
2373 Central Park Boulevard, Suite 100
Denver, CO 80238-2300
Telephone: 303/861-1764
303/861-1764 (fax)
jeffb@johnsonfistel.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

Lead Counsel for Lead Plaintiffs

4934-1796-1478.v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 20, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com