# EXHIBIT A

12/20/24, 7:59 AM                                                                      EllenG@rgrdlaw.com

# Lightning eMotors Securities Litigation

## Ellen Gusikoff

Fri 12/13/2024 10:17 AM

To: 'inam.nauman@hotmail.com' <inam.nauman@hotmail.com>;

Cc: Hillary Stakem <HStakem@rgrdlaw.com>; Jeff Berens <jeffb@johnsonfistel.com>; Michael Fistel Jr. <michael@johnsonfistel.com>;

Hello Mr. Nauman,

I am one of the lawyers for the class in the Lightning eMotors Litigation. We have received your letter that was filed with the Court and wanted to respond to you directly. We will also respond to the Court.

I apologize that you did not receive your mailed notice until after the exclusion deadline. It appears that your notice was mailed to you by Broadridge Financial Services on behalf of your broker. Given the nature of securities trading, neither the parties (or their counsel) nor the claims administrator has access to names and addresses of class members, and must rely on brokerage firms and other third parties to promptly identify their clients who purchased stock of a particular company during a particular period of time. In your case, that third party is Broadridge. It requested and was provided notices to distribute to its clients in early October, 2024. You may want to reach out to Broadridge to inquire as to why it took them an additional month to send notice to you.

In any event, I have been informed by the Claims Administrator that Broadridge has already submitted two claims on your behalf and they are being processed. If you have additional accounts which purchased Lightning eMotors securities during the relevant period, please fill out a claim form and submit it to the administrator, and it will be processed.

Should you have any questions, please do not hesitate to reach out to me.

Regards,

Ellen

**Ellen Gusikoff Stewart**

Robbins Geller Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

Facebook  Linkedin  Twitter  YouTube  Instagram